UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE NANO-X SECURITIES LITIGATION | No. 21-cv- 05517-RPK-PK |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

{00492988;4 }

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, Defendant Tal Shank, in the above-captioned action, *In re Nano-X Securities Litigation*, Case No. 1:21-cv-05517-RPK-PK (E.D.N.Y.), brought before the United States District Court for the Eastern District of New York, has not served an answer, motion to dismiss, or motion for summary judgment;

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(l)(A), Lead Plaintiff Davian Holdings Limited hereby voluntarily dismisses the above-captioned action, with prejudice, as to Defendant Tal Shank. The claims against the remaining Defendants are not dismissed.

| | |
|---|---|
| Dated: April 20, 2022<br>New York, New York | Respectfully submitted,<br><br>POMERANTZ LLP<br><br>*/s/ Veronica V. Montenegro*<br>Jeremy A. Lieberman<br>Marc I. Gross<br>Veronica V. Montenegro<br>600 Third Avenue, Floor 20<br>New York, New York 10016<br>Phone: 212-661-1100<br>Fax: 917-463-1044<br>Email: jalieberman@pomlaw.com<br>Email: migross@pomlaw.com<br>Email: vvmontenegro@pomlaw.com<br><br>Attorney for Lead Plaintiff Davian Holdings Limited |

SO ORDERED.

Dated: _____, 2022
Brooklyn, New York

_____
HON. RACHEL P. KOVNER
UNITED STATES DISTRICT JUDGE