UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE NANO-X SECURITIES LITIGATION | No. 21-cv- 05517-RPK-PK |
| | AMENDED COMPLAINT |
| | JURY TRIAL DEMANDED |

### DECLARATION OF VERONICA V. MONTENEGRO

I, Veronica V. Montenegro, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.    I am a member of the Bar and Of Counsel of the law firm of Pomerantz LLP.  I am personally involved in the representation of the Lead Plaintiff in the action *In re Nano-X Securities Litigation,* No. 1:21-cv-05517-RPK-PK and submit this declaration in connection with Lead Plaintiff's Letter-Response to Defendants' Pre-Motion Letter.  ECF No. 30.  I have personal knowledge of the matters set forth herein.

2.    Attached hereto as Exhibit 1 is a true and correct copy of the transcript of a presentation given by Defendant Nano-X Imaging at the 17th Annual Canaccord Genuity Musculoskeletal Conference, dated March 22, 2022.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of June 2022, in New York, NY.

 */s/ Veronica V. Montenegro*
Veronica V. Montenegro

1