# Exhibit 1

Company Name: Nano-X Imaging Ltd
Company Ticker: NNOX US Equity
Date: 2022-03-22

# 17th Annual Canaccord Genuity Musculoskeletal Conference

## Company Participants

- Ran Daniel, CFO
- Unidentified Speaker, Analyst

## Presentation

### Unidentified Speaker

I'm excited to be -- present -- next we have Nanox Medical. They're an innovative developer of imaging and radiology solutions across MedTech. Presenting on behalf of Nanox is CFO, Ran Daniel. And before we continue on, I just to note, any disclosures if and where applicable, you can find those in our conference book or our conference inform website. So without any further ado, I will hand it over to Nanox.

### Ran Daniel  {BIO 22418077 <GO>}

Thank you very much. So thank you very much. Thank you for having me this afternoon. It wasn't the end, I'm sorry. Okay. So, I would like to tell you about the progress that we've made in the past year. We've made huge progress towards mass production. We entered into a new partnership and we did some progress in the regulatory path. We also completed in the fourth quarter of 2021 three acquisitions. The first one was Zebra Medical Vision for the amount of $200 million, all share deals including the earn-outs and some deferred compensation. We also concluded the acquisition of USARAD. This is our teleradiology subsidiary in the US based in Florida. And we also completed the acquisition of MDW Marketplace, which is our marketplace platform.

So, what Nanox is coming to solve. We come to solve two major challenges with regards to medical images. The first one is that two-thirds of the world population has no meaningful access to medical imaging today. The other third -- the other remain remaining third suffers from long link time for access to medical scanners and diagnostic results. So, there is radiologist shortage and work overload. Just to give you some kind of measurement today, as of date, there is approximately 30,000 practicing radiologists in the US. And actually as opposed to the trend of the population, the newcomers, the new admitted radiologist is diminishing. It used to be 1,500 a few years ago; it's only around 1,100 today. So of course, it adds to the overload and which brings to lack of prioritization and early diagnosis and less of a good treatment.

So big data, AI and CLOUD platform technologies are widely spread in many industries today. We all know them. However, when it comes to medical imaging, they're not widely integrated or applied today. Big data analytics, and this is an important point, as I told you, we acquired Zebra Medical Vision, today's Nanox AI. Big data analytics can greatly improve disease diagnostics, awareness [ph] and preventive treatments. How we do it, we

FINAL

Bloomberg Transcript

Company Name: Nano-X Imaging Ltd
Company Ticker: NNOX US Equity
Date: 2022-03-22

FINAL

Bloomberg Transcript

simply evaluate and analyze in more -- much more effective ways the images and in this way we bring through more preventive and curing methodologies.

Big data is underutilized resulting in fewer benefits for patient outcomes and less of efficient economics. The one before we talked about the IDNs. So when we acquired Nanox AI, we also inherited -- we also purchased clinical inventory of 500 million images. So, just figures over this [ph] IDN and all the healthcare network operators, how can they leverage on our clinical images inventory by getting more radiology information and to take care of the patient and get an early diagnosis and a better treatment. How we do it, we do it with our AI solutions. We scan the radiologists -- radiological information from the past and we help all those players to have a greater result. We also -- we also let them the opportunity to detect and to find undetected, especially when it comes to chronical disease.

All of this adds to the fact that the benefits for all of those players, it's -- of course, it's better health, it's human lives, and of course it's also more cost efficient, and less inefficiencies. So, the results today is that half of the world's population lack access for the full range of essential health services. This is what we call an equity gap and it's costing life. I don't have to say but, as we all know, treatable conditions such as cancer, cardiovascular failures, top upper and lower extremities of the body are diagnosed too late. So, we come with the Nanox.ARC which is a new innovative end-to-end medical imaging solution, which we -- runs [ph] in more efficient way to have more affordable and accessible medical imaging. We want to do it in both developed and non-developed world. It's really important to emphasize the importance of accessibility, especially in common procedures such as chest and extremities X-rays.

So what we really bring, we bring a transformation of 126 years of technology. Our novel Digital X-ray source replaces the analog X-ray. It enables cost reduction. It's developing a new brand of medical imaging infrastructure and we will also deploy it in mass quantities. All of this brings to small cost with smaller footprint coupled with our AI technologies services and CLOUD platform, coupled with teleradiology services. All of this will bring to -- wholistic and end-to-end solution. A little bit deep to the technology. As I said, our propriety multi-source chip is digital. On the left side, you can see what we all know today, this is the start out [ph] hot cathode, one little -- one cathode tube that is with one metal filament that can heat to up to 2000 degree Celsius. It's -- therefore, it's always requiring special cooling and rotation of the machines.

What we bring is a cold cathode with Nanox console [ph], with a silicon chip which emitting digitally-controlled electrons with no relations to the heat. So if you think about the standard X-ray systems to the -- that you have to cool, it heats and then you have to wait for until it cools again, and then you can use it. It -- the whole process takes time with high energy and all of this, it's -- it does not exist with us. Our tube range is between 20 kV to 122 kV. It's very small and light. And it's actually the disruptive thing over here that it's transforming us from analog to the digital world in the medical imaging space. This is the -- this is actually our source, our chip, MEM chips.

