**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

IN RE NANO-X SECURITIES LITIGATION

Case No.  1:21-cv-05517-RPK-PK

**DECLARATION OF CHRISTOPHER P. MALLOY IN SUPPORT OF DEFENDANTS'**
**MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**

CHRISTOPHER P. MALLOY, pursuant to 28 U.S.C. § 1746, declares as follows:

1.　I am a member of the Bar of this Court and of the law firm Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for defendant Nano-X Imaging Ltd. ("Nanox") in in the above-captioned matter.

2.　I submit this declaration in support of Defendants' Motion to Dismiss the Amended Class Action Complaint (the "Motion") and to transmit to the Court true and correct copies of the following documents to which reference is made in the papers submitted in support of the Motion:

| Exhibit | Description |
|---|---|
| 1 | Nanox Initial Public Offering Registration Statement (Amendment No. 1 to Form F-1), filed August 14, 2020 |
| 2 | Nanox Report for Fiscal Year Ended December 31, 2020 (Form 20-F), filed April 6, 2021 |
| 3 | Nanox Earnings Call Transcript, dated May 11, 2021 |

| | |
|---|---|
| 4 | Nanox Secondary Public Offering Registration Statement (Form F-1), filed February 8, 2021 |
| 5 | Nanox Form 6-K, filed November 17, 2021 |
| 6 | Nanox Earnings Call Transcript, dated November 9, 2020 |
| 7 | Nanox September 14, 2020 Presentation at Jeffries Asia Forum (Transcript) |
| 8 | Nanox Investor Webinar Transcript, dated December 3, 2020 |
| 9 | Nanox Earnings Call Transcript, dated March 2, 2021 |
| 10 | Nanox September 14, 2020 Presentation at Jeffries Asia Forum (Slides) |
| 11 | Nanox September 15, 2020 Presentation at Cantor Fitzgerald Virtual Global Healthcare Conference (Slides) |
| 12 | Nanox March 17, 2021 Presentation at 31st Virtual Annual Oppenheimer Healthcare Conference (Slides) |
| 13 | Nanox July 14, 2021 Ladenburg Thalmann Presentation (Slides) |
| 14 | Nanox September 15, 2020 Presentation at Cantor Fitzgerald Virtual Global Healthcare Conference (Transcript) |
| 15 | Nanox March 17, 2021 Presentation at 31st Virtual Annual Oppenheimer Healthcare Conference (Transcript) |
| 16 | 510(k) Premarket U.S. Food & Drug Administration Approval Letter from Thalia T. Mills, Director, Division of Radiological Health, dated April 1, 2021 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York
         July 25, 2022

_/s/ Christopher P. Malloy_
CHRISTOPHER P. MALLOY