# Exhibit 11

nanox

# Dawn of early detection healthcare

*Investor Presentation*

*September 2020*



**Disclaimers**

This presentation has been prepared by NANO-X IMAGING LTD ("Nanox" or the "Company") for the exclusive use of the party to whom the Company delivers this presentation (such party, together with its subsidiaries and affiliates, the "Recipient"). This presentation does not constitute, and should not be construed as or a part of, an offer to sell or an invitation to purchase any securities. Although the Company believes the information contained herein is accurate in all material respects, the Company does not make any representation or warranty, either express or implied, as to the accuracy, completeness or reasonableness of the information contained in this presentation. Any estimates or projections contained in this presentation as to events that may occur in the future (including projections of future financial performance and forward-looking statements) are based upon assumptions believed by the Company to be reasonable at the time made.

The Recipient acknowledges that the Company considers this presentation and all information contained herein to be confidential, sensitive and proprietary information. The Recipient agrees that it shall in accordance with its established procedures keep the presentation and all information contained herein confidential. The Recipient acknowledges and agrees that this confidentiality undertaking is intended to be for the benefit of the Company and is enforceable by the Company.

**Forward Looking Information Statement**

Statements contained in this presentation concerning expectations, beliefs, plans, objectives, goals, strategies, future events or performance and underlying assumptions and other statements that are other than statements of historical fact are "forward-looking statements." These statements often include words such as "believe," "expect," "anticipate," "intend," "plan," "estimate," "target," "project," "forecast," "seek," "will," "may," "should," "could," "would" or similar expressions. Although Nanox believes that the expectations and assumptions reflected in these statements are reasonable, these expectations or forecasts of future performance may not prove to be correct. Forward-looking statements are subject to many risks and uncertainties, and actual results may differ materially from the results discussed in forward-looking statements. The following are among the important factors that could cause actual results to differ materially from the forward-looking statements: risks related to Nanox's ability to successfully demonstrate the feasibility of its technology for commercial applications; Nanox's expectations regarding the necessity of, timing of filing for, and receipt and maintenance of, regulatory clearances or approvals regarding its X-Ray source technology and the Nanox.ARC from regulatory agencies worldwide and its ongoing compliance with applicable quality standards and regulatory requirements; Nanox's ability to enter into and maintain commercially reasonable arrangements with third-party manufacturers and suppliers to manufacture the Nanox.ARC; the market acceptance of the Nanox.ARC and the proposed pay-per-scan business model; Nanox's expectations regarding collaborations with third-parties and their potential benefits; Nanox's ability to conduct business globally; the impact of general economic conditions, general conditions in the medical technology and imaging industries; the impact of the COVID-19 pandemic on the Company's business operations; changes in the global and regional regulatory environments in the jurisdictions in which Nanox does or plans to do business; and market volatility, fluctuations in costs and changes to the competitive environment, among others. Consequently, actual future results may differ materially from the anticipated results expressed in the forward-looking statements. Other risks and uncertainties of which Nanox is not currently aware may also affect these forward-looking statements. The reader should not place undue reliance on any forward-looking statements included in this presentation. These statements speak only as of the date made and Nanox is under no obligation and disavows any obligation to update or revise such statements as a result of any event, circumstances or otherwise, unless required by applicable legislation or regulation.

**Tax and Legal Advice**

This presentation has been prepared solely for informational purposes only. The Recipient should not construe the contents of this presentation as legal, tax, accounting, investment or other advice or a recommendation. The Recipient should consult its own counsel and tax and financial advisors as to legal and related matters concerning the matters described herein, and, by accepting this presentation, the Recipient confirms that it is not relying upon the information contained herein to make any decision. This presentation does not purport to be all-inclusive or to contain all of the information that the Recipient may require.

