# Exhibit 12

nanox

# Dawn of early detection healthcare

Oppenheimer Healthcare Conference

March 2021

### Disclaimers

Nano-X Imaging Ltd (the "Company" or "Nanox") has filed a registration statement (including a prospectus) with the SEC for the offering to which this communication relates that has not yet become effective. Before you invest, you should read the prospectus in that registration statement and the other documents that we have filed with the SEC for more complete information about the Company and this offering. You may get these documents for free by visiting EDGAR on the SEC Web site at www.sec.gov. Alternatively, copies of the preliminary prospectus may be obtained from: Cantor Fitzgerald & Co., Attention: Capital Markets, 499 Park Ave., 6th Floor, New York, New York 10022, or by email at prospectus@cantor.com; Oppenheimer & Co. Inc., Attention: Syndicate Prospectus Department, 85 Broad Street, 26th Floor, New York, New York 10004, by telephone at (212) 667-8055, or by email at EquityProspectus@opco.com. The registration statement relating to the Company's securities has not yet become effective and the securities may not be sold nor may offers to buy be accepted prior to the time the registration statement becomes effective. This presentation shall not constitute an offer to sell or the solicitation of an offer to buy nor shall there be any sale of these securities in any jurisdiction in which such offer, solicitation or sale would be unlawful prior to the registration or qualification under the securities laws of any such jurisdictions.

### Forward-Looking Information Statement

Statements contained in this presentation concerning expectations, beliefs, plans, objectives, goals, strategies, future events or performance and underlying assumptions and other statements that are other than statements of historical fact are "forward-looking statements." These statements often include words such as "believe," "expect," "anticipate," "intend," "plan," "estimate," "target," "project," "forecast," "seek," "will," "may," "should," "could," "would" or similar expressions. Although Nanox believes that the expectations and assumptions reflected in these statements are reasonable, these expectations or forecasts of future performance may not prove to be correct. Forward-looking statements are subject to many risks and uncertainties, and actual results may differ materially from the results discussed in forward-looking statements. The following are among the important factors that could cause actual results to differ materially from the forward-looking statements: risks related to Nanox's ability to successfully demonstrate the feasibility of its technology for commercial applications; Nanox's expectations regarding the necessity of, timing of filing for, and receipt and maintenance of, regulatory clearances or approvals regarding its X-Ray source technology and the Nanox.ARC from regulatory agencies worldwide and its ongoing compliance with applicable quality standards and regulatory requirements; Nanox's ability to enter into and maintain commercially reasonable arrangements with third-party manufacturers

and suppliers to manufacture the Nanox.ARC; the market acceptance of the Nanox.ARC and the proposed pay-per-scan business model; Nanox's expectations regarding collaborations with third-parties and their potential benefits; Nanox's ability to conduct business globally; the impact of general economic conditions, general conditions in the medical technology and imaging industries; the impact of the COVID-19 pandemic on the Company's business operations; changes in the global and regional regulatory environments in the jurisdictions in which Nanox does or plans to do business; and market volatility, fluctuations in costs and changes to the competitive environment, among others. Consequently, actual future results may differ materially from the anticipated results expressed in the forward-looking statements. Other risks and uncertainties of which Nanox is not currently aware may also affect these forward-looking statements. The reader should not place undue reliance on any forward-looking statements included in this presentation. These statements speak only as of the date made and Nanox is under no obligation and disavows any obligation to update or revise such statements as a result of any event, circumstances or otherwise, unless required by applicable legislation or regulation.

These risks and uncertainties are described more fully under the caption "Risk Factors" in the Company's registration statement relating to this offering and other filings with the Securities and Exchange Commission. Other risks and uncertainties of which the Company is not currently aware may also affect Company's forward-looking statements. The reader should not place undue reliance on any forward-looking statements included in this presentation. These statements speak only as of the date made and the Company is under no obligation and disavows any obligation to update or revise such statements as a result of any event, circumstances or otherwise, unless required by applicable legislation or regulation.

### Market and Industry Data and Customer Information

This presentation has been prepared by Nanox and includes market data and other information from sources believed by the company to be reliable. For example, industry and market data, including Nanox's own research, and surveys or industry publications and surveys as well as public information about Nanox's customers and discussion with them. Some data are also based on Nanox's good-faith estimates, which are derived from Nanox's review of internal sources as well as the other sources described above. Although Nanox believes these sources are reliable, Nanox has not independently verified the information is accurate and complete. As a result, you should be aware that market share, ranking and other similar data set forth in this presentation, and estimates and beliefs based on such data may not be reliable.

