# Exhibit 13



Ladenburg Thalmann Healthcare Conference 2021

July 14, 2021

Disclaimers

Nothing contained in this presentation is, or should be construed as, a recommendation, promise or representation by the presenter or NANO-X IMAGING LTD ("Nanox" or the "Company") or any director, employee, agent, or adviser of the Company. This presentation does not purport to be all inclusive or to contain all of the information about the Company. This presentation shall not constitute an offer to sell or the solicitation of an offer to buy the Company's securities, nor shall there be any sale of the Company's securities in any state or jurisdiction in which such offer, solicitation or sale would be unlawful prior to registration or qualification under the securities laws of any such state or jurisdiction.

Forward-Looking Information Statement

Statements contained in this presentation concerning expectations, beliefs, plans, objectives, goals, strategies, future events or performance and underlying assumptions and other statements that are other than statements of historical fact are "forward-looking statements." These statements often include words such as "believe," "expect," "anticipate," "intend," "plan," "estimate," "target," "project," "forecast," "seek," "will," "may," "should," "could," "would" or similar expressions. Although Nanox believes that the expectations and assumptions reflected in these statements are reasonable, these expectations or forecasts of future performance may not prove to be correct. Forward-looking statements are subject to many risks and uncertainties, and actual results may differ materially from the results discussed in forward-looking statements. The following are among the important factors that could cause actual results to differ materially from the forward-looking statements: risks related to Nanox's ability to successfully demonstrate the feasibility of its technology for commercial applications; Nanox's expectations regarding the necessity of, timing of filing for, and receipt and maintenance of, regulatory clearances or approvals regarding its X-Ray source technology and the Nanox.ARC from regulatory agencies worldwide and its ongoing compliance with applicable quality standards and regulatory requirements; Nanox's ability to enter into and maintain commercially reasonable arrangements with third-party manufacturers and suppliers to manufacture the Nanox.ARC; the market acceptance of the Nanox.ARC and the proposed pay-per-scan business model; Nanox's expectations regarding collaborations with third-parties and their potential benefits; Nanox's ability to conduct business globally; the impact of general economic conditions, general

conditions in the medical technology and imaging industries; the impact of the COVID-19 pandemic on the Company's business operations; changes in the global and regional regulatory environments in the jurisdictions in which Nanox does or plans to do business; and market volatility, fluctuations in costs and changes to the competitive environment, among others. Consequently, actual future results may differ materially from the anticipated results expressed in the forward-looking statements. Other risks and uncertainties of which Nanox is not currently aware may also affect these forward-looking statements. The reader should not place undue reliance on any forward-looking statements included in this presentation. These statements speak only as of the date made and Nanox is under no obligation and disavows any obligation to update or revise such statements as a result of any event, circumstances or otherwise, unless required by applicable legislation or regulation.

These risks and uncertainties are described more fully under the caption "Risk Factors" in the Company's filings with the Securities and Exchange Commission. Other risks and uncertainties of which the Company is not currently aware may also affect Company's forward-looking statements. The reader should not place undue reliance on any forward-looking statements included in this presentation. These statements speak only as of the date made and the Company is under no obligation and disavows any obligation to update or revise such statements as a result of any event, circumstances or otherwise, unless required by applicable legislation or regulation.

Market and Industry Data and Customer Information

This presentation has been prepared by Nanox and includes market data and other information from sources believed by the company to be reliable. For example, industry and market data, including Nanox's own research, and surveys or industry publications and surveys as well as public information about Nanox's customers and discussion with them. Some data are also based on Nanox's good-faith estimates, which are derived from Nanox's review of internal sources as well as the other sources described above. Although Nanox believes these sources are reliable, Nanox has not independently verified the information is accurate and complete. As a result, you should be aware that market share, ranking and other similar data set forth in this presentation, and estimates and beliefs based on such data may not be reliable.

Ran Poliakine, Chairman and CEO

combines business-focused innovation with social impact initiatives, leveraging advanced technology to create products and solutions that address real human pain-points and healthcare needs.

Nanox Vision

# Together for better health



Nanox Mission

# Scan globally To protect one's health



Concept device. For educational purposes on

**2/3** of the world's population have no meaningful access to medical imaging.

The majority of the remaining 1/3 suffer from weeks and months of wait time for access to medical scanners and diagnostic results.

Early Detection Remains Theoretical.

# Existing Medical imaging systems are too expensive and complex for mass deployment

Recall the transition
from the Edison light
bulb
to LED light



# 126 years of tech transformation

**One metal filament heated to 2,000° Celsius requiring special cooling and rotation mechanics**




# 126 years of tech transformation

To

## 100 Million

## nano-cones field on a silicon chip emitting digitally controlled electron streams under low voltage



proprietary technology Novel silicon-based, low voltage, nano-scale cold cathode







Nanox.SOURCE          Nanox.TUBE          Nanox.ARC          Nanox.CLOUD

Concept device. For educational purposes

MEMs > Cold cathode  > 5 tubes > Nanox.ARC > Connected to the cloud

## Nanox.ARC

### 3D digital Multi source whole-body scanner



- Digital
- Multi-s
- Multi-n vice. For educational purposes only.
- Small f
- Costs i
  existing

- Enable
  archite
- Station
- Minim
- Energy
  cycle
- Rapid

# Scaling our technology will enable significantly higher availability and accessibility of imaging services

# 3 pillars for scaling our technology:

1 Nanox.ARC production

2 MSaaS and OEM Business mode

3 Regulatory path

## Nanox.ARC Production

**Nanox.SOURCE**



**Nanox.TUBE**



**Nanox.CLOUD**



  

**Assembling the Nanox.ARC**

The Nanox.SOURCE



Nanox.SOURCE

**We designed our MEMs and constructing our Fab from the ground up which gives us control over our supply and value chain for** The Nanox.ARC and OEMs partners



## Nanox.SOURCE

- New FAB site under construction in Yongin, South Korea, next to the SK Hynix semiconductor cluster, to manufacture our MEMs.

