**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

|   |   |
|---|---|
| IN RE NANO-X SECURITIES LITIGATION | No. 21-cv- 05517-RPK-PK |

### DECLARATION OF VERONICA V. MONTENEGRO

I, Veronica V. Montenegro, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.     I am a member of the Bar and Of Counsel of the law firm of Pomerantz LLP.  I am personally involved in the representation of the Lead Plaintiff in the action *In re Nano-X Securities Litigation,* No. 1:21-cv-05517-RPK-PK.

2.     I submit this declaration in support of Lead Plaintiff's Opposition to Defendants' Motion to Dismiss the Amended Class Action Complaint.  I have personal knowledge of the matters set forth herein.

3.     Attached hereto as Exhibit 1 is a true and correct copy of a Press Release filed on SEC Form 6-K by Nano-X Imaging, dated April 2, 2021.

4.     Attached hereto as Exhibit 2 is a true and correct copy of the transcript of a presentation by Nano-X Imaging at the 17th Annual Canaccord Genuity Musculoskeletal Conference, dated March 22, 2022.

5.     Attached hereto as Exhibit 3 is a true and correct copy of the transcript of a presentation by Nano-X Imaging at the Jefferies Asia Forum, dated September 15, 2020.

6.    Attached hereto as Exhibit 4 is a true and correct copy of Nano-X Imaging's SEC Form 20-F for Fiscal Year Ended December 31, 2021, dated May 2, 2022.

7.    Attached hereto as Exhibit 5 is a true and correct copy of the transcript of Nano-X Imaging's Investor Call, dated December 3, 2020.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of August 2022, in New York, NY.

*/s/ Veronica V. Montenegro*
Veronica V. Montenegro