UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

IN RE NANO-X SECURITIES LITIGATION

Case No.  1:21-cv-05517-RPK-PK

**DECLARATION OF CHRISTOPHER P. MALLOY IN FURTHER
SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED
CLASS ACTION COMPLAINT OF LEAD PLAINTIFF DAVIAN HOLDINGS LIMITED**

CHRISTOPHER P. MALLOY, pursuant to 28 U.S.C. § 1746, declares as follows:

1.      I am a member of the Bar of this Court and of the law firm Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for defendant Nano-X Imaging Ltd. ("Nanox") in in the above-captioned matter.

2.      I submit this declaration in further support of Defendants' Motion to Dismiss the Amended Class Action Complaint of Lead Plaintiff Davian Holdings Limited (the "Motion") and to transmit to the Court true and correct copies of the following documents to which reference is made in the papers submitted in support of the Motion:

| Exhibit | Description |
|---|---|
| 1 | CFI Team, *Economies of Scale*, CORP. FIN. INST. (July 27, 2022), https://corporatefinanceinstitute.com/resources/knowledge/economics/economies-of-scale/. |
| 2 | Nigel Syrotuck, *Are Your Volume-Saving Price Predictions Reasonable?*, MED. DEVICE & DIAGNOSTIC INDUS. (Mar. 26, 2019), |

|  | https://www.mddionline.com/components/are-your-volume-saving-price-predictions-reasonable. |
|---|---|
| 3 | September 22, 2020 Nanox Form 6-K and Exhibit |
| 4 | June 17, 2021 Nanox Form 6-K |
| 5 | November 11, 2021 Nanox Press Release |
| 6 | *Tomography*, OXFORD LEARNER'S DICTIONARY (Sept. 4, 2022), https://www.oxfordlearnersdictionaries.com/us/definition/english/tomography. |
| 7 | James T. Dobbins III, *Tomosynthesis imaging: At a translational crossroads*, 36 MED. PHYSICS (June 2009), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC2832060/pdf/MPHYA6-000036-001956_1.pdf |
| 8 | *CT scan*, WIKIPEDIA: THE FREE ENCYCLOPEDIA (Sept. 3, 2022), https://en.wikipedia.org/wiki/CT_scan |
| 9 | December 31, 2019 Letter from the U.S. Securities and Exchange Commission ("SEC") to Ran Poliakine |
| 10 | January 14, 2020 Letter from Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden") on behalf of Nanox to SEC |
| 11 | April 1, 2021 Submission by Nanox to the FDA for approval of the Nanox.CART |
| 12 | August 10, 2021 Transcript of Nanox Earnings Call |

I declare under penalty of perjury that the foregoing is true and correct.


Dated:  New York, New York
        September 9, 2022

　　　/s/ *Christopher P. Malloy*　
CHRISTOPHER P. MALLOY