# Exhibit 3

Case 1:21-cv-05517-RPK-PK    Document 56-3    Filed 09/09/22    Page 2 of 46 PageID #: 2037

6-K/A 1 nc10015156x3_6ka.htm FORM 6-K/A

---

## UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C. 20549

# FORM 6-K/A

### REPORT OF FOREIGN PRIVATE ISSUER
### PURSUANT TO RULE 13a-16 OR 15d-16
### UNDER THE SECURITIES EXCHANGE ACT OF 1934

**For the month of September, 2020**

**Commission File Number: 001-39461**

# NANO-X IMAGING LTD

**Communications Center**
**Neve Ilan, Israel 9085000**
**(Address of principal executive office)**

Indicate by check mark whether the registrant files or will file annual reports under cover of Form 20-F or Form 40-F.

Form 20-F ☒ Form 40-F ☐

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(1): ☐

Note: Regulation S-T Rule 101(b)(1) only permits the submission in paper of a Form 6-K if submitted solely to provide an attached annual report to security holders.

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(7): ☐

Note: Regulation S-T Rule 101(b)(7) only permits the submission in paper of a Form 6-K if submitted to furnish a report or other document that the registrant foreign private issuer must furnish and make public under the laws of the jurisdiction in which the registrant is incorporated, domiciled or legally organized (the registrant's "home country"), or under the rules of the home country exchange on which the registrant's securities are traded, as long as the report or other document is not a press release, is not required to be and has not been distributed to the registrant's security holders, and, if discussing a material event, has already been the subject of a Form 6-K submission or other Commission filing on EDGAR.

## EXPLANATORY NOTE

NANO-X IMAGING LTD is furnishing this Form 6-K/A in order to re-file and replace Exhibit 99.1 to the Form 6-K of NANO-X IMAGING LTD furnished to the Securities and Exchange Commission on September 22, 2020 (the "Original Form 6-K"). This Form 6-K/A is being furnished solely to correct a typographical error in the number of contracted Nanox.ARC systems in Exhibit 99.1 to the Original Form 6-K, and state that the number of contracted Nanox.ARC systems is 5,150. All other information included in the Original Form 6-K remains unchanged. The corrected Exhibit 99.1 is submitted with this Form 6-K/A as Exhibit 99.1.

# EXHIBIT INDEX

| Exhibit No. | Exhibit |
| --- | --- |
| 99.1 | NANO-X IMAGING LTD's presentation. |

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

NANO-X IMAGING, INC.

By:    /s/ Tal Shank

Name: Tal Shank

Title: Vice President of Corporate Development

Date: September 22, 2020

**Exhibit 99.1**



ΠΛΠΟΧ

**Disclaimers**

Nothing contained in this presentation is, or should be construed as, a recommendation, promise or representation by the presenter or the Company or any director, employee, agent, or adviser of the Company. This presentation does not purport to be all inclusive or to contain all of the information about the Company. This presentation shall not constitute an offer to sell or the solicitation of an offer to buy the Company's securities, nor shall there be any sale of the Company's securities in any state or jurisdiction in which such offer, solicitation or sale would be unlawful prior to registration or qualification under the securities laws of any such state or jurisdiction.

