# Exhibit 5



## Nanox to Introduce New Nanox.ARC Procedures, Highlight Nanox.AI Software Solutions at 2021 Radiology Society of North America Annual Meeting

November 11, 2021

*First-ever unveiling of Nanox.ARC new features and procedures*

*Nanox.AI to feature AI-enabled medical imaging software solutions*

*Shamir Medical Center Diagnostic Imaging Institute to host virtual tour of Nanox.ARC*

NEVE ILAN, Israel--(BUSINESS WIRE)--Nov. 11, 2021-- NANO-X IMAGING LTD ("Nanox" or the "Company," Nasdaq: NNOX), an innovative medical imaging technology company, today announced activities at the upcoming 2021 Radiology Society of North America (RSNA) Annual Meeting, being held virtually and on-site at McCormick Place in Chicago from Nov. 28 – Dec. 2.

- Nanox will present leading Nanox.ARC procedures for the first time, at the company's virtual booth. Nanox.ARC is a multi-source, digital tomosynthesis system. A link to the virtual booth will be available on Nanox's website and the RSNA conference website prior to the meeting.
- Nanox.AI will host an on-site booth (booth 4949, South Hall Level 3) where the Company will showcase its AI-enabled medical imaging software population health solutions, as part of its value-based care offerings for healthcare systems and payers, expected to set a new standard in the medical technology sector.
- Nanox will present a virtual tour of Nanox.ARC in a clinical setting, broadcast from Shamir Medical Center (Assaf Harofeh), a leading government hospital in Israel with advanced diagnostic imaging capabilities. The event will be broadcast on Wednesday, Dec. 1, at 10:30 am CST and can be viewed at Nanox's virtual booth.

**About Nanox**

Nanox, founded by the serial entrepreneur Ran Poliakine, is an Israeli corporation developing a commercial-grade digital X-ray source designed to be used in real-world medical imaging applications. Nanox believes that its novel technology could significantly reduce the costs of medical imaging systems and plans to seek collaborations with world-leading healthcare organizations and companies to provide affordable, early detection imaging services for all. For more information, please visit www.nanox.vision.

**About Nanox.AI**

Using patient imaging data already available to the healthcare system, proprietary algorithms highlight early, previously undetected signs of common chronic diseases. The newly discovered findings can then initiate further medical assessment to establish individual preventative care pathways for patients.

**Forward-Looking Statements**

This press release may contain forward-looking statements that are subject to risks and uncertainties. All statements that are not historical facts contained in this press release are forward-looking statements. Such statements include, but are not limited to, any statements relating to the initiation, timing, progress and results of the Company's research and development, manufacturing and commercialization activities with respect to its X-ray source technology and the Nanox.ARC, the ability to realize the expected benefits of the acquisitions, and the projected business prospects of the Company and the acquired companies. In some cases, you can identify forward-looking statements by terminology such as "can," "might," "believe," "may," "estimate," "continue," "anticipate," "intend," "should," "plan," "should," "could," "expect," "predict," "potential," or the negative of these terms or other similar expressions. Forward-looking statements are based on information the Company has when those statements are made or management's good faith belief as of that time with respect to future events, and are subject to risks and uncertainties that could cause actual performance or results to differ materially from those expressed in or suggested by the forward-looking statements. Factors that could cause actual results to differ materially from those currently anticipated include: risks related to (1) the inability to successfully integrate the acquired companies' business, (2) the inability to realize the anticipated benefits of the acquisitions, which may be affected by, among other things, competition, brand recognition, the ability of the acquired companies to grow and manage growth profitably and retain their key employees, (3) costs related to the acquisitions and/or unknown or inestimable liabilities, (4) changes in applicable laws or regulations that impact the operations of the acquired companies, (5) the failure to meet projected technology development targets, (6) the failure of the acquired companies to effectively scale end-to-end medical imaging solutions worldwide, (7) changes in global, political, economic, business, competitive, market and regulatory forces, and (8) (i) Nanox's ability to complete development of the Nanox.Arc ; (ii) Nanox's ability to successfully demonstrate the feasibility of its technology for commercial applications; (iii) Nanox's expectations regarding the necessity of, timing of filing for, and receipt and maintenance of, regulatory clearances or approvals regarding its X-ray source technology and the Nanox.Arc from regulatory agencies worldwide and its ongoing compliance with applicable quality standards and regulatory requirements; (iv) Nanox's ability to enter into and maintain commercially reasonable arrangements with third-party manufacturers and suppliers to manufacture the Nanox.Arc; (v) the market acceptance of the Nanox.Arc and the proposed pay-per-scan business model; (vi) Nanox's expectations regarding collaborations with third-parties and their potential benefits; and (vii) Nanox's ability to conduct business globally, among other things.

For a discussion of other risks and uncertainties, and other important factors, any of which could cause Nanox's actual results to differ from those contained in the Forward-Looking Statements, see the section titled "Risk Factors" in Nanox's Annual Report on Form 20-F for the year ended December 31, 2020 and subsequent filings with the U.S. Securities and Exchange Commission. The reader should not place undue reliance on any

forward-looking statements included in this press release.

Except as required by law, Nanox undertakes no obligation to update publicly any forward-looking statements after the date of this report to conform these statements to actual results or to changes in the Company's expectations.

View source version on businesswire.com: https://www.businesswire.com/news/home/20211111005743/en/

*Media Contact:*
Jon Yu
ICR Westwicke
NanoxPR@icrinc.com

Source: NANO-X IMAGING LTD