# EXHIBIT A

**Exhibit A**
**Proposed Preliminary Approval Order**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MATTHEW WHITE, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:20-cv-04355-WFK-MMH |
| Plaintiff, | Hon. William F. Kuntz, II |
| v. | Hon. Magistrate Judge Marcia M. Henry |
| NANO-X IMAGING LTD., RAN POLIAKINE, and ITZHAK MAAYAN, | |
| Defendants, | |
| IN RE NANO-X SECURITIES LITIGATION | Case No. 1:21-cv-05517-RPK-PK |
| | Hon. Rachel P. Kovner |
| | Hon. Magistrate Judge Peggy Kuo |

**EXHIBIT A**
**[PROPOSED] ORDER PRELIMINARILY APPROVING SETTLEMENT**
**AND PROVIDING FOR NOTICE**

{00553586;1 }

**Exhibit A**
**Proposed Preliminary Approval Order**

WHEREAS, on June 2, 2023, the Settling Parties to the above-captioned action entered into a Stipulation of Settlement (ECF No. __), which together with the exhibits thereto, sets forth the terms and conditions for the Settlement described therein, including the dismissal of the Litigation with prejudice;

WHEREAS, all capitalized terms used herein having the meanings defined in the Stipulation, unless otherwise defined;

WHEREAS, the Settling Parties having consented to the entry of this Order or an order in substantially the same form as the order attached to the Stipulation; and

WHEREAS, the Court having read and considered the Stipulation and the accompanying documents in connection with the proposed Settlement;

NOW, THEREFORE, IT IS HEREBY ORDERED, this ____ day of _____, 2023, that:

1.     Pursuant to Rule 23(a) and (b)(3) of the Federal Rules of Civil Procedure and for the purposes of the Settlement only, the Court preliminarily certifies a Settlement Class in this Litigation, consisting of all Persons and entities who purchased or otherwise acquired Nano-X securities between August 21, 2020 and November 17, 2021, inclusive, and who were damaged thereby. Excluded from the Settlement Class are (i) Defendants; (ii) the parent entity, officers, and directors of Nano-X, at all relevant times; (iii) members of the immediate families of such officers and directors of Nano-X, and their legal representatives, heirs, successors, or assigns; and (iv) any entity in which Defendants have or had a direct or indirect controlling interest. Also excluded from the Settlement Class is any Settlement Class Member that validly and timely requests exclusion in accordance with the requirements set forth in the Notice and this Order.

**Exhibit A**
**Proposed Preliminary Approval Order**

2.      This Court preliminarily finds, for purposes of this Settlement only, that the prerequisites for a class action under Rules 23(a) and (b)(3) of the Federal Rules of Civil Procedure been satisfied in that: (a) the number of Settlement Class Members is so numerous that joinder of all Settlement Class Members is impracticable; (b) there are questions of law and fact common to the Settlement Class; (c) the claims of Lead Plaintiffs are typical of the claims of the Settlement Class they seek to represent; (d) Lead Plaintiffs will fairly and adequately represent the interests of the Settlement Class; (e) questions of law and fact common to the Settlement Class predominate over any questions affecting only individual members of the Settlement Class; and (f) a class action is superior to other available methods for the fair and efficient adjudication of the Litigation.

3.      Pursuant to Rule 23 of the Federal Rules of Civil Procedure, for the purposes of this Settlement only, (a) Lead Plaintiffs are preliminarily certified as the class representatives on behalf of the Settlement Class; and (b) Lead Counsel, previously selected by Lead Plaintiffs and appointed by the Court, are hereby preliminarily certified as Lead Counsel for the Settlement Class, and are authorized to act on behalf of the class representatives and other Settlement Class Members, with respect to all acts or consents required by or that may be given pursuant to the Stipulation, including all acts that are reasonably necessary to consummate the Settlement.

4.      The Court preliminarily finds that the Settlement set forth in the Stipulation should be approved in that: (a) the Stipulation results from good faith, arm's length negotiations, including a mediation among Lead Plaintiffs and Defendants under the direction of a highly experienced mediator, Jed Melnick, Esq., of JAMS; (b) the relief provided to the Settlement Class is adequate; (c) the proposed Settlement treats Settlement Class members equitably relative to each other; (d) the proponents of the Settlement are experienced in similar litigation and had sufficient information to evaluate the Settlement.

