# EXHIBIT A-2

**Exhibit A-2**
**Proof of Claim and Release**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MATTHEW WHITE, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:20-cv-04355-WFK-MMH |
| Plaintiff, | Hon. William F. Kuntz, II |
| v. | Hon. Magistrate Judge Marcia M. Henry |
| NANO-X IMAGING LTD., RAN POLIAKINE, and ITZHAK MAAYAN, | |
| Defendants, | |
| IN RE NANO-X SECURITIES LITIGATION | Case No. 1:21-cv-05517-RPK-PK |
| | Hon. Rachel P. Kovner |
| | Hon. Magistrate Judge Peggy Kuo |

**EXHIBIT A-2**
**PROOF OF CLAIM AND RELEASE**

{00551710;1 }

**Exhibit A-2**
**Proof of Claim and Release**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MATTHEW WHITE, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:20-cv-04355-WFK-MMH |
| Plaintiff, | Hon. William F. Kuntz, II |
| v. | Hon. Magistrate Judge Marcia M. Henry |
| NANO-X IMAGING LTD., RAN POLIAKINE, and ITZHAK MAAYAN, | |
| Defendants, | |
| IN RE NANO-X SECURITIES LITIGATION | Case No. 1:21-cv-05517-RPK-PK |
| | Hon. Rachel P. Kovner |
| | Hon. Magistrate Judge Peggy Kuo |

<u>**PROOF OF CLAIM AND RELEASE**</u>

**I.      GENERAL INSTRUCTIONS**

1.      To recover as a Settlement Class Member based on the claims in the Actions titled *White v. Nano-X Imaging Ltd.*, No. 20-cv-04355-WFK-MMH, and *In re Nano-X Securities Litigation*, No. 21-cv-05517-RPK-PK (the "Litigation"),[1] you must complete and sign this Proof of Claim and Release ("Proof of Claim").  If you fail to file a properly completed Proof of Claim and Release, your claim may be rejected, and you may be precluded from any recovery from the Net Settlement Fund created in connection with the proposed Settlement.

2.      Submission of this Proof of Claim, however, does not assure that you will share in the proceeds of the Settlement of the Litigation.

3.      YOU MUST SUBMIT YOUR COMPLETED PROOF OF CLAIM, ACCOMPANIED BY COPIES OF THE DOCUMENTS REQUESTED HEREIN, SO THAT IT IS (1) **IF SUBMITTED ONLINE** AT WWW.NANOXSECURITIESLITIGATION.COM,

---

[1] This Proof of Claim and Release ("Proof of Claim") incorporates by reference the definitions in the Stipulation of Settlement ("Stipulation"), which can be obtained at www.NanoXSecuritiesLitigation.com.

{00551710;1 }                                          1

**Exhibit A-2**
**Proof of Claim and Release**

**RECEIVED NO LATER THAN \_\_\_\_\_202\_; OR (2) IF SENT BY MAIL, POSTMARKED (FOR U.S. MAIL) OR RECEIVED BY THE PRIVATE CARRIER (FOR FEDEX, UPS, ETC.) OR RECEIVED BY THE CLAIMS ADMINISTRATOR (IF SUBMITTED ONLINE) ON OR BEFORE_____, 202\_,** AND ADDRESSED AS FOLLOWS:

*Nano-X Securities Litigation Settlement*
Epiq Global
c/o Eric Blow
P.O. Box 6786
Portland, OR 97228-4348

Do not mail or deliver your completed Proof of Claim and Release and/or any supporting documentation to the parties in the Litigation or their counsel. If you are NOT a Settlement Class Member, as defined in the Notice of Proposed Settlement of Class Action ("Notice"), DO NOT submit a Proof of Claim.

4.    If you are a Settlement Class Member and you do not timely request exclusion, YOU WILL BE BOUND by the terms of any judgment entered in the Litigation, including the releases provided therein, WHETHER OR NOT YOU SUBMIT A PROOF OF CLAIM.

**II.    CLAIMANT IDENTIFICATION**

You are a Member of the Settlement Class if you purchased or otherwise acquired publicly listed or publicly traded securities of Nano-X Imaging Ltd. ("Nano-X" or the "Company") (ticker symbol: NNOX) between August 21, 2020 and November 17, 2021, inclusive, and were damaged thereby, unless you are an excluded party under the terms of the Stipulation.