We think about -- we think about, I'm sorry -- we think about two models -- about two models when it comes to the chip, to the source. First of all is, as I'll explain later, it will be

Company Name: Nano-X Imaging Ltd
Company Ticker: NNOX US Equity
Date: 2022-03-22

embedded into our ARC, our product; and the other the other way is just to go with OEM agreements with various players, all of us know Fuji, Siemens -- all those players can go and leverage on technology. It's very important to emphasize that we -- Nanox already received the 510(k) FDA clearance for our single-source Nanox X-ray system. I will explain later what is the multi-source versus the single source, but it's important to understand that the clearance for the single source is actually approved to our technology.

## Unidentified Speaker

I'm sorry. Hopefully, I'll catch it.

## Ran Daniel  {BIO 22418077 <GO>}

So, what is the Nanox.ARC? In this slide, you can see the two -- the four components of the Nanox.ARC. This is the -- on the -- on the left, you can see the two Deep Tech components which is the Nanox.SOURCE and the Nanxo.ARC. And on the right side, you can see the two components of our AI solutions, which is the Robodiologist that we'll speak about later, and the Population Health. So, what is the Nanox.ARC? The Nanox.ARC is the tomographic and solid state of the ARC X-ray system which is intended to capture tomographic slices of the human body in one signal tomographic sweep. If you can see the Nanox.ARC over here, there's an ARC and there's a bed. The ARC goes up to bottom with a few stops on the way over the human body and it can tilt 80-degrees for each direction. While it does it, it takes a few images on each stop, which creates 35 to 70 images in each procedure to X-rays procedure -- 70x -- I'm sorry 2-D images.

Later on, all those images go into our CLOUD and go through every construction which creates a tomographic projection. The Nanox.ARC, it's -- we use a multi -- a multi-source approach which means, if you can look at the ARC, there's a multi-tube in a single assembly house. We call it the ARC but it's a single-housing assembly which will take in a similar manner to a single-tube system and generates digital tomosynthesis results. The solution is a wholistic, as you can see it, every component has its own importance. It goes from the novel MEM SOURCE technology into the CLOUD, into the AI and also to the integrated teleradiology services. All of this, again, it helps to early diagnostics and a better treatment for the patient.

This is, as I mentioned before, we already got the 510(k) clearance from the FDA for the Nanox Cart X-ray system. This is real images that have been taken from our single-source machine. You can see it's both of them; it's 40 kVp to 52 kVp. The kVps controls the X-ray penetration strength and which means the depth of the image, and the mass is a parameter for the -- So, this is -- this is by the way -- this is -- it's not an -- it's not an image. This is two -- pictures of two systems. This is a 3-D digital multi-source systems. This is the ARC which we are going to make. As of today, we have six -- a backlog of 6,500 units of this.

All our goal is to enable medical institution or any significant medical player to take part of the -- this Deep Technology. Don't forget, it's a combination of the Nanox.SOURCE, the Nanox.TUBE, the Nanox.ARC and the AI solution with teleradiology. This is a few testimonials from well-known non-radiologists worldwide. I'll just skip it -- skip it. This is

Company Name: Nano-X Imaging Ltd
Company Ticker: NNOX US Equity
Date: 2022-03-22

FINAL

Bloomberg Transcript

real features of our fab in South Korea. We invested almost $40 million in this -- in this fab. It's in the size of 12 -- I'll translate to square foot. It's 150,000 square foot with a cleanroom for 1,500 -- 15,000 square foot for the MEMs cleanroom. It's located next to the SK Hynix semiconductor arena, which is also one of our partners. We also -- we also started the production of the Nanox.ARC in Israel. Our initial plan was to go to the Far East with Foxconn but due to COVID, we also were impacted by the COVID unfortunately. We had to start the production in Israel.

So, a little bit of economics are, we work on MSaaS business model. The MSaaS model provides it's -- the big benefit that they don't have to tailor -- to lay out a significant capital investment or to spend resources on lease payments. All they do, they pay as they use. We have nine signed distribution agreements for 6,500 units as of date. The average distribution agreement varies between four years to seven years. Our SaaS model is based on minimum seven scans per day, $14 per scan. And it's actually 23 working days a month. All of this, if you do a quick calculation, brings you to annual minimum revenue of $27,000 to $28,000 per machine a year. With added services of teleradiology and AI solution, you can of course bring it to much less.

I'll go to the other slide. The other way that we can monetize our technology is via OEM agreements. So, we plan to tailor our X-ray sources technology to specific needs in different industries. It doesn't have to be only medical imaging, but it also can be to other players in the industry.