**Market and Industry Data**

This presentation has been prepared by Nanox and includes market data and other information from sources believed by us to be reliable, industry and market data including our own research and surveys or industry publications and surveys. Some data are also based on our good-faith estimates, which are derived from Nanox's review of internal sources as well as the independent sources described above. Although Nanox believes these sources are reliable, Nanox has not independently verified the information is accurate and complete. As a result, you should be aware that market share, ranking and other similar data set forth in this presentation, and estimates and beliefs based on such data may not be reliable.

# ∩∩∩O⨯

# Nanox in a glance

## The What

**Nanox aims to build a global infrastructure for medical imaging**

Utilizing innovative, patent protected and disruptive technology, Nanox can offer medical technology that expands access, resulting in better outcomes and lower costs.

Until today, technology was the barrier to medical imaging availability.

Nanox believes it has broken that barrier.

**With global execution starting this year Nanox invites partners to join the potentially next revolution in preventive healthcare.**

## Unmet need

**Massive deficit of medical imaging systems due to high system costs**



2/3 of the world population has no access to medical imaging.

Weeks and months of wait times for radiology diagnostics results.

## Game changing tech

**A novel digital X-Ray source replacing an analog X-Ray that has been used for over 100 years enables significant cost reduction**

A new breed of medical imaging infrastructure that can be deployed in mass due to significantly lower costs and small footprint coupled with a radiology services cloud platform



## Upcoming Milestones

**We are targeting several near term value catalysts such as FDA approval and commercialization**



Deals signed
FDA approved
First units shipped

Q1 2021

Manufacturing ramp-up
Global deployments

15,000 units deployed and operational
2021-2024

## Disruptive business model

**Executed contracts for 4,520 units pending regulatory approvals**

**Medical Screening as a Service (MSaaS) opens a recurring revenue model that has the potential to provide substantial revenues**

Planning global mass deployment of 15,000 systems with a Pay-per-Scan subscription model

See slide 28 for full detail and assumptions



**ILLUSTRATIVE MODEL**

POTENTIAL ANNUSL RECURRING REVENUE ASSUMING THE 4,520 CONTRACTED UNITS ARE DEPLOYED AND OPERATIONAL

$1,192,000,000

$397,000,000

$139,000,000

7    20    60    SCANS PER DAY

**Strategic Shareholders**



## Exceptionally seasoned execution team

Healthcare and technology veterans from companies like GE, Philips, and highly successful, game-changing technology entrepreneurs

ΠΛΠΟX

# Preventive screening

OVERVIEW

**EARLY DETECTION**

THE BARRIER

BREAKING THROUGH

THE TECH

NANOX ARC

OUR PLAN

BUSINESS MODEL

DEPLOYMENTS

NANOX CLOUD

TEAM

SUMMARY

**Early detection is key to preventive healthcare.**

**Treatable conditions, such as cancer, cardiovascular failures and others are often diagnosed too late.**



nanox

# Early detection remains theoretical

OVERVIEW

EARLY DETECTION

THE BARRIER

BREAKING THROUGH

THE TECH

NANOX ARC

OUR PLAN

BUSINESS MODEL

DEPLOYMENTS

NANOX CLOUD

TEAM

SUMMARY

**2/3 of the world's population have no access to medical imaging**

**The majority of the remaining 1/3 suffer from weeks and months of wait time for access to medical scanners and diagnostic results.**