# Nanox at a glance



# Progress since August IPO

OVERVIEW

EARLY DETECTION

THE BARRIER

BREAKING THROUGH

THE TECH

NANOX ARC

NANOX BENEFITS

RSNA 2020

OPINIONS

OUR PLAN

BUSINESS MODEL

DEPLOYMENTS

NANOX CLOUD

FDA

PARTNERSHIPS

TEAM



**September**
Signs agreement with SPI Medical for the deployment of 630 Nanox.ARC units across Mexico and Guatemala

**October**
Announces agreement with Ambra Health to enable image access to US hospitals and image providers

**January**
Announces Collaborates with USARAD on radiology AI second opinion program

**February**
Nanox Successfully completes Secondary Offering

**August**
Raises gross proceeds of $190 million through successful initial public offering

**December**
Successfully demonstrates Nanox.ARC in a range of 2D and 3D image procedures at RSNA 2020

**January**
Nanox Announces Three Key Senior Level Hires to Support Long-Term Growth Objectives
COO, CTO and Chief Marketing Officer

2020        2021

# Early detection remains theoretical

OVERVIEW

THE BARRIER

BREAKING THROUGH

THE TECH

NANOX ARC

NANOX BENEFITS

RSNA 2020

OPINIONS

OUR PLAN

BUSINESS MODEL

DEPLOYMENTS

NANOX CLOUD

FDA

PARTNERSHIPS

TEAM

SUMMARY



**2/3 of the world's population have no meaningful access to medical imaging**

# Tech transformation

OVERVIEW

EARLY DETECTION

THE BARRIER

BREAKING THROUGH

NANOX ARC

NANOX BENEFITS

RSNA 2020

OPINIONS

OUR PLAN

BUSINESS MODEL

DEPLOYMENTS

NANOX CLOUD

FDA

PARTNERSHIPS

TEAM

SUMMARY



**From**

One metal filament heated to 2,000° Celsius requiring special cooling and rotation mechanics

**To**

100 Million nano-cones field on a silicon chip emitting digitally controlled electron streams under low voltage

# The Nanox tube

OVERVIEW

EARLY DETECTION

THE BARRIER

BREAKING THROUG

NANOX ARC

NANOX BENEFITS

RSNA 2020

OPINIONS

OUR PLAN

BUSINESS MODEL

DEPLOYMENTS

NANOX CLOUD

FDA

PARTNERSHIPS

TEAM

SUMMARY





*LEGACY TUBE*

$150,000 average cost



*Substa...*

...aller

...ctive

...cost in mass-



# RSNA 2020

OVERVIEW

EARLY DETECTION

THE BARRIER

BREAKING THROUGH

THE TECH

NANOX ARC

NANOX BENEFITS

OPINIONS

OUR PLAN

BUSINESS MODEL

DEPLOYMENTS

NANOX CLOUD

FDA

PARTNERSHIPS

TEAM

SUMMARY

- Live streaming presentation was performed with global audience of thousands

- Nanox single source live imaging

- Nanox.ARC multi-source live imaging



# RSNA 2020

OVERVIEW

EARLY DETECTION

THE BARRIER

BREAKING THROUGH

THE TECH

NANOX ARC

NANOX BENEFITS

OPINIONS

OUR PLAN

BUSINESS MODEL

DEPLOYMENTS

NANOX CLOUD

FDA

PARTNERSHIPS

TEAM

SUMMARY

## Nanox single source live imaging and radiologists diagnostics



On the left - the hand of Ran Poliakine, Nanox's CEO, as was taken during the 2020 RSNA live demo, using the Nanox single source device with the Nanox tube;

On the right - the hand of Anna Bertha Ludwig, Röntgen's wife. Röntgen himself took this iconic image in 1895

## Nanox multi-source 3D tomosynthesis



On the left - single slice from a reconstructed 3D tomosynthesis image that was taken during the 2020 RSNA live demo using the Nanox.ARC, a multi-source device containing Nanox X-Ray tubes

On the right - a single 2D plain (conventional) chest image was taken in a leading hospital in Israel one day before the RSNA live demo.  The same phantom (w/lesions) was used for both images

# Ramping Up Production of Nanox.ARC units

OVERVIEW

EARLY DETECTION

THE BARRIER

BREAKING THROUGH

THE TECH

NANOX ARC

NANOX BENEFITS

RSNA 2020

OPINIONS

OUR PLAN

BUSINESS MODEL

DEPLOYMENTS

NANOX CLOUD

FDA

PARTNERSHIPS

TEAM

SUMMARY



# Flexible business model to drive adoption

OVERVIEW

EARLY DETECTION

THE BARRIER

BREAKING THROUG

THE TECH

NANOX ARC

NANOX BENEFITS

RSNA 2020

OPINIONS

OUR PLAN

DEPLOYMENTS

NANOX CLOUD

FDA

PARTNERSHIPS

TEAM

SUMMARY



**ILLUSTRATIVE MODEL**

POTENTIAL ANNUAL RECURRING REVENUE ASSUMING THE 5,150
CONTRACTED UNITS ARE DEPLOYED AND OPERATIONAL

$1,194,000,000

$397,000,000

$139,000,000

7    20    60    SCANS PER DAY

At 20 scans per day, and $14 per scan revenue to NANOX and 23 days per month, the MSaaS model potentially generates over $397 Million in recurring revenues annually