- FAB site will be 12,000 square meters, including 1200 sqm MEMs Clean Room

- Expected to be operational mid-2022

- Estimated cost: $45M



Nanox.SOURCE

Temporary
MEMs FAB
in Korea
operating



## Nanox.SOURCE

- Interim FAB facility opened at Chenongju, Korea

- Critical chip manufacturing equipment already purchased

- We expect Approx. 40% of MEMs chips production process from Korea by year-end 2021

- We are in the process of transferring the current MEMs manufacturing in our Japanese clean room to Korea

The Nanox.TUBE



## Nanox.TUBE – Economy of scale – target $100

**Nanox.SOURCE**



**kVp**



*Image taken using Nanox.CART X-Ray System, FDA cleared

**Glass vs. Ceramic**



Nanox.TUBE

**It is easier to integrate our chip into the tube making process than the filament module, therefore** the process is quicker



## Nanox.TUBE

- Third party glass tube manufacturer in Italy with 60-year history of designing and manufacturing glass X-Ray tubes

- Design has been proven and delivered to Nanox at acceptable unit costs

- Validation and verification process to be completed

- We expect our tubes will be capable of moving through range of very high kVp (hard bone) to low kVp (soft tissue)

- Currently working on 100kv tubes with multiple partners - with a development path towards120kv



## Assembling the Nanox.ARC

- Current production of Nanox.ARC multi-source systems in Israel with third party manufacturer

- Manufacturing prototype now, for training and testing at service providers, and will produce FDA 510(k) clearance, and other regional clearances

- At travel restrictions to Taiwan lift, will transition production to Foxconn in Taiwan or China





Concept device. For educational purposes only.

## Nanox.CLOUD

**Purpose built proprietary radiology software platform designed to streamline operations and analytics**

- Radiology diagnostics remain a significant bottleneck
- We intend all Nanox.ARC systems to be connected to the Nanox.CLOUD
- A proprietary software platform designed to streamline the radiology diagnostics services and provide billing control



Nanox.ARC

NANOX would transmit all imaging data to the cloud SaaS platform

Concept device. For educational purposes only.

Nanox.CLOUD

The platform would employ a matching engine to match scans to radiologists

Medical AI systems would provide first response and decision assistive information

Radiology specialists would provide diagnostics online

Hospitals and doctors would get real-time global access

# Business Model

## MSaaS

**ILLUSTRATIVE MODEL**

POTENTIAL ANNUAL RECURRING REVENUE ASSUMING THE 5,150 CONTRACTED UNITS ARE DEPLOYED AND OPERATIONAL



At 20 scans per day, and $14 per scan revenue to NANOX and 23 days per month, the MSaaS model potentially generates over $397 million in recurring revenues annually assuming 5,150 contracted systems are deployed and operational

- 20 - Nanox operational objective
- 60 - Estimated current global average

- ...er-scan service business model ...covers CAPEX investment in ...s and deployment
- **...al cost per scan as a global ...ge based on current contracts**
- **...revenue: $14 (out of the $40) ...an based on current contracts**
- ...acting regional service providers ...rketing and operation of the ...e
- ...t contracts provide a minimum ...l service fee for 7 scans per day ...stem against regional exclusivity
- ...umber of systems deployed ...ary as per financing and final ...ost
- ...per-scan will vary based on ...al economics
- Minimum annual service fees will be backed by a standby letter of credit or financial guarantee upon receipt of local regulatory approval and acceptance test.

## OEMs

- For OEMs, we plan to tailor our X-Ray source technology to their specific imaging systems
- Expect to charge a one-time licensing fee upfront
- Receive recurring royalty payments for each system sold.



### Security / Manufacturing

We believe our Proprietary technology - Nanox MEMS offers a wide range of applications in different industries, such as security, manufacturing, and more.

## Global Partnerships



### Strategic Partners

5G, MEMs manufacturing and APAC distribution

OEM

Manufacturing

### AI & Image Transfer

Cancer detection

Stroke

Chest & Head

Mammography

Secure image transfer

### Deployments

Golden Vine

United States

Taiwan, Singapore

Italy

Russia, Belarus

Australia, Spain, New Zealand, Norway, Korea Vietnam

Brazil, S. Africa

Mexico, Guatemala

Concept device. For educational purposes only.

## Regulatory Path



- We received 510(k) clearance from the FDA for the Nanox.CART X-Ray System, which use a single Nanox.TUBE

- 510(K) Class II FDA submission seeks clearance of the first version of company's multi-source 3D digital tomosynthesis system as the next step in its U.S. regulatory process.

- Later, we expect to submit a CE mark application for EU counties and applications in other countries where contracts are signed with service providers

## Recap – Nanox's Solution

Nanox's **proprietary technology** introduces a new breed of the X-Ray source

Will result in lower cost and smaller imaging systems

Which we expect will enable significantly higher availability and accessibility of imaging services, universally-connected.
offering direct link between Patient-Physician-Radiologist

Allowing superior accessibility to medical data and its analysis

for the benefit of preventive healthcare and global health analytics and studies

510(k) clearance from the FDA for the Nanox.CART X-Ray System

Manufacturing ramp-up

Nanox.ARC multi source device FDA submission

Continue to build leadership team

**2021**

First shipments 2022

Global deployments

15,000 units deployed and operational

**2022-2024**