**Forward-Looking Information Statement**

Statements contained in this presentation concerning expectations, beliefs, plans, objectives, goals, strategies, future events or performance and underlying assumptions and other statements that are other than statements of historical fact are "forward-looking statements." These statements often include words such as "believe," "expect," "anticipate," "intend," "plan," "estimate," "target," "project," "forecast," "seek," "will," "may," "should," "could," "would" or similar expressions. Although Nanox believes that the expectations and assumptions reflected in these statements are reasonable, these expectations or forecasts of future performance may not prove to be correct. Forward-looking statements are subject to many risks and uncertainties, and actual results may differ materially from the results discussed in forward-looking statements. The following are among the important factors that could cause actual results to differ materially from the forward-looking statements: risks related to Nanox's ability to successfully demonstrate the feasibility of its technology for commercial applications; Nanox's expectations regarding the necessity of, timing of filing for, and receipt and maintenance of, regulatory clearances or approvals regarding its X-Ray source technology and the Nanox.ARC from regulatory agencies worldwide and its ongoing compliance with applicable quality standards and regulatory requirements; Nanox's ability to enter into and maintain commercially reasonable arrangements with third-party manufacturers and suppliers to manufacture the Nanox.ARC; the market acceptance of the Nanox.ARC and the proposed pay-per-scan business model; Nanox's expectations regarding collaborations with third-parties and their potential benefits; Nanox's ability to conduct business globally; the impact of general economic conditions, general conditions in the medical technology and imaging industries; the impact of the COVID-19 pandemic on the Company's business operations; changes in the global and regional regulatory environments in the jurisdictions in which Nanox does or plans to do business; and market volatility, fluctuations in costs and changes to the competitive environment, among others. Consequently, actual future results may differ materially from the anticipated results expressed in the forward-looking statements. Other risks and uncertainties of which Nanox is not currently aware may also affect these forward-looking statements. The reader should not place undue reliance on any forward-looking statements included in this presentation. These statements speak only as of the date made and Nanox is under no obligation and disavows any obligation to update or revise such statements as a result of any event, circumstances or otherwise, unless required by applicable legislation or regulation.

These risks and uncertainties are described more fully under the caption "Risk Factors" in the Company's filings with the Securities and Exchange Commission. Other risks and uncertainties of which the Company is not currently aware may also affect Company's forward-looking statements. The reader should not place undue reliance on any forward-looking statements included in this presentation. These statements speak only as of the date made and the Company is under no obligation and disavows any obligation to update or revise such statements as a result of any event, circumstances or otherwise, unless required by applicable legislation or regulation.

**Market and Industry Data and Customer Information**

This presentation has been prepared by Nanox and includes market data and other information from sources believed by us to be reliable.  For example, industry and market data, including our own research, and surveys or industry publications and surveys as well as public information about our customers and discussion with them. Some data are also based on our good-faith estimates, which are derived from Nanox's review of internal sources as well as the other sources described above. Although Nanox believes these sources are reliable, Nanox has not independently verified the information is accurate and complete. As a result, you should be aware that market share, ranking and other similar data set forth in this presentation, and estimates and beliefs based on such data may not be reliable.



ΠΛΠΟΧ

## Preventive screening

OVERVIEW

EARLY DETECTION

THE BARRIER

BREAKING THROUGH

THE TECH

NANOX ARC

OUR PLAN

BUSINESS MODEL

DEPLOYMENTS

NANOX CLOUD

TEAM

SUMMARY

### Early detection is key to preventive healthcare.

Treatable conditions, such as cancer, cardiovascular failures and others are often diagnosed too late.







# ∩∧∩o×

## Early detection remains theoretical

OVERVIEW

EARLY DETECTION

THE BARRIER

BREAKING THROUGH

THE TECH

NANOX ARC

OUR PLAN

BUSINESS MODEL

DEPLOYMENTS

NANOX CLOUD

TEAM

SUMMARY

**2/3 of the world's population have no access to medical imaging**

**The majority of the remaining 1/3 suffer from weeks and months of wait time for access to medical scanners and diagnostic results.**