{00553586;1 }                                    2

**Exhibit A**
**Proposed Preliminary Approval Order**

5.     A Settlement Hearing is hereby scheduled to be held before the Court on September 7, 2023 at 11:00 a.m., for the following purposes:

    a.  to determine finally whether the proposed Settlement on the terms and conditions provided for in the Stipulation is fair, reasonable, and adequate and should be approved by the Court pursuant to Rule 23(e) of the Federal Rules of Civil Procedure;

    b.  to determine whether the Final Judgment and Order, as provided under the Stipulation and substantially in the form attached as Exhibit B thereto, should be entered, dismissing the Litigation on the merits and with prejudice as provided therein;

    c.  to determine whether the proposed Plan of Allocation for the distribution of the Net Settlement Fund should be approved by the Court;

    d.  to consider Lead Counsel's Fee and Expense Application;

    e.  to consider any requests for Lead Plaintiff Awards;

    f.  to consider any objections or Requests for Exclusion received by the Court; and to rule upon such other matters as the Court may deem appropriate.

6.     The Court approves the form, substance, and requirements of the Notice of Pendency and Proposed Settlement of Class Action, Motion for Attorneys' Fees and Expenses, and Settlement Hearing, the Proof of Claim and Release, and the Summary Notice of Proposed Settlement of Class Action, annexed hereto as Exhibits A-1, A-2, and A-3, respectively.

7.     The Court approves the appointment of Epiq Global as the Claims Administrator to supervise and administer the Notice procedure in connection with the proposed Settlement, as well as the processing of Claims as more fully set forth below.

{00553586;1 }                                    3

**Exhibit A**
**Proposed Preliminary Approval Order**

8.     The Defendants shall complete service on the appropriate federal and state government officials of all notices required under the Class Action Fairness Act, 28 U.S.C. §1715 *et seq.* ("CAFA"), no later than ten (10) calendar days following the filing of the Stipulation with the Court.

9.     Within ten (10) business days of this Order, Nano-X shall provide, or direct its transfer agent to provide, the Claims Administrator, at no cost to Lead Plaintiffs or the Settlement Class, an electronically searchable document, such as an Excel spreadsheet, or other reasonably available transfer records, containing the names and addresses of registered owners of Nano-X securities during the Class Period.

10.     The Claims Administrator shall cause a copy of the Notice and the Proof of Claim and Release, substantially in the forms annexed hereto, to be mailed, by first class mail, postage prepaid, within twenty-one (21) calendar days of this Order, to all Settlement Class Members who can be identified with reasonable effort.  The Claims Administrator shall use reasonable efforts to give notice to nominee purchasers, such as brokerage firms and other Persons who purchased or otherwise acquired Nano-X securities during the Class Period as record owners, but not as beneficial owners.  Such nominee purchasers are directed, within ten (10) business days of their receipt of the Notice, to either forward copies of the Notice and the Proof of Claim and Release to the beneficial owners who purchased or otherwise acquired publicly traded or publicly listed Nano-X securities between August 211, 2020 and November 17, 2021, inclusive, or to provide the Claims Administrator with lists of the names and addresses of the beneficial owners who purchased or otherwise acquired publicly traded or publicly Nano-X securities between August 211, 2020 and November 17, 2021, inclusive, and the Claims Administrator is ordered to send a copy of the Notice and the Proof of Claim and Release promptly to such identified beneficial

{00553586;1 }                                    4

**Exhibit A**
**Proposed Preliminary Approval Order**

owners.  Nominee purchasers who elect to send the Notice and Proof of Claim to the beneficial owners themselves shall send a statement to the Claims Administrator confirming that the mailing was made as directed.  Additional copies of the Notice and Proof of Claim shall be made available to any record holder requesting such for the purpose of distribution to beneficial owners, and such record holders shall be reimbursed from the Settlement Fund, in an amount not to exceed $0.75 per Notice Packet mailed or $0.15 per Settlement Class Member identified and provided to the Claims Administrator, upon receipt by the Claims Administrator of proper documentation, for the reasonable expense of sending the Notice and Proof of Claim to beneficial owners.

11.    The Claims Administrator shall place the Stipulation, the Notice, and the Proof of Claim and Release on www.NanoXSecuritiesLitigation.com, the website dedicated to administration of this Settlement, on or before the date that the Notice is mailed.