Use Part I of this form titled "Claimant Identification" to identify each purchaser or acquirer of the Nano-X securities that form the basis of this claim. THIS CLAIM MUST BE FILED BY THE ACTUAL BENEFICIAL PURCHASER(S) OR ACQUIRER(S), OR THE LEGAL REPRESENTATIVE OF SUCH PURCHASER(S) OR ACQUIRER(S), OF THE NANO-X SECURITIES UPON WHICH THIS CLAIM IS BASED.

All joint purchasers or acquirers must sign this claim. Executors, administrators, guardians, conservators, and trustees must complete and sign this claim on behalf of persons represented by them and their authority must accompany this claim and their titles or capacities must be stated. The social security number (or taxpayer identification number) and telephone number of the beneficial owner may be used in verifying the claim. Failure to provide the foregoing information could delay verification of your claim or result in rejection of the claim.

**III.    CLAIM FORM**

Use Part II of this form titled "Schedule of Transactions in Nano-X Securities" to supply all required details of your transaction(s). If you need more space or additional schedules, attach separate sheets giving all of the required information in substantially the same form. Sign and print or type your name on each additional sheet.

On the schedules, provide all of the requested information with respect to *all* of your *purchases and acquisitions* of publicly traded or publicly listed Nano-X securities between August 21, 2020 and November 17, 2021, inclusive. On the schedules, state the number of Nano-X securities you held, if any, before Nano-X's August 21, 2020 IPO, and provide all of the

**Exhibit A-2**
**Proof of Claim and Release**

requested information with respect to **all** of your **purchases and sales** of Nano-X securities between August 21, 2020 and November 17, 2021, whether such transactions resulted in a profit or a loss.  You must also provide all of the requested information with respect to the number of shares of Nano-X securities you held at the close of trading on November 17, 2021.  Failure to report all such transactions may result in the rejection of your claim.

List each transaction separately and in chronological order, by trade date, beginning with the earliest.  You must accurately provide the month, day, and year of each transaction you list.

**COPIES OF BROKER CONFIRMATIONS OR OTHER DOCUMENTATION OF YOUR TRANSACTIONS IN NANO-X SECURITIES SHOULD BE ATTACHED TO YOUR CLAIM.  FAILURE TO PROVIDE THIS DOCUMENTATION COULD DELAY VERIFICATION OF YOUR CLAIM OR RESULT IN REJECTION OF YOUR CLAIM.**

NOTICE REGARDING ELECTRONIC FILES: Certain claimants with large numbers of transactions may request, or may be requested, to submit information regarding their transactions in electronic files.  All such claimants MUST also submit a manually signed paper Proof of Claim whether or not they also submit electronic copies.  If you wish to submit your claim electronically, you must contact the Claims Administrator at info@Nanoxsettlement.com or www.NanoxSettlment.comto obtain the required file layout.  No electronic files will be considered to have been properly submitted unless the Claims Administrator issues to the claimant a written acknowledgment of receipt and acceptance of electronically submitted data.

{00551710;1 }                                                                 3

**Exhibit A-2**
**Proof of Claim and Release**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW YOURK

*White v. Nano-X Imaging Ltd.*, No. 20-cv-04355-WFK-MMH, and
*In re Nano-X Securities Litigation*, No. 21-cv-05517-RPK-PK

**PROOF OF CLAIM AND RELEASE**

**PART I:  CLAIMANT INFORMATION**

The Claims Administrator will use this information for all communications regarding this Claim Form.  If this information changes, you MUST notify the Claims Administrator in writing at the address above.  Complete names of all persons and entities must be provided.

Beneficial Owner's Name:

Co-Beneficial Owner's Name:

Entity Name (if claimant is not an individual):

Representative or Custodian Name (if different from Benefical Owner(s) listed above):

Address 1 (street name and number):

Address 2 (apartment, unit, or box number):

City                    State/Province              Zip/Postal Code        Country

Your Social Security Number (for individuals) or Taxpayer Identification Number (for estates, trusts, corporations, etc.):

Telephone Number (home):              Telephone Number (work):

{00551710;1 }                         i

**Exhibit A-2**
**Proof of Claim and Release**

Email Address:

Account Number (if filing for multiple accounts, file a separate Claim Form for each account):

Claimant Account Type (check appropriate box):

❑ Individual (includes joint owner accounts)      ❑ Pension Plan
❑ Corporation                                     ❑ Estate
❑ IRA/401k                                        ❑ Trust
❑ Other (please specify): _____