Let's talk about the acquisition that we have, Zero Medical Vision where we acquired the state-of-the-art medical imaging AI solutions. This actually enable us to extend our offering, wider possibilities and to have a comprehensive better health solution. So, what did we acquire? As you can see, we acquired Deep and significant assets. It starts with 30 million patient records, more than 500 million images. This is very important because when you talk about big data, this is -- give you the mass to analyze. 10 years of patient history and multi-modality. We also have eight FDA clearances, 11 CE Marks and two CPT codes. We actually got another CPT code with regards to our cardiovascular solutions. I will explain about it later.

So, when I talk about Robodiologist, I'm talking about AI tool that we can provide a quick diagnosis if you need -- if it's -- if we deal with a normal and not or non-normal solution. This is really more suitable to, if you think about remote places where there's a lack access to medical imaging. So, all you want is to get some first and quick diagnosis, if it's a normal/not normal. And when -- if it's not -- if it's normal, of course you send a patient to his home. And when it's not normal and it's mainly when we deal with the chest and extremities problems, you want to have a quick diagnostic and of course, read of the image and interpretation and annotation. All of this, we do through our Marketplace.

I said that we acquired the Marketplace. So, if we have a connectivity from the equipment, the hardware itself to our Marketplace -- the Marketplace is where we have all the stakeholders, if it's radiologists, if it's customers, if it's patient. So, we just upload the image into the Marketplace and we do a quick job. Okay, let's talk about Population Health. 90% of the US market, it's a huge market. It's $3.5 trillion, it spends on chronic disease or chronic condition. We do believe that the AI will say a major role in this area.

Company Name: Nano-X Imaging Ltd
Company Ticker: NNOX US Equity
Date: 2022-03-22

Actually when we purchased zebra at that time and Nanox AI today, we already understood that in order to survive in this space, every player will have to have some component of AI and teleradiology component in its solution.

So what we did, we went and we acquired Zebra. So what we have today, it's the ability to go and retrospectively examine the X-ray images and provide information about chronic disease. We especially talk about bone cancer solution, osteoporosis. We have an FDA clearance for that. We are actually the first one to get VCF clearance by the FDA for the -- our VCF solution which is designed to have an early detection for compression fractures. Of course, early detection, early diagnosis and treat -- and regimens -- the correct regime of treatment is important in such cases.

The other solution that we also have an FDA clearance for is cardiac solution -- cardiovascular disease that can be identified through arterial calcification. And the other one is our fatty liver solution which is about the cirrhosis of the liver which we are -- actually it's under development, but we are working on this and we hope to get an FDA clearance for this one as well. Just a while [ph], we talked about CPT codes before. So, we achieved the new category -- in the category, three CCPT codes to help to promote the increased detection of cardiovascular disease. This will be effective as of July 1, 2022. Sorry.

So of course, we aim to build the global infrastructure for medical imaging. We do want to be innovative. We do -- we do think we are innovative. We have a lot of IP under our arms if it comes from the hardware component or from the AI component or from the software component. This is actually a -- it's a very good diagram of our ecosystem. On the left side, you can see the ARC and you can see the ARC with -- which is the single-housing assembly for the five tubes. The ARC as I said, it's forming one tomographic sweep of the human body, up to bottom, tilts every stops, creates a few to two images. It goes to our Nanox -- goes to our CLOUD, goes through reconstruction and then we get the tomographic projection. This projection in -- or the results goes to our Marketplace.

This is our own unique solution that is built for radiologists and for the imaging industry. As I said, all the stakeholders are sitting on the Marketplace, so they can -- so it's actually -- it's -- you have you have the cycle in a real time. Then once we upload the image, you -- first of all, you can have the Robodiologist -- our radiologist to work on the image and to decide if it's a normal or a not normal. If it's a normal, as I said, go home. If it's not normal, you can ask for an acute reading of the image or to have more Deep scan of the image if you want to do a scan for -- Deep scan just for -- find out some kind of signs for current or future chronic disease.

Of course, on the left side, you can see also some of the futuristic products that we are working on. And of course, the trend is to minimize and to -- to minimize and to make it much more easier to deploy and to use. Those are the milestones that we've been through this year. As I said, our fab is fully operational. And as I said, the Population Health agreement for Nanox AI, we already signed a few. We are on to sign for additional ones. And of course, once Population Health becomes standard, we want to be a significant player.

Company Name: Nano-X Imaging Ltd
Company Ticker: NNOX US Equity
Date: 2022-03-22

FINAL

Just go. This is the Nanox -- this is the one we call the blue ocean. You can -- in the US, we really target the urgent unit cares, the HMOs, the out of patient and all those players. On the right side, you can see all the other players in the arena. Lack of time, so I'm just going to jump for the next slide. Those are our strategic partners which we are proud of. On the hardware side, we have SK Telecom, Fujifilm and Foxconn. On the AI side, we have Northwell, NHS, J&J and InterMountain. And on the right side, we have Siemens which we inherited -- we brought happily from the teleradiology side. As a side note, most of them, if not all of them, also have been shareholders or are still our shareholders.

So, this is how we accomplished our mission. We say scan globally to protect oneself. Thank you for the listening.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2022, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*

Bloomberg Transcript