∩∧∩□✕

## Why?

OVERVIEW

EARLY DETECTION

THE BARRIER

BREAKING THROUGH

THE TECH

NANOX ARC

OUR PLAN

BUSINESS MODEL

DEPLOYMENTS

NANOX CLOUD

TEAM

SUMMARY

**Medical imaging systems are too expensive and complex for mass deployment.**



ⴖⴖⴖⴑⵝ

# The key inhibitor

OVERVIEW

EARLY DETECTION

THE BARRIER

BREAKING THROUGH

THE TECH

NANOX ARC

OUR PLAN

BUSINESS MODEL

DEPLOYMENTS

NANOX CLOUD

TEAM

SUMMARY

**X-Ray source technology has not changed since its discovery over 120 years ago**



**Wilhelm Conrad Röntgen**

# ∩ ∧ ∩ o ✕

# The hot cathode

OVERVIEW

EARLY DETECTION

THE BARRIER

BREAKING THROUGH

THE TECH

NANOX ARC

OUR PLAN

BUSINESS MODEL

DEPLOYMENTS

NANOX CLOUD

TEAM

SUMMARY



X-Ray

Electrons

***Modern day X-Ray tube
Analog X-Ray source***

Heats up a metal filament to **2,000° Celsius** to produce the electron streams necessary for X-Ray emission

∏∧∏○×

# Main contributor to high-cost of imaging systems

OVERVIEW

EARLY DETECTION

THE BARRIER

BREAKING THROUGH

THE TECH

NANOX ARC

OUR PLAN

BUSINESS MODEL

DEPLOYMENTS

NANOX CLOUD

TEAM

SUMMARY





## The legacy analog X-Ray source

**Requires extremely high-voltage, complex mechanics and special cooling to produce the electrons needed for X-Ray emission, resulting in $150,000 cost for the source alone**

NANOX

# The Nanox paradigm

OVERVIEW

EARLY DETECTION

THE BARRIER

BREAKING THROUGH

THE TECH

NANOX ARC

OUR PLAN

BUSINESS MODEL

DEPLOYMENTS

NANOX CLOUD

TEAM

SUMMARY



**A fundamental technological change in the X-Ray source**

**Will result in lower cost and smaller imaging systems**

**Which we expect will enable significantly higher availability of imaging services**

**Driving higher rates of medical prevention through early-detection.**



NANOX

# Nanox MEMs X-Ray source

OVERVIEW

EARLY DETECTION

THE BARRIER

BREAKING THROUGH

THE TECH

NANOX ARC

OUR PLAN

BUSINESS MODEL

DEPLOYMENTS

NANOX CLOUD

TEAM

SUMMARY

- Over 8 years of 'under the radar' Japanese / Israeli development

- Nanox-owned manufacturing facilities in Japan

- Signed agreement with SK Telecom for collaboration on a new Korean factory to increase Nanox MEMs production capacity

- Mature and optimized proprietary technology and production process with an exceptionally high-yield

- Strong IP portfolio with patents granted in USA, Israel, Japan and pending globally