- 20 - Nanox operational objective
- 60 - Estimated current global average

## Pricing model & minimum annual service fee

- Pay-per-scan service business model
- Nanox covers CAPEX investment in systems and deployment
- **$40 total cost per scan as a global average based on current contracts**
- **Nanox revenue: $14 (out of the $40) per scan based on current contracts**
- Contracting regional service providers for marketing and operation of the service
- Current contracts provide a minimum annual service fee for 7 scans per day per system against regional exclusivity

- Total number of systems deployed may vary as per financing and final unit cost
- Price-per-scan will vary based on regional economics
- Minimum annual service fees will be backed by a standby letter of credit or financial guarantee upon receipt of local regulatory approval

# The Nanox infrastructure management platform

OVERVIEW

EARLY DETECTION

THE BARRIER

BREAKING THROUGH

THE TECH

NANOX ARC

NANOX BENEFITS

RSNA 2020

OPINIONS

OUR PLAN

BUSINESS MODEL

DEPLOYMENTS

FDA

PARTNERSHIPS

TEAM

SUMMARY



Nanox.ARC          Nanox.CLOUD          3D Image Reconstruction

# Regulatory clearance

OVERVIEW

EARLY DETECTION

THE BARRIER

BREAKING THROUGH

THE TECH

NANOX ARC

NANOX BENEFITS

RSNA 2020

OPINIONS

OUR PLAN

BUSINESS MODEL

DEPLOYMENTS

NANOX CLOUD

PARTNERSHIPS

TEAM

SUMMARY

**FDA**

- We expect to take a multi-step approach to the regulatory clearance process:
  - o Submitted a 510(K) application in January 2020 relating to a single source digital X-ray version of the Nanox.ARC
  - o Received an additional information request in March 2020; we responded to in September 2020
  - o Received additional information request in January 2021; On March 2 , Company submitted a comprehensive response to FDA
  - o Plan to submit an additional 510(k) application with respect to the multi-source Nanox.ARC and Nanox.CLOUD, which, if cleared we expect will be our commercial imaging system later in 2021
- If cleared, we plan to ship the first Nanox.ARC units in H2/2021 and into Q1 2022

**CE and ROW**

- CE submission expected in 2021
- Other countries will require separate submissions



# Contracted deployments

OVERVIEW

EARLY DETECTIO

THE BARRIER

BREAKING THRO

THE TECH

NANOX ARC

NANOX BENEFITS

RSNA 2020

OPINIONS

OUR PLAN

BUSINESS MODE

NANOX CLOUD

FDA

PARTNERSHIPS

TEAM

SUMMARY

**Current contracts for deals - 5,150 units (Pending local regulatory approval)**
- Australia, NZ, Norway - 1,000 units
- Brazil - 1,000 units
- Mexico and Guatemala - 630 units
- Italy - 500 units
- Russia - 500 units
- South Africa - 500 units
- Taiwan, Singapore - 500 units
- Spain - 420 units
- Belarus - 100 units

**Strategic Collaboration Agreements - 5,500 units**
- USA - 3,000 units
- Korea, Vietnam - 2,500 units
- Units of contracted pre-sale deals, with experienced service providers, are expected to be shipped starting H2/2021
- Deliveries are conditioned upon acceptance test approval and local and other regulatory clearance in each region
- Active pipeline of additional countries aiming to join initial wave of deployment



**Minimum annual service fees**

Nanox current contracts require a minimum annual service fee backed by a standby letter of credit or financial guarantee upon receipt of local regulatory approval and satisfaction of all conditions precedent under each agreement

# 2021 Operational Goals

OVERVIEW

EARLY DETECTION

THE BARRIER

BREAKING THROUGH

THE TECH

NANOX ARC

NANOX BENEFITS

RSNA 2020

OPINIONS

OUR PLAN

BUSINESS MODEL

DEPLOYMENTS

NANOX CLOUD

FDA

PARTNERSHIPS

TEAM

Finalize development of the Nanox.ARC and Nanox.CLOUD systems

Build-out of global supply chain, including chips, tubes and assembly

Secure regulatory approvals in the US and other territories

Establish organizational infrastructure

Work with clients on deployment readiness

Transform existing sales pipeline into new sales agreements

Expand partnership network





Thank You