ПΛПОX

## Why?

OVERVIEW

EARLY DETECTION

THE BARRIER

BREAKING THROUGH

THE TECH

NANOX ARC

OUR PLAN

BUSINESS MODEL

DEPLOYMENTS

NANOX CLOUD

TEAM

SUMMARY

**Medical imaging systems are too expensive and complex for mass deployment.**



nanox

# The key inhibitor

OVERVIEW

EARLY DETECTION

THE BARRIER

BREAKING THROUGH

THE TECH

NANOX ARC

OUR PLAN

BUSINESS MODEL

DEPLOYMENTS

NANOX CLOUD

TEAM

SUMMARY

**X-Ray source technology has not changed since its discovery over 120 years ago**



**Wilhelm Conrad Röntgen**











ПΛПOX

# Tech transformation

OVERVIEW

EARLY DETECTION

THE BARRIER

BREAKING THROUGH

THE TECH

NANOX ARC

OUR PLAN

BUSINESS MODEL

DEPLOYMENTS

NANOX CLOUD

TEAM

SUMMARY

## *From*



**One metal** filament heated to 2,000° Celsius requiring special cooling and rotation mechanics

## *To*



**100 Million** nano-cones field on a silicon chip emitting digitally controlled electron streams under low voltage





OVERVIEW
EARLY DETECTION
THE BARRIER
BREAKING THROUGH
THE TECH
NANOX ARC
OUR PLAN
BUSINESS MODEL
DEPLOYMENTS
NANOX CLOUD
TEAM
SUMMARY

**Commercially available Digital X-Ray source**





The Nanox Silicon MEMs cold cathode





ⵑⴰⵏⴼⵅ

# Footprint practicalities

OVERVIEW

EARLY DETECTION

THE BARRIER

BREAKING THROUGH

THE TECH

NANOX ARC

OUR PLAN

BUSINESS MODEL

DEPLOYMENTS

NANOX CLOUD

TEAM

SUMMARY



## ᑎᗩᑎox

# Clinical quality imaging



OVERVIEW

EARLY DETECTION

THE BARRIER

BREAKING THROUGH

THE TECH

NANOX ARC

OUR PLAN

BUSINESS MODEL

DEPLOYMENTS

NANOX CLOUD

TEAM

SUMMARY

Nanox | kVp: 50 | mAs: 0.4 |

Philips | kVp: 55 | mAs: 4.0

**kVp** - Kilovolt Peak. kVp is the component that controls the X-Ray penetration strength and subsequently QUALITY of the X-Ray beam produced. It is also what controls the CONTRAST or GRAY SCALE in the produced X-Ray film. The Higher the kVP the LOWER the CONTRAST.

**mAs** - MilliAmps per Second. This parameter controls the QUANTITY or the AMOUNT of X-Ray photons produced. This is also what dictates the radiation dose. The higher the mAs the higher the radiation exposure.







ΠΛΠΟΧ

# Regulatory clearance

OVERVIEW

EARLY DETECTION

THE BARRIER

BREAKING THROUGH

THE TECH

NANOX ARC

OUR PLAN

BUSINESS MODEL

DEPLOYMENTS

NANOX CLOUD

TEAM

SUMMARY

## FDA

- We expect to take a multi-step approach to the regulatory clearance process:
  - o Submitted a 510(K) application in January 2020 relating to a single digital X-ray source version of the Nanox.ARC
  - o Received an additional information request in March 2020, which we responded to in September 2020
  - o Plan to submit an additional 510(k) application with respect to the multiple-source Nanox.ARC which, if cleared, will be our commercial imaging system
  - o We do not believe the Nanox X-ray source (the core component of the Nanox.ARC) will require a separate regulatory approval or clearance because the source is a Class 1 device, which is exempt from the 510(k) application process
- If cleared, we plan to deploy the first Nanox.ARC in the first half of 2021

## CE and ROW

- CE submission and clearance expected in H1 2021
- Majority of ROW countries accept FDA and CE as a reference for local clearance
- Other countries will require separate submissions

**ADVISORS**

 Greenleaf Health

**Daniel Schultz, MD, F.A.C.S.**

Former Director of the Center for Devices and Radiological Health (CDRH) at FDA





ΠΛΟΧ
## Our plan

OVERVIEW

EARLY DETECTION

THE BARRIER

BREAKING THROUGH

THE TECH

NANOX ARC

OUR PLAN

BUSINESS MODEL

DEPLOYMENTS

NANOX CLOUD

TEAM

SUMMARY

**Disrupt the imaging market with a global service infrastructure for medical imaging**

- Increase significantly medical imaging availability
- Deploy 15,000 units globally by YE2024 subject to Company financing & regulatory clearance
- Invest CAPEX and own the systems
- Operate a Pay-per-Scan, MSaaS business model
- Generate substantial recurring revenue stream once fully deployed