12.    Lead Counsel may cause to be paid from the Settlement Fund, without further approval from Defendants and/or order of the Court, Notice and Administration Expenses of up to $250,000.

13.    The Claims Administrator shall cause the Summary Notice to be published once over PR Newswire or another similar national newswire service, within ten (10) calendar days after the mailing of the Notice.

14.    Lead Counsel shall, at least fourteen (14) calendar days before the Settlement Hearing, file with the Court and serve on the Settling Parties proof of mailing a copy of the Notice and the Proof of Claim and Release and proof of publication of the Summary Notice.  At least fourteen (14) calendar days before the Settlement Hearing, the Defendants shall cause to be served on Lead Counsel and filed with the Court proof, by affidavit or declaration, regarding compliance with the notice requirements of CAFA.

{00553586;1 }                                    5

**Exhibit A**
**Proposed Preliminary Approval Order**

15.     The form and content of the Notice and the Summary Notice, and the method set forth herein of notifying the Settlement Class of the Settlement and its terms and conditions, meet the requirements of the Federal Rules of Civil Procedure, 15 U.S.C. §78u-4(a)(7), due process, and all other applicable laws and constitute the best notice practicable under the circumstances, and shall constitute due and sufficient notice to all persons and entities entitled thereto.

16.     In order to be entitled to participate in the Net Settlement Fund, in the event the Settlement is consummated in accordance with the terms set forth in the Stipulation, each Settlement Class Member shall take the following actions and be subject to the following conditions:

    a.  Within 90 calendar days after such time as set by the Court for the Claims Administrator to mail the Notice to the Settlement Class, each Person claiming to be an Authorized Claimant shall be required to submit to the Claims Administrator a completed Proof of Claim and Release, substantially in the form contained in Exhibit A-2 to the Stipulation and as approved by the Court, signed under penalty of perjury and supported by such documents as specified in the Proof of Claim.  Proofs of Claim shall be timely submitted if they are postmarked (for U.S. Mail) or received by the private carrier (for FedEx, UPS, etc.), or electronically by the Claims Administrator, within 90 calendar days after such time as set by the Court for the Claims Administrator to mail the Notice to the Settlement Class.

    b.  As part of the submission of a Proof of Claim and Release, each Settlement Class Member shall submit to the jurisdiction of the Court, with respect to the

{00553586;1 }                                   6

**Exhibit A**
**Proposed Preliminary Approval Order**

claim submitted, and shall (subject to effectuation of the Settlement) release all

Released Claims as provided in the Stipulation.

17.     All Settlement Class Members shall be bound by all determinations and judgments in the Litigation, whether favorable or unfavorable, regardless of whether such Person seeks or obtains by any means any distribution from the Net Settlement Fund, unless they submit a Request for Exclusion from the Settlement Class in a timely and proper manner, as hereinafter provided. No Settlement Class Member will be relieved from the terms and conditions of the Settlement, including the releases provided pursuant thereto, based upon the contention or proof that such Settlement Class Member failed to receive actual or adequate notice or failed to timely submit a Proof of Claim.

18.     Any Settlement Class Member who wishes to request exclusion from (*i.e.* "opt-out" of) the Settlement Class must submit a written Request for Exclusion to the Claims Administrator so that it is postmarked (for U.S. Mail) or received by the private carrier (for FedEx, UPS, etc.) or by email no later than August 17, 2023, which is twenty-one (21) calendar days before the Settlement Hearing.  As provided in the Notice, such Request for Exclusion shall clearly indicate the name, address, and telephone number of the Person seeking exclusion, that the sender requests to be excluded from the Settlement Class, and must be personally signed by the Settlement Class Member.  Such Persons requesting exclusion are also directed to state the number of shares of Nano-X securities (ticker symbol: "NNOX") that they purchased or otherwise acquired during the Settlement Class Period, as well as the date(s) and price(s) of each purchase, acquisition, and/or sale of such securities, and to provide copies of documents (such as account statements or trading records) evidencing such transactions of Nano-X securities.  The Request for Exclusion shall not be effective unless it is made in writing within the time stated above, and the exclusion is accepted

{00553586;1 }                                                7

**Exhibit A**
**Proposed Preliminary Approval Order**

by the Court. Any Settlement Class Member that submits a Request for Exclusion shall have no rights under the Stipulation or Settlement, shall not be entitled to receive any payment out of the Net Settlement Fund, and shall not be entitled to object to the Settlement. Unless otherwise ordered by the Court, any Settlement Class Member who fails to timely and validly request exclusion from the Settlement Class in accordance with this Paragraph shall be deemed to have waived his, her, their, or its right to be excluded from the Settlement Class and shall be forever barred from requesting exclusion from the Settlement Class.