**Exhibit A-2**
**Proof of Claim and Release**

**PART II:  SCHEDULE OF TRANSACTIONS IN NANO-X SECURITIES**

**Beginning Holdings:**

A.     **State the total number of shares of Nano-X securities held before Nano-X's August 21, 2021 IPO** (must be documented).  If none, write "zero" or "0".

```
┌──────────────────────────────────────┐
│                                      │
│                                      │
└──────────────────────────────────────┘
```

**Purchases/Acquisitions:**

B.     **Purchases or acquisitions of Nano-X securities between August 21, 2020 and November 17, 2021, inclusive:**  Separately list each and every purchase/acquisition of publicly traded or publicly listed Nano-X securities made between August 21, 2020 and November 17, 2021, both dates inclusive (must be documented):

| Trade Date(s) Month/Day/Year (chronologically) | Number of Shares Purchased or Acquired | Purchase Price Per Share | Total Purchase or Acquisition Price (excluding commissions) | Was this Purchase or Acquisition the result of an option? | Proof of Purchase/ Acquisition Enclosed |
|---|---|---|---|---|---|
| 1. | 1. | 1. | 1. | ❑ Yes ❑ No | ❑ Yes ❑ No |
| 2. | 2. | 2. | 2. | ❑ Yes ❑ No | ❑ Yes ❑ No |
| 3. | 3. | 3. | 3. | ❑ Yes ❑ No | ❑ Yes ❑ No |

**Sales:**

C.     **Sales of Nano-X securities:**  Separately list each and every sale/disposition of publicly traded or publicly listed Nano-X securities made between August 21, 2020 and November 17, 20121, both dates inclusive (must be documented):

If none, check here: ❑

| Trade Date(s) Month/Day/Year (chronologically) | Number of Shares Sold | Sale Price Per Share | Total Sales Price (excluding commissions, taxes, and fees) | Proof of Sale Enclosed |
|---|---|---|---|---|
| 1. | 1. | 1. | 1. | ❑ Yes ❑ No |
| 2. | 2. | 2. | 2. | ❑ Yes ❑ No |
| 3. | 3. | 3. | 3. | ❑ Yes ❑ No |

**Exhibit A-2**
**Proof of Claim and Release**

**Ending Holdings:**

D.      **Number of shares of Nano-X securities held at the close of trading on November 17, 2021:**  State the total number of shares of publicly traded or publicly listed Nano-X securities held at the close of trading on November 17, 2021 (must be documented).  If none, write "zero" or "0".

```
┌─────────────────────────────────┐
│                                 │
│                                 │
└─────────────────────────────────┘
```

**If additional space is needed, attached separate numbered sheets, giving all required information, substantially in the same format, and print your name and Social Security or Taxpayer Identification number at the top of each sheet.**

**Exhibit A-2**
**Proof of Claim and Release**

**YOU MUST READ AND SIGN THE RELEASE BELOW.**
**FAILURE TO SIGN THE RELEASE MAY RESULT IN A DELAY**
**IN PROCESSING OR THE REJECTION OF YOUR CLAIM.**

**IV.    SUBMISSION TO JURISDICTION OF COURT AND ACKNOWLEDGMENTS**

I (We) submit this Proof of Claim under the terms of the Stipulation described in the Notice. I (We) also submit to the jurisdiction of the United States District Court for the Eastern District of New York, with respect to my (our) claim as a Settlement Class Member and for purposes of enforcing the release set forth herein. I (We) further acknowledge that I am (we are) bound by and subject to the terms of any judgment that may be entered in the Litigation. I (We) agree to furnish additional information to the Claims Administrator to support this claim if requested to do so. I (We) have not submitted any other claim covering the same purchases, acquisitions, or sales of Nano-X securities and know of no other Person having done so on my (our) behalf.

**V.    RELEASE**

1.    I (We) hereby acknowledge full and complete satisfaction of, and do hereby fully, finally, and forever settle, release, and discharge from the Released Claims each and all of the Released Defendant Parties, defined below.

2.    "Related Parties" when used in reference to a Person, means and includes (i) the Person; (ii) for natural persons, each of that Person's immediate family members and any trust of which the Person is settler or which is for the benefit of any such Person and/or member of his family, and, for non-natural persons, each of their direct or indirect parents, subsidiaries or wholly-owned affiliates; and (iii), for any of the Persons listed in sub-parts (i) or (ii) of this definition, their respective present and former employees, members, partners, principals, officers, directors, controlling shareholders, agents, attorneys, underwriters, investment bankers, commercial bankers, insurers, reinsurers, predecessors, successors, estates, immediate family members, spouses, heirs, executors, trusts, trustees, administrators, agents, attorneys, legal or personal representatives, assigns, and assignees of each of them, and any controlling person thereof, in their capacities as such, and any entity in which such Person has a controlling interest.