**NANOX CLEAN ROOM (JAPAN)**



**NANOX WAFER**



ΠΛΠΟΧ

# Tech transformation

OVERVIEW

EARLY DETECTION

THE BARRIER

BREAKING THROUGH

THE TECH

NANOX ARC

OUR PLAN

BUSINESS MODEL

DEPLOYMENTS

NANOX CLOUD

TEAM

SUMMARY

## *From*



**One metal** filament heated to 2,000° Celsius requiring special cooling and rotation mechanics

## *To*



**100 Million** nano-cones field on a silicon chip emitting digitally controlled electron streams under low voltage



∩∧∩○✕

# The Nanox tube

OVERVIEW

EARLY DETECTION

THE BARRIER

BREAKING THROUGH

THE TECH

NANOX ARC

OUR PLAN

BUSINESS MODEL

DEPLOYMENTS

NANOX CLOUD

TEAM

SUMMARY

**Commercially available Digital X-Ray source**





**The Nanox Silicon MEMs cold cathode**

ΠΛΠΟΧ

# The Nanox tube

OVERVIEW

EARLY DETECTION

THE BARRIER

BREAKING THROUGH

THE TECH

NANOX ARC

OUR PLAN

BUSINESS MODEL

DEPLOYMENTS

NANOX CLOUD

TEAM

SUMMARY



## Significantly smaller
## Substantially more cost effective



*LEGACY TUBE*
**$150,000 average cost**

*NANOX*
**~$100 cost in mass-production**

ⴖ ⴠ ⴖ ⵔ ⵝ

# Enabling a system-level quantum leap

OVERVIEW

EARLY DETECTION

THE BARRIER

BREAKING THROUGH

THE TECH

NANOX ARC

OUR PLAN

BUSINESS MODEL

DEPLOYMENTS

NANOX CLOUD

TEAM

SUMMARY

## From



Analog
Large and complex
Costs Millions of dollars

## To



Digital
Small footprint
Costs tens of thousands of dollars

# ΠΛΠΟΧ

# Footprint practicalities

OVERVIEW

EARLY DETECTION

THE BARRIER

BREAKING THROUGH

THE TECH

NANOX ARC

OUR PLAN

BUSINESS MODEL

DEPLOYMENTS

NANOX CLOUD

TEAM

SUMMARY




# ∩∧∩o✕

# Clinical quality imaging

OVERVIEW

EARLY DETECTION

THE BARRIER

BREAKING THROUGH

THE TECH

NANOX ARC

OUR PLAN

BUSINESS MODEL

DEPLOYMENTS

NANOX CLOUD

TEAM

SUMMARY

**Nanox I   kVp: 50  I  mAs: 0.4   I**                    **Philips   I   kVp: 55  I  mAs: 4.0**



**kVp** - Kilovolt Peak. kVp is the component that controls the X-Ray penetration strength and subsequently QUALITY of the X-Ray beam produced. It is also what controls the CONTRAST or GRAY SCALE in the produced X-Ray film. The Higher the kVP the LOWER the CONTRAST.

**mAs** - MilliAmps per Second. This parameter controls the QUANTITY or the AMOUNT of X-Ray photons produced. This is also what dictates the radiation dose. The higher the mAs the higher the radiation exposure.

# ∩∧∩○✕

## Clinical quality imaging

OVERVIEW

EARLY DETECTION

THE BARRIER

BREAKING THROUGH

THE TECH

NANOX ARC

OUR PLAN

BUSINESS MODEL

DEPLOYMENTS

NANOX CLOUD

TEAM

SUMMARY

3D
Image
Reconstruction







SHOULDER

NANOX X-Ray TUBE
40KV, 2.5MA



NANOX

# Regulatory clearance

OVERVIEW

EARLY DETECTION

THE BARRIER

BREAKING THROUGH

THE TECH

NANOX ARC

OUR PLAN

BUSINESS MODEL

DEPLOYMENTS

NANOX CLOUD

TEAM

SUMMARY

## FDA

- Former Director of the Center for Devices and Radiological Health (CDRH) at FDA
- Submitted a 510(K) in January
- Multiple, staged submissions planned to support roadmap
- Does not require clinical trials
- Anticipate approval in H1 2021

## CE and ROW

- CE submission and clearance expected in H1 2021
- Majority of ROW countries accept FDA and CE as a reference for local clearance
- Other countries will require separate submissions

*We believe the Nanox X-Ray Source is a Class I device and therefore is exempt from FDA 510(k) requirement*



**ADVISORS**

⊘ Greenleaf Health



**Daniel Schultz, MD, F.A.C.S.**

Former Director of the Center for Devices and Radiological Health (CDRH) at FDA

∏∧∏□⋉

# Our plan

OVERVIEW

EARLY DETECTION

THE BARRIER

BREAKING THROUGH

THE TECH

NANOX ARC

OUR PLAN

BUSINESS MODEL

DEPLOYMENTS

NANOX CLOUD

TEAM

SUMMARY

**Disrupt the imaging market with a global service infrastructure for medical imaging**

- Increase significantly medical imaging availability
- Deploy 15,000 units globally by YE2024 subject to Company financing & regulatory clearance
- Invest CAPEX and own the systems
- Operate a Pay-per-Scan, MSaaS business model
- Generate substantial recurring revenue stream once fully deployed