∩∧∩◦✕

# Addressable market

Expansion of the $21 Billion global medical imaging market through shift from CAPEX to MSaaS model

OVERVIEW

EARLY DETECTION

THE BARRIER

BREAKING THROUGH

THE TECH

NANOX ARC

OUR PLAN

BUSINESS MODEL

DEPLOYMENTS

NANOX CLOUD

TEAM

SUMMARY



**The X-Ray-based imaging market 2021-2024**

Nanox addresses the market segments legacy vendors do not traditionally sell to

∩∧∩◦✕ — Urgent Care units, outpatient clinics, nursing homes etc.

PHILIPS, FUJI, HOLOGIC, SAMSUNG, GE Healthcare, Medtronic, Carestream, Canon, Elekta, SIEMENS, VARIAN — HMOs, hospitals, medical imaging centers

# We do not compete over market share, we expand the total market

· We sell medical imaging **availability**

· We expect to provide systems to market segments existing X-Ray vendors don't target

· We target Urgent Care units (over 9,600 in the US alone), outpatient clinics, rural areas, countries with limited medical imaging availability (India, China, Africa…)

· We believe the CAPEX market of HMOs, hospitals and medical centers will migrate to an OPEX service-based model over time

· Nanox is pioneering this model today

· For certain medical imaging market participants, we plan to tailor our X-Ray source technology to their specific imaging systems and we expect to charge a one-time licensing fee upfront and receive recurring royalty payments for each system sold





# ∩∧∩□x

# Flexible business model to drive adoption

OVERVIEW

EARLY DETECTION

THE BARRIER

BREAKING THROUGH

THE TECH

NANOX ARC

OUR PLAN

**BUSINESS MODEL**

DEPLOYMENTS

NANOX CLOUD

TEAM

SUMMARY

## MSaaS

### ILLUSTRATIVE MODEL

POTENTIAL ANNUAL RECURRING REVENUE ASSUMING THE 5,150 CONTRACTED UNITS ARE DEPLOYED AND OPERATIONAL

$1,192,000,000

$397,000,000

$139,000,000

7    20    60    SCANS PER DAY

At 20 scans per day, and $14 per scan revenue to NANOX and 23 days per month, the MSaaS model potentially generates over $397 Million in recurring revenues annually

**Scans per day - LEGEND**
- 7 - Minimum scans per day per system
- 20 - Nanox operational objective
- 60 - Estimated current global average

## Pricing model & minimum annual service fee

- Pay-per-scan service business model
- Nanox covers CAPEX investment of systems and deployment
- **$40 total cost per scan as a global average based on current contracts**
- **Nanox revenue $14 (out of the $40) per scan based on current contracts**
- Contracting regional service providers for marketing and operation of the service
- Current contracts provide a minimum annual service fee for 7 scans per day per system against regional exclusivity

- Total number of systems deployed may vary as per financing and final unit cost
- Price-per-scan will vary based on regional economics
- Minimum annual service fees will be backed by a standby letter of credit upon receipt of local regulatory approval



## ΠΛΠΟΧ

# Select Customer Profiles

OVERVIEW

EARLY DETECTION

THE BARRIER

BREAKING THROUGH

THE TECH

NANOX ARC

OUR PLAN

BUSINESS MODEL

DEPLOYMENTS

NANOX CLOUD

TEAM

SUMMARY

**The Gateway Group**

- One of Australia's largest independent product distributors including health, wellness, medical supplies and devices

- Provides a wide range of products to over 20,000 locations with representation of medical device companies such as BrainsWay and others