19. Any Settlement Class Member that submits a Request for Exclusion may thereafter submit to the Claims Administrator and Lead Counsel a written and signed revocation of that Request for Exclusion, provided that it is received no later than five (5) business days before the Settlement Hearing, in which event that Person will be included in the Settlement Class.

20. The Court will consider objections to the Stipulation, the Settlement, the Plan of Allocation, any Fee and Expense Application, and any request(s) for a Lead Plaintiff Award from any Settlement Class Member who does not request exclusion from the Settlement Class. Any such Person wanting to object must do so in writing and may also appear at the Settlement Hearing.

    a. To the extent any Person wants to object in writing, such objections and any supporting papers, accompanied by proof of Settlement Class membership and the number of shares of Nano-X securities that the objecting Settlement Class Member purchased or otherwise acquired during the Settlement Class Period, as well as the date(s) and price(s) of each purchase, acquisition, and/or sale of such securities, and personally signed by the Person objecting, shall be filed with the Clerk of the Court, United States District Court for the Eastern District of New

**Exhibit A**
**Proposed Preliminary Approval Order**

York, 225 Cadman Plaza East, Brooklyn, NY 11201 no later than August 17, 2023, which is twenty-one (21) calendar days before the Settlement Hearing.

b.  Copies of all such papers must also be served no later than August 17, 2023, which is twenty-one (21) calendar days before the Settlement Hearing, to each of the following: Nicholas I. Porritt, Levi & Korsinsky, LLP, 55 Broadway, Suite 427, New York, NY 10006 and Jeremy A. Lieberman, Pomerantz LLP, 600 Third Avenue, New York, NY 10016, on behalf of the Lead Plaintiffs and the Settlement Class; Susan L. Saltzstein, Skadden, Arps, Slate, Meagher & Flom LLP, One Manhattan West, New York, NY 10001 on behalf of Nano-X; Jeffrey J. Chapman, McGuireWoods LLP, 1251 Avenue of the Americas, 20th Floor, New York, NY 10020, on behalf of Ran Poliakine; and Hadar E. Israeli, Barnea Jaffa Lande & Co., 58 Harakevet St., 21st Floor, Tel Aviv, Israel 6777016, hisraeli@barlaw.co.il on behalf of Itzhak Maayan.

c.  Objections will be deemed timely if they are postmarked (for U.S. Mail) or received by the private carrier (for FedEx, UPS, etc.) or emailed no later than August 17, 2023, which is twenty-one (21) days before the Settlement Hearing.

d.  If an objector hires an attorney to represent them for the purposes of making an objection, the attorney must both effect service of a notice of appearance on counsel listed above and file it with the Court by no later than August 17, 2023, which is twenty-one (21) days before the Settlement Hearing.

e.  A Settlement Class Member who files a written objection does not have to appear at the Settlement Hearing for the Court to consider the objection.  If the Settlement Class Member intends to appear at the Settlement Hearing, the

**Exhibit A**
**Proposed Preliminary Approval Order**

Settlement Class Member must state in writing in the objection the intent to appear in person, and shall identify any witnesses they may seek to call and exhibits they intend to offer at the Settlement Hearing, and shall include copies of any such exhibits, in the papers served, as set forth above, no later than August 17, 2023, which is twenty-one (21) days before the Settlement Hearing.

f.  Any Settlement Class Member who does not make their objection in the manner provided shall be deemed to have waived such objection and shall forever be foreclosed from making any objection to the fairness or adequacy of the Settlement set forth in the Stipulation, to the Plan of Allocation, to the Fee and Expense Award, and to the Lead Plaintiff Award, unless otherwise ordered by the Court.

g.  The Settling Parties may take discovery of any Settlement Class Member who objects concerning the objection and membership in the Settlement Class.