3.    "Released Defendant Parties" means Defendants, Defendants' Counsel, and their Related Parties.

4.    "Released Defendants' Claims" means any and all claims and causes of action of every nature and description whatsoever, including both known claims and Unknown Claims (as defined below and in ¶1.53 of the Stipulation), against Released Plaintiff Parties that arise out of or relate in any way to the institution, prosecution, or settlement of the claims against any Defendant in the Litigation, except for claims relating to the enforcement of the Settlement. "Released Defendants' Claims" do not include (a) claims between or among Defendants or any combination of Defendants, including claims for indemnification; or (b) between Defendants and their insurers.

5.    "Released Plaintiff Party" or "Released Plaintiff Parties" mean each and every Settlement Class Member, Lead Plaintiffs, Lead Counsel, Plaintiffs' Counsel, and their Related Parties.

6.    "Released Plaintiffs' Claims" means all claims, demands, losses, rights, and causes of action of every nature and description, including both known claims and Unknown Claims (as defined below and in ¶1.53 of the Stipulation), whether arising under federal, state, common, or

{00551710;1 }                                    3

**Exhibit A-2**
**Proof of Claim and Release**

foreign law, by Released Plaintiff Parties, whether brought directly or indirectly against any of the Released Defendant Parties, that have been or could have been asserted in the Litigation or could in the future be asserted in any forum, whether foreign or domestic, and which: (a) relate to any of the allegations, transactions, events, disclosures, statements, acts, or omissions that were asserted, involved, set forth, asserted, or referred to, or could have been asserted, by a Released Plaintiff Party in the Litigation; or (b) arise out of, are based upon, or relate in any way, directly or indirectly, to the purchase, acquisition, holding, sale, disposition, or ownership of Nano-X securities during the Settlement Class Period. "Released Plaintiffs' Claims" do not include claims to enforce the Settlement, or the claims of any Person that submits a Request for Exclusion that is accepted by the Court.

7.    "Unknown Claims" means (a) any and all Released Plaintiffs' Claims that any of the Released Plaintiff Parties do not know or suspect to exist in his, her, or its favor at the time of the release of the Released Defendant Parties, which, if known by him, her, or it, might have affected his, her, or its settlement with and release of the Released Defendant Parties, or might have affected his, her, or its decision(s) with respect to the Settlement, including, but not limited to, whether or not to object to the Settlement or seek exclusion from the Settlement Class; and (b) any and all Released Defendants' Claims that any of the Released Defendant Parties do not know or suspect to exist in his, her, or its favor at the time of the release of the Released Plaintiff Parties that, if known by him, her, or it, might have affected his, her, or its settlement and release of the Released Plaintiff Parties. With respect to (a) any and all Released Claims against the Released Defendant Parties and (b) any and all Released Defendants' Claims against the Released Plaintiff Parties, the Settling Parties stipulate and agree that, upon the Effective Date, the Settling Parties shall expressly waive, and each Released Plaintiff Party and Released Defendant Party shall be deemed to have, and by operation of the Judgment shall have expressly waived, the provisions, rights, and benefits of California Civil Code §1542, which provides:

> A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release and that, if known by him or her, would have materially affected his or her settlement with the debtor or released party.

The Settling Parties shall expressly waive, and each Releasing Plaintiff Party and Released Defendant Party shall be deemed to have, and by operation of the Judgment shall have, expressly waived any and all provisions, rights, and benefits conferred by any law of any state or territory of the United States, or principle of common law or foreign law, which is similar, comparable, or equivalent to California Civil Code §1542. The Releasing Plaintiff Parties and Released Defendant Parties acknowledge, and shall be deemed by operation of law to have acknowledged, that they may hereafter discover facts, legal theories, or authorities in addition to or different from those which he, she, it, or their counsel now knows or believes to be true with respect to the subject matter of the Released Plaintiffs' Claims or Released Defendants' Claims, but (a) the Releasing Plaintiff Parties shall expressly fully, finally, and forever compromise, settle, and release, and, upon the Effective Date, and by operation of the Judgment, shall have compromised, settled, and released, fully, finally, and forever, any and all Released Plaintiffs' Claims against the Released Defendant Parties, known or unknown, suspected or unsuspected, contingent or non-contingent, accrued or unaccrued, whether or not concealed or hidden, which now exist, or heretofore have