ПЛПОХ

# Timeline and key milestones

OVERVIEW

EARLY DETECTION

THE BARRIER

BREAKING THROUGH

THE TECH

NANOX ARC

OUR PLAN

BUSINESS MODEL

DEPLOYMENTS

NANOX CLOUD

TEAM

SUMMARY



**8 years**

Development of the Nanox X-Ray Source

Development of the Nanox.ARC

**January**

Secures $20M investment from strategic investors, including Foxconn

Submits 510(k) application of the Nanox.ARC 1

**FOXCONN**

Manufacturing agreement with Foxconn ensures manufacturing quality and consistency

**from H1 2021**

Ramp-up of manufacturing and systems deployments

**Expected recurring revenue stream**

2012 - 2019            2020            2021-2024

**June 2019**

Strategic collaboration with FUJI

Strategic collaboration with SK Telecom

FUJI

SK telecom

**H1**

Signs pre-sale agreements for deployment of thousands of units with guaranteed substantial minimum service fees for at least 3 years from full deployment

Industrial Alliance, SK Telecom and private investors invest $59M.

**H2**

Anticipate signing of additional pre-sale deals globally with guaranteed minimum service fees

**H1**

Anticipated FDA approval of 510(k) submission

**First units expected to be manufactured and shipped**

**2024**

Approx. 15,000 units expected to be deployed and operational globally

# NANOX

# Addressable market

Expansion of the $21 Billion global medical imaging market through shift from CAPEX to MSaaS model

OVERVIEW

EARLY DETECTION

THE BARRIER

BREAKING THROUGH

THE TECH

NANOX ARC

OUR PLAN

BUSINESS MODEL

DEPLOYMENTS

NANOX CLOUD

TEAM

SUMMARY

### The X-Ray-based imaging market 2021-2024

Nanox addresses the market segments legacy vendors do not traditionally sell to



Urgent Care units, outpatient clinics, nursing homes etc.

HMOs, hospitals, medical imaging centers

## We do not compete over market share, we expand the total market

- We sell medical imaging **availability**

- We expect to provide systems to market segments existing X-Ray vendors don't target

- We target Urgent Care units (over 9,600 in the US alone), outpatient clinics, rural areas, countries with limited medical imaging availability (India, China, Africa…)

- We believe the CAPEX market of HMOs, hospitals and medical centers will migrate to an OPEX service-based model over time

- Nanox is pioneering this model today

- For certain medical imaging market participants, we plan to tailor our X-Ray source technology to their specific imaging systems and we expect to charge a one-time licensing fee upfront and receive recurring royalty payments for each system sold

ΛΛΠΟΧ

# Flexible business model to drive adoption

OVERVIEW

EARLY DETECTION

THE BARRIER

BREAKING THROUGH

THE TECH

NANOX ARC

OUR PLAN

BUSINESS MODEL

DEPLOYMENTS

NANOX CLOUD

TEAM

SUMMARY

## MSaaS

**ILLUSTRATIVE MODEL**

POTENTIAL ANNUAL RECURRING REVENUE ASSUMING THE 4,520 CONTRACTED UNITS ARE DEPLOYED AND OPERATIONAL



At 20 scans per day, and $14 per scan revenue to NANOX and 23 days per month, the MSaaS model potentially generates over $316 Million in recurring revenues annually

**Scans per day - LEGEND**
- 7 - Guaranteed minimum service fee per system
- 20 - Nanox operational objective
- 60 - Estimated current global average

# Pricing model & guaranteed minimum service fee

- Pay-per-scan service business model
- Nanox covers CAPEX investment of systems and deployment
- **$40 total cost per scan as a global average based on current contracts**
- **Nanox revenue $14 (out of the $40) per scan based on current contracts**
- Contracting regional service providers for marketing and operation of the service
- Current contracts provide a guaranteed minimum service fee of 7 scans per day per system against regional exclusivity

- Total number of systems deployed may vary as per financing and final unit cost
- Price-per-scan will vary based on regional economics
- Guaranteed minimum service fees will be backed by a standby letter of credit