- **Entered into an initial 3-year contract to deploy 1,000 Nanox Systems, consisting of the Nanox.ARC and Nanox.CLOUD, across Australia, New Zealand and Norway[1]**

- **Anticipated $27 million[2] minimum annual service fees to Nanox**



[1] Subject to regulatory approval and customer acceptance test
[2] Assumes 7 scans/day x 23 days/month x at $14 per scan x 1,000 units deployed

Case 1:21-cv-05517-RPK-PK    Document 56-3    Filed 09/09/22    Page 33 of 46 PageID #: 2068

nanox

## Select Customer Profiles

OVERVIEW

EARLY DETECTION

THE BARRIER

BREAKING THROUGH

THE TECH

NANOX ARC

OUR PLAN

BUSINESS MODEL

DEPLOYMENTS

NANOX CLOUD

TEAM

SUMMARY

**SPI Medical, S.A. de C.V. (Mexico)**

- SPI Medical, S. A. de C.V. is a distributor of specialty pharma products and medical devices, operating with global leaders such as Abbott, Merck, Bayer and Eli Lilly, and medical imaging systems from Phillips, GE, Siemens, Planmed and Toshiba.

- Distributes to both the public and private sectors in Mexico and Guatemala.

- **Entered into an initial 7-year MSaaS agreement to distribute 630 Nanox Systems across Mexico and Guatemala[1]**

- **Anticipated $17 million[2] minimum annual service fees to Nanox**



SPI MEDICAL, S.A.PI. DE C.V.

[1] Subject to regulatory approval and customer acceptance test
[2] Assumes 7 scans/day x 23 days/month x at $14 per scan x 630 units deployed

ΠΛΠΟΧ

## Select Customer Profiles

OVERVIEW

EARLY DETECTION

THE BARRIER

BREAKING THROUGH

THE TECH

NANOX ARC

OUR PLAN

BUSINESS MODEL

DEPLOYMENTS

NANOX CLOUD

TEAM

SUMMARY

**Promedica Bioelectronics s.r.l. (Italy)**

- Promedica Bioelectronics s.r.l. has over 25 years of experience representing diagnostic imaging vendors such as Fujifilm, Siemens Medical Systems and GE Healthcare

- Also manages commercial strategic activities for multinational companies for the marketing of systems with MR-guided Focused Ultrasound (InSightec) and robotic systems for interventional radiology procedures (iSYS)

- **Entered into an initial 4-year MSaaS agreement to distribute 500 Nanox Systems across Italy[1]**

- **Anticipated $13.5 million[2] minimum annual service fees to Nanox**



[1] Subject to regulatory approval and customer acceptance test
[2] Assumes 7 scans/day x 23 days/month x at $14 per scan x 500 units deployed

## Select Customer Profiles

OVERVIEW

EARLY DETECTION

THE BARRIER

BREAKING THROUGH

THE TECH

NANOX ARC

OUR PLAN

BUSINESS MODEL

DEPLOYMENTS

NANOX CLOUD

TEAM

SUMMARY

**APR Tecnologia Salud (Spain and Portugal)**

- A distributor of diagnostic imaging equipment across Spain and Portugal

- Offers a full-service integrated approach to its customers comprising both equipment and service

- Expertise across broad range of OEM diagnostic equipment: CT, MRI, Radiology and Ultrasound

- **Entered into a 5-year MSaaS agreement for deployment of 420 Nanox Systems in Spain[1]**

- **Anticipated $11.4 million[2] minimum annual service fees to Nanox**



[1] Subject to regulatory approval and customer acceptance test
[2] Assumes 7 scans/day x 23 days/month x at $14 per scan x 420 units deployed







# Strategic Alliance with SK Telecom



Collaboration with SK Telecom announced June 2020

- SK Telecom has made two investments in Nanox:
  $5 million (June 2019)
  $20 million (June 2020)
- SK Telecom CEO Park Jung-ho joined the Nanox Board of Directors in August 2020