21.  The Claims Administrator, Defendants' Counsel, and Lead Counsel shall promptly furnish each other with copies of any and all objections that come into their possession.

22.  All papers and/or briefs in support of final approval of the Settlement, Plan of Allocation, Lead Counsel's Fee and Expense Application and Lead Plaintiffs' request for a Lead Plaintiff Award shall be filed with the Court by Lead Plaintiffs at least fourteen (14) calendar days prior to the deadline in ¶18 for objections to be filed. All reply papers and/or briefs, including any in response to a filed objection, shall be filed and served at least seven (7) calendar days prior to the Settlement Hearing.

**Exhibit A**
**Proposed Preliminary Approval Order**

23.     All funds held by the Escrow Agent shall be deemed and considered to be *in custodia legis* of the Court, and shall remain subject to the jurisdiction of the Court, until such time as such funds shall be distributed pursuant to the Stipulation and/or further order(s) of the Court.

24.     Pending final determination of whether the Settlement should be approved, Lead Plaintiffs, all Settlement Class Members, and each of them, and anyone who acts or purports to act on their behalf, shall not institute, commence, maintain, or prosecute, and are hereby barred and enjoined from instituting, continuing, commencing, maintaining, or prosecuting, any action in any court or tribunal that asserts Released Claims against any of the Released Defendant Parties. Unless and until the Stipulation is cancelled and terminated pursuant to its terms, all proceedings in this Litigation, other than such proceedings as may be necessary to carry out the terms and conditions of the Settlement, are hereby stayed and suspended until further order of the Court.

25.     All reasonable expenses incurred in identifying and notifying Settlement Class Members, as well as administering the Settlement Fund, shall be paid as set forth in the Stipulation and herein.  In the event that (i) any such payments have been made from the Settlement Fund consistent with the Stipulation <u>and</u> (ii) the Settlement is not approved by the Court or otherwise fails to become effective, neither Lead Plaintiffs nor Lead Counsel shall have any obligation to repay any amounts actually and properly disbursed from the Settlement Fund, except as provided for in the Stipulation.

26.     The Court reserves the right to approve the Settlement without modification, or with such modifications as may be agreed to by the Settling Parties, and with or without further notice, and may adjourn or continue the Settlement Hearing or hold the Settlement Hearing via videoconference or telephone conference without further notice to the Settlement Class.  The Court may approve the Stipulation regardless of whether it has approved the Plan of Allocation, Lead

**Exhibit A**
**Proposed Preliminary Approval Order**

Counsel's Fee and Expense Application, and Lead Plaintiffs' request for a Lead Plaintiff Award.

The Claims Administrator and Lead Counsel shall cause any change to the date, time, or manner of

the Settlement Hearing to be posted on www.NanoXSecuritiesLitigation.com.

27.     If any specified condition to the Settlement set forth in the Stipulation is not

satisfied and Lead Plaintiffs or Defendants elect to terminate the Settlement pursuant to its terms,

then, in any such event, the Stipulation, including any amendment(s) thereof, shall be null and void

and of no further force or effect (except to the extent otherwise expressly provided in the

Stipulation), without prejudice to any Settling Party, and may not be introduced as evidence or

referred to in the Litigation, or in any action or proceeding by any Person for any purpose, and

each Settling Party shall be restored to his or its respective position as it existed on April 3, 2023.

28.     Neither the Stipulation nor the terms of the Settlement, nor any of the negotiations

or proceedings connected with it, nor this Order, shall be construed as an admission or concession

by Defendants of the truth of any of the allegations in the Litigation or of any liability, fault, or

wrongdoing of any kind.  Nor shall they be construed as an admission or concession by Defendants

that any damages potentially recoverable in the Litigation would have exceeded the Settlement

Amount, or that class certification is appropriate in this Litigation, except for purposes of the

Settlement.

29.     The Court retains exclusive jurisdiction over the Litigation to consider all further

matters arising out of or connected with the Settlement.  The Court may approve the Settlement,

with such modifications as may be agreed to by the Settling Parties, if appropriate, without further

notice to the Settlement Class.

IT IS SO ORDERED.

DATED: _____, 2023

**Exhibit A**
**Proposed Preliminary Approval Order**

_____
THE HONORABLE RACHEL P. KOVNER
UNITED STATES DISTRICT JUDGE