{00551710;1 }                                                    4

**Exhibit A-2**
**Proof of Claim and Release**

existed, or may hereafter exist, upon any theory of law or equity now existing or coming into existence in the future, including, but not limited to, conduct which is negligent, intentional, with or without malice, or a breach of any duty, law or rule, without regard to the subsequent discovery or existence of such different or additional facts, legal theories, or authorities, and (b) the Released Defendant Parties shall expressly fully, finally, and forever compromise, settle, and release, and, upon the Effective Date, and by operation of the Judgment, shall have compromised, settled, and released, fully, finally, and forever, any and all Released Defendants' Claims against Lead Plaintiffs, the Settlement Class and Lead Plaintiffs' Counsel, known or unknown, suspected or unsuspected, contingent or non-contingent, whether or not concealed or hidden, which now exist, or heretofore have existed, upon any theory of law or equity now existing or coming into existence in the future, including, but not limited to, conduct which is negligent, intentional, with or without malice, or a breach of any duty, law or rule, without regard to the subsequent discovery or existence of such different or additional facts, legal theories, or authorities.  The Settling Parties acknowledge, and the Releasing Plaintiff Parties and Released Defendant Parties shall be deemed by operation of the Judgment to have acknowledged, that the foregoing waiver was separately bargained for and is an essential element of the Settlement of which this release is a part.

8.    I (We) hereby warrant and represent that I (we) have not assigned or transferred, or purported to assign or transfer, voluntarily or involuntarily, any matter released pursuant to this release or any other part or portion thereof.

9.    I (We) hereby warrant and represent that I (we) have included information about (a) any Nano-X securities I (we) held before Nano-X's August 21, 2020 IPO; (b) all of my (our) purchases or acquisitions of publicly traded or publicly listed Nano-X securities between August 21, 2020 and November 17, 2021, both dates inclusive, (c) all of our my (our) sales of publicly traded or publicly listed Nano-X securities between August 21, 2020 and November 17, 2021, both dates inclusive, and (d) the number of shares of publicly traded or publicly listed Nano-X securities I (we) held at the close of trading on November 17, 2021.

10.    I (We) certify that I am (we are) NOT subject to backup tax withholding. (If you have been notified by the Internal Revenue Service that you are subject to backup withholding, please strike out the prior sentence.)

I (We) declare under penalty of perjury under the laws of the United States of America that all of the foregoing information supplied on this Proof of Claim by the undersigned is true and correct.

Executed this _____ day of _____
                                               (Month/Year)

in _____.
         (City)              (State/Country)


_____
(Sign your name here)

{00551710;1 }                                    5

**Exhibit A-2**
**Proof of Claim and Release**

_____
(Type or print your name here)


_____
(Capacity of person(s) signing,
*e.g.*, Beneficial Purchaser or Acquirer,
Executor or Administrator)

Exhibit A-2

{00551710;1 }                                6

**Exhibit A-2**
**Proof of Claim and Release**

**ACCURATE CLAIMS PROCESSING TAKES A SIGNIFICANT AMOUNT OF TIME. THANK YOU FOR YOUR PATIENCE.**

Reminder Checklist:

1.    Please sign the above release and acknowledgment.

2.    Remember to attach copies of supporting documentation.

3.    **Do not send** originals of stock certificates or other documentation as they will not be returned.

4.    Keep a copy of your Proof of Claim and all supporting documentation for your records.

5.    If you desire an acknowledgment of receipt of your Proof of Claim, please send it Certified Mail, Return Receipt Requested.

6.    If you move, please send your new address to the address below.

7.    **Do not use red pen or highlighter** on the Proof of Claim or supporting documentation.

**THIS PROOF OF CLAIM MUST BE POSTMARKED (FOR U.S. MAIL) OR RECEIVED BY THE PRIVATE CARRIER (FOR FEDEX, UPS, ETC.), OR RECEIVED ONLINE BY THE CLAIMS ADMINISTRATOR AT THE SETTLEMENT WEBSITE, NO LATER THAN _____, 2023, ADDRESSED AS FOLLOWS:**

*Nano-X Securities Litigation Settlement*
Epiq Global
c/o Eric Blow
P.O. Box 6786
Portland, OR 97228-4348
www.NanoXSettlement.com (online portal)
info@Nanoxsettlement.com