# ⊓⊓⊓o⋊

# Contracted deployments

OVERVIEW

EARLY DETECTION

THE BARRIER

BREAKING THROUGH

THE TECH

NANOX ARC

OUR PLAN

BUSINESS MODEL

DEPLOYMENTS

NANOX CLOUD

TEAM

SUMMARY

**Current contracts for deals - 5,150 units (Pending local regulatory approval)**

- Australia, New Zealand, Norway - 1,000 units
- Taiwan, Singapore - 500 units
- Italy - 500 units
- Spain - 420 units
- Russia - 500 units
- Belarus - 100 units
- South Africa - 500 units
- Brazil - 1,000 units
- Mexico, Guatemala – 630 units

**Guaranteed minimum service fees**

Nanox current contracts require a minimum annual service fee backed by a standby letter of credit

**Strategic Collaboration Agreement - 5,500 units**

- USA  - 3,000 units
- Korea, Vietnam - 2,500 units

- Units of contracted pre-sale deals, with experienced service providers, are expected to be delivered from H1 2021
- Deliveries are conditioned upon acceptance test approval and local regulatory clearance in each region
- Active pipeline of additional countries aiming to join initial wave of deployment



■ Closed pre-sale agreements        ■ In negotiations

ΠΛΠΟΧ

# USA

OVERVIEW

EARLY DETECTION

THE BARRIER

BREAKING THROUGH

THE TECH

NANOX ARC

OUR PLAN

BUSINESS MODEL

DEPLOYMENTS

NANOX CLOUD

TEAM

SUMMARY



Strategic collaboration



- Over 250+ U.S. certified radiologists organization
- Providing online, remote radiology services across the U.S.
- 25% owned by Siemens Healthineers

 





- Working with one strategic partner for nationwide deployments instead of operating a large direct sales force
- Aiming to place 3,000 systems nationwide in the next 2 years
- Urgent care centers, primary care physicians, outpatient imaging centers, chiropractors, veterinarians and more
- Over 9,600 potential locations with unmet needs for medical imaging

**Once cleared by the FDA we expect the Nanox.ARC procedures will be covered by radiology CPT reimbursement codes**

 



## nɅnox

# Strategic Alliance with SK Telecom

OVERVIEW

EARLY DETECTION

THE BARRIER

BREAKING THROUGH

THE TECH

NANOX ARC

OUR PLAN

BUSINESS MODEL

DEPLOYMENTS

NANOX CLOUD

TEAM

SUMMARY

Collaboration with SK Telecom announced June 2020

- SK Telecom has made two investments in Nanox:

  $5 million (June 2019)

  $20 million (June 2020)

- SK Telecom CEO Park Jung-ho joined the Nanox Board of Directors in August 2020



- Collaboration aims to deploy 2,500 Nanox Systems to clinics in South Korea and Vietnam

- Nanox to work toward establishing a wholly-owned subsidiary in Korea to support production of its MEMs X-ray source and leverage SK Telecom's expertise in semiconductors






⌐ ∧ ⌐ O ✕

# The Nanox infrastructure management platform

**Increasing availability of medical imaging systems solves only half of the problem**

OVERVIEW

EARLY DETECTION

THE BARRIER

BREAKING THROUGH

THE TECH

NANOX ARC

OUR PLAN

BUSINESS MODEL

DEPLOYMENTS

NANOX CLOUD

TEAM

SUMMARY

**Purpose built proprietary radiology software platform streamlines operations and analytics**

- Radiology diagnostics remain a significant bottleneck
- All Nanox.ARC systems are connected to the Nanox.CLOUD
- A proprietary software platform designed to streamline the radiology diagnostics services and provide billing control

Nanox.ARC          Nanox.CLOUD          Radiology and AI services



NANOX

# The Nanox.CLOUD

A central backbone of our imaging infrastructure that provides the ability to scale with connectivity to robust services