- Collaboration aims to deploy 2,500 Nanox Systems to clinics in South Korea and Vietnam
- Nanox to work toward establishing a wholly-owned subsidiary in Korea to support production of its MEMs X-ray source and leverage SK Telecom's expertise in semiconductors







NANOX

# The Nanox infrastructure management platform

**Increasing availability of medical imaging systems solves only half of the problem**

OVERVIEW

EARLY DETECTION

THE BARRIER

BREAKING THROUGH

THE TECH

NANOX ARC

OUR PLAN

BUSINESS MODEL

DEPLOYMENTS

NANOX CLOUD

TEAM

SUMMARY

**Purpose built proprietary radiology software platform streamlines operations and analytics**

- Radiology diagnostics remain a significant bottleneck
- All Nanox.ARC systems will be connected to the Nanox.CLOUD
- A proprietary software platform designed to streamline the radiology diagnostics services and provide billing control

Nanox.ARC          Nanox.CLOUD          Radiology and AI services



OVERVIEW
EARLY DETECTION
THE BARRIER
BREAKING THROUGH
THE TECH
NANOX ARC
OUR PLAN
BUSINESS MODEL
DEPLOYMENTS
NANOX CLOUD
TEAM
SUMMARY

# The Nanox.CLOUD

A central backbone of our imaging infrastructure that will provide the ability to scale with connectivity to robust services

- Built ground-up with automation, privacy and security in mind
- Expected to be HIPPA and GDPR compliant
- Enables integration into medical systems via APIs
- Full administrative and billing services

NANOX would transmit all imaging data to the cloud SaaS platform

The platform employs a matching engine to match scans to radiologists

Medical AI systems would provide first response and decision assistive information

Radiology specialists would provide diagnostics online

Hospitals and doctors would get real-time global access

# ΠΛΠOX

## The team

**A strong execution team with decades of relevant experience and proven track record of large-scale global projects, medical business expertise and bringing innovation to market**

OVERVIEW

EARLY DETECTION

THE BARRIER

BREAKING THROUGH

THE TECH

NANOX ARC

OUR PLAN

BUSINESS MODEL

DEPLOYMENTS

NANOX CLOUD

TEAM

SUMMARY



**Ran Poliakine**
Founder & CEO

The founder of the wireless charging industry, a serial entrepreneur focusing on global life-changing technologies and inventions in across multiple categories



**Hitoshi Masuya**
Co-Founder and Head of NANOX Japan

Originally co-invested in the Nanox project with Sony, now leading the Japan operation and a member of the board



**Tal Shank**
SVP Corporate Development

Over 15 years of international experience in commercial law and global business development. Tal has a substantial track record with private & public companies



**Lydia Edwards**
President NANOX USA

Lydia has spent the last 15 years in the medical field, focused on the sales of pulmonary and critical care solutions in the U.S. and international markets



**Itzhak Maayan**
CFO

Over 25 years of financial leadership roles in multi-national public companies including Perrigo, Cisco Systems, Xtivia Technologies, and Elscint.



**Yoel Raab**
CTO

Ex-Intel and Orbotech Medical exec., Yoel has BSc. and MSc. degrees in Applied Physics and Microelectronics with a proven track record in product development



**Anat Kaphan**
VP Product Marketing

Ex Mazor Robotics, Philips Medical, and Lumenis, Anat has an extensive record with over 20 years of experience in medical systems development and marketing



**Dr. Amir Ben Shalom**
CSO

With over 250 patents granted & pending, Amir is a scientist, engineer, author, teacher and a renown expert in high-power, analog circuits and electro-optics



**Bruce Edwards**
VP Business Development

A serial entrepreneur in the medical and high-tech fields with an established track record in global marking, sales, and strategic business development