OVERVIEW

EARLY DETECTION

THE BARRIER

BREAKING THROUGH

THE TECH

NANOX ARC

OUR PLAN

BUSINESS MODEL

DEPLOYMENTS

NANOX CLOUD

TEAM

SUMMARY

- Built ground-up with automation, privacy and security in mind
- Expected to be HIPPA and GDPR compliant
- Enables integration into medical systems via APIs
- Full administrative and billing services

NANOX would transmit all imaging data to the cloud SaaS platform

The platform employs a matching engine to match scans to radiologists





Medical AI systems would provide first response and decision assistive information


Radiology specialists would provide diagnostics online


Hospitals and doctors would get real-time global access

ᑎᗩᑎO᙭

# Global partnerships

Nanox's cloud-based service will enable medical imaging services globally through its partnerships

OVERVIEW

EARLY DETECTION

THE BARRIER

BREAKING THROUGH

THE TECH

NANOX ARC

OUR PLAN

BUSINESS MODEL

DEPLOYMENTS

NANOX CLOUD

TEAM

SUMMARY



| Strategic Partners | | AI Diagnostics | | Deployments | |
|---|---|---|---|---|---|
| SK telecom | 5G, MEMs manufacturing and APAC distribution | IModis | Cancer detection | USARAD.com | United States |
| FUJI | Mammography OEM | Brainomix® | Stroke | Golden Vine / PROMEDICA BIOELECTRONICS | Taiwan, Singapore / Italy |
| FOXCONN | Manufacturing | qure.ai | Chest & Head | CLARITY medical solution / ROEL Group | Russia, Belarus |
| | | CureMetrix | Mammography | apr / the Gateway group / SK telecom | Australia, Spain, New Zealand, Norway, Korea Vietnam |
| | | | | LATAM | Brazil, S.Africa |
| | | | | | Mexica, Guatemala |



# The team

**A strong execution team with decades of relevant experience and proven track record of large-scale global projects, medical business expertise and bringing innovation to market**

OVERVIEW

EARLY DETECTION

THE BARRIER

BREAKING THROUGH

THE TECH

NANOX ARC

OUR PLAN

BUSINESS MODEL

DEPLOYMENTS

NANOX CLOUD

TEAM

SUMMARY



**Ran Poliakine**
Founder & CEO

The founder of the wireless charging industry, a serial entrepreneur focusing on global life-changing technologies and inventions in across multiple categories



**Hitoshi Masuya**
Co-Founder and Head of NANOX Japan

Originally co-invested in the Nanox project with Sony, now leading the Japan operation and a member of the board



**Tal Shank**
SVP Corporate Development

Over 15 years of international experience in commercial law and global business development. Tal has a substantial track record with private & public companies



**Lydia Edwards**
President NANOX USA

Lydia has spent the last 15 years in the medical field, focused on the sales of pulmonary and critical care solutions in the U.S. and international markets



**Itzhak Maayan**
CFO

Over 25 years of financial leadership roles in multi-national public companies including Perrigo, Cisco Systems, Xtivia Technologies, and Elscint.



**Yoel Raab**
CTO

Ex-Intel and Orbotech Medical exec., Yoel has BSc. and MSc. degrees in Applied Physics and Microelectronics with a proven track record in product development



**Anat Kaphan**
VP Product Marketing

Ex Mazor Robotics, Philips Medical, and Lumenis, Anat has an extensive record with over 20 years of experience in medical systems development and marketing



**Dr. Amir Ben Shalom**
CSO

With over 250 patents granted & pending, Amir is a scientist, engineer, author, teacher and a renown expert in high-power, analog circuits and electro-optics



**Bruce Edwards**
VP Business Development

A serial entrepreneur in the medical and high-tech fields with an established track record in global marking, sales, and strategic business development