# ⊓⌂⊓⊔⨯

# Advisory board

OVERVIEW

EARLY DETECTION

THE BARRIER

BREAKING THROUGH

THE TECH

NANOX ARC

OUR PLAN

BUSINESS MODEL

DEPLOYMENTS

NANOX CLOUD

TEAM

SUMMARY



Morry Blumenfeld
GE Healthcare



Prof. Geoffrey D. Rubin
Duke



Prof. Norbert Pelc
Stanford University



Dr. Achille Mileto
UNIVERSITY of WASHINGTON



Dr. Rafael Grossman
TED



Michael Jackman
GE Healthcare



Dr. Michael Yuz
USARAD



Prof. Peter Dawson
University College London Hospitals



Prof. Yong-woo
SAMSUNG SAMSUNG HOSPITAL

Thomas Deckle
IBM

**Professional and involved advisory board of physicians, radiologists, business veterans and global opinion leaders. The Nanox advisory board is an integral part of our think-tank for product roadmap and strategy.**

nanox

# Financial Snapshot

| | |
|---|---|
| **Pro-forma cash*** | **Approx. $244 mm** |
| **Debt** | **$0** |

| Expected use of cash | Amount ($mm) |
|---|---|
| Manufacture of 15,000 Nanox.ARC units and investment in manufacturing capacities** | $144 - $194 |
| The shipping, installation and deployment costs of the 15,000 Nanox Systems ** | $18 - $30 |
| Continued research and development of the Nanox.ARC, the development of the Nanox.CLOUD and for regulatory clearance in various regions | $5 - $9 |
| The remaining funds, if any, to be used for research and development expenses, sales and marketing expenses, general and administrative expenses and general corporate purposes. | |

* Cash and cash equivalents as of June 30, pro-forma for subsequent cross-over funding net proceeds,  net IPO proceeds, including full exercise of the 15% underwriters' overallotment option

** To the extent the cost-per-unit of the Nanox.ARC is higher than we expected, we plan to reduce the number of units to be manufactured accordingly.

OVERVIEW

EARLY DETECTION

THE BARRIER

BREAKING THROUGH

THE TECH

NANOX ARC

OUR PLAN

BUSINESS MODEL

DEPLOYMENTS

NANOX CLOUD

TEAM

SUMMARY

ПΛПОX

# Key investment highlights

OVERVIEW

EARLY DETECTION

THE BARRIER

BREAKING THROUGH

THE TECH

NANOX ARC

OUR PLAN

BUSINESS MODEL

DEPLOYMENTS

NANOX CLOUD

TEAM

SUMMARY

**Nanox is a global company building a disruptive medical imaging infrastructure for early detection preventive healthcare**



We are well positioned to serve an untapped market representing a significant part of the world's population

- Revolutionary model to transform and grow the already large medical imaging market
- Unique patented technology innovation
- We expect our technology and imaging as a service model will allow us to sell systems into markets and sites that do not have imaging systems and where our traditional imaging competitors cannot play
- Transformative business model disrupts by no longer focusing on high cost capital equipment, but instead, into a recurring revenue service model with software-like gross margins
- Business model allows company to focus on a handful of key deployment partners like radiology groups in the US vs thousands of hospitals and imaging centers, with a small focused clinical support team
- Anticipated 510(k) regulatory path for the Nanox.ARC in US and well-known ROW regulatory paths
- No reimbursement hurdles expected and stable codes familiar to all physicians
- Significant positive economic impact on radiology groups and individual practices

- **Nanox has a first mover advantage**
- **Developed a novel digital X-Ray source**
- **Global strategic partnerships with industry leaders**
- **Exceptional execution team**
- **A strong business model with contracts for 5,150 units that include a minimum annual service fee backed by a standby letter of credit upon receipt of regulatory approval**





Thank you

ΠΛΠΟΧ

# Presenters



**Lydia Edwards**
President Nanox USA



**Ran Poliakine**
Founder & CEO



**Itzhak Maayan**
CFO



**IU Kim**
President SK Telecom
HK Office