# ⌐⌐⌐⌐⌐ nanox

# Advisory board

OVERVIEW

EARLY DETECTION

THE BARRIER

BREAKING THROUGH

THE TECH

NANOX ARC

OUR PLAN

BUSINESS MODEL

DEPLOYMENTS

NANOX CLOUD

TEAM

SUMMARY



Morry Blumenfeld
GE Healthcare

Prof. Geoffrey D. Rubin
Duke University



Prof. Norbert Pelc
Stanford University



Dr. Achille Mileto
UNIVERSITY of WASHINGTON



Dr. Rafael Grossman
TED

Michael Jackman
GE Healthcare

Dr. Michael Yuz
USARAD



Prof. Peter Dawson
NHS University College London Hospitals



Prof. Yong-woo
SAMSUNG KANGBUK SAMSUNG HOSPITAL



Thomas Deckle
IBM



**Highly professional and involved advisory board of physicians, radiologists, business veterans and global opinion leaders. The Nanox advisory board is an integral part of our think-tank for product roadmap and strategy.**

ПЛПОX

# Financial Snapshot

OVERVIEW

EARLY DETECTION

THE BARRIER

BREAKING THROUGH

THE TECH

NANOX ARC

OUR PLAN

BUSINESS MODEL

DEPLOYMENTS

NANOX CLOUD

TEAM

SUMMARY

| Pro-forma cash | Approx. $244 mm |
|---|---|
| Debt | $0 |

| Expected use of cash | Amount ($mm) |
|---|---|
| Manufacture of 15,000 Nanox.ARC units and investment in manufacturing capacities** | $144 - $194 |
| The shipping, installation and deployment costs of the 15,000 Nanox Systems ** | $18 - $30 |
| Continued research and development of the Nanox.ARC, the development of the Nanox.CLOUD and for regulatory clearance in various regions | $5 - $9 |
| The remaining funds, if any, to be used for research and development expenses, sales and marketing expenses, general and administrative expenses and general corporate purposes. | |

* Cash and cash equivalents as of June 30, pro-forma for subsequent cross-over funding net proceeds,  net IPO proceeds, including full exercise of the 15% underwriters' overallotment option

** To the extent the cost-per-unit of the Nanox.ARC is higher than we expected, we plan to reduce the number of units to be manufactured accordingly.

ПΛΝΟΧ

# Key investment highlights

OVERVIEW

EARLY DETECTION

THE BARRIER

BREAKING THROUGH

THE TECH

NANOX ARC

OUR PLAN

BUSINESS MODEL

DEPLOYMENTS

NANOX CLOUD

TEAM

SUMMARY

**Nanox is a global company building a disruptive medical imaging infrastructure for early detection preventive healthcare**



**We are well positioned to serve an untapped market representing a significant part of the world's population**

- Revolutionary model to transform and grow the already large medical imaging market
- Unique patented technology innovation
- We expect our technology and imaging as a service model will allow us to sell systems into markets and sites that do not have imaging systems and where our traditional imaging competitors cannot play
- Transformative business model disrupts by no longer focusing on high cost capital equipment, but instead, into a recurring revenue service model with software-like gross margins
- Business model allows company to focus on a handful of key deployment partners like radiology groups in the US vs thousands of hospitals and imaging centers, with a small focused clinical support team
- Anticipated X-Ray source regulatory exemption, 510(k) regulatory path in US as well as well-known ROW regulatory paths
- No reimbursement hurdles expected and stable codes familiar to all physicians
- Significant positive economic impact on radiology groups and individual practices

- **Nanox has a first mover advantage**
- **Developed a novel digital X-Ray source**
- **Global strategic partnerships with industry leaders**
- **Exceptional execution team**
- **A strong business model with contracts for 4,520 units that include a guaranteed minimum service fee backed by a standby letter of credit**




*Thank you*

nanox

# Presenters



**Lydia Edwards**

President Nanox USA



**Ran Poliakine**

Founder & CEO



**Itzhak Maayan**

CFO



**IU Kim**

President SK Telecom HK Office