# EXHIBIT A-3

**Exhibit A-3**
**Summary Notice**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| MATTHEW WHITE, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:20-cv-04355-WFK-MMH |
| Plaintiff, | Hon. William F. Kuntz, II |
| v. | Hon. Magistrate Judge Marcia M. Henry |
| NANO-X IMAGING LTD., RAN POLIAKINE, and ITZHAK MAAYAN, | |
| Defendants, | |
| IN RE NANO-X SECURITIES LITIGATION | Case No. 1:21-cv-05517-RPK-PK |
| | Hon. Rachel P. Kovner |
| | Hon. Magistrate Judge Peggy Kuo |

**EXHIBIT A-3**
**SUMMARY NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION**

{00552541;1 }

Exhibit A-3
Summary Notice

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MATTHEW WHITE, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:20-cv-04355-WFK-MMH |
| Plaintiff, | Hon. William F. Kuntz, II |
| v. | Hon. Magistrate Judge Marcia M. Henry |
| NANO-X IMAGING LTD., RAN POLIAKINE, and ITZHAK MAAYAN, | |
| Defendants, | |
| IN RE NANO-X SECURITIES LITIGATION | Case No. 1:21-cv-05517-RPK-PK |
| | Hon. Rachel P. Kovner |
| | Hon. Magistrate Judge Peggy Kuo |

<u>**SUMMARY NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION**</u>

**TO:   ALL PERSONS OR ENTITIES WHO PURCHASED OR OTHERWISE ACQUIRED SECURITIES OF NANO-X IMAGING LTD. ("NANO-X" OR THE "COMPANY") BETWEEN AUGUST 21, 2020 AND NOVEMBER 17, 2021, INCLUSIVE (THE "SETTLEMENT CLASS PERIOD").[1]**

**THIS NOTICE WAS AUTHORIZED BY THE COURT AND EXPLAINS HOW YOUR RIGHTS MAY BE AFFECTED BY A PROPOSED CLASS ACTION SETTLEMENT. IT IS NOT A LAWYER SOLICITATION. PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.[2]**

---

[1] Such Persons and entities may be members of the Settlement Class unless excluded under the terms of the Stipulation of Settlement.

[2] Unless otherwise defined herein, all capitalized terms shall maintain the same meaning as those set forth in the Stipulation, which can be viewed and/or obtained at www.NanoXSecuritiesSettlement.com.

{00552541;1 }                                        1

**Exhibit A-3**
**Summary Notice**

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United State District Court for the Eastern District of New York, that a hearing will be held on September 7, 2023, at 11:00 a.m. before the Honorable Rachel P. Kovner, United State District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY11201, to determine whether: (1) the proposed Settlement of the above-captioned actions (the "Litigation"), as set forth in the Stipulation, for $8,000,000 in cash should be approved by the Court as fair, reasonable, and adequate; (2) the Judgment, as provided under the Stipulation, should be entered upon payment in full of the $8.0 million settlement amount; (3) to award Plaintiffs' Counsel attorneys' fees and expenses out of the Settlement Fund (as defined in the Notice of Proposed Settlement of Class Action ("Notice"), discussed below), and, if so, in what amount; (4) to grant an award to the three Lead Plaintiffs out of the Settlement Fund for their reasonable time, costs and expenses relating to the representation of the Settlement Class, and if so, in what amount; and (5) the Plan of Allocation should be approved by the Court. The Court may adjourn or continue the Settlement Hearing or hold the Settlement Hearing by telephonic or video conference without further notice to members of the Settlement Class. Any change to the Settlement Hearing date, time, or manner will be posted on the settlement website (www.NanoxSettlement.com).

The Litigation encompasses two securities class actions against Nano-X and the same officers and directors for making allegedly materially false and misleading statements and omissions in Nano-X's public statements between August 21, 2020 and November 17, 2021.

The Settlement was reached on behalf of all Persons and entities who purchased or otherwise acquired Nano-X securities between August 21, 2020 and November 17, 2021, inclusive (the "Settlement Class").

{00552541;1 }                                    2

**Exhibit A-3**
**Summary Notice**

IF YOU PURCHASED OR OTHERWISE ACQUIRED NANO-X SECURITIES (TICKER SYMBOL: "NNOX") DURING THE SETTLEMENT CLASS PERIOD OF AUGUST 211, 2020 THROUGH NOVEMBER 17, 2021, INCLUSIVE, YOUR RIGHTS MAY BE AFFECTED BY THE SETTLEMENT OF THE LITIGATION.

To share in the distribution of the Settlement Fund, you must establish your rights by submitting a Proof of Claim and Release form so that it is **postmarked (for U.S. Mail) or received by the private carrier (for FedEx, UPS, etc.), or received electronically by the Claims Administrator, no later than _____, 202_**. Your failure to submit your Proof of Claim and Release by _____, 202_, will subject your claim to rejection and preclude your receiving any of the recovery in connection with the Settlement of the Litigation. If you are a member of the Settlement Class and do not submit a Request for Exclusion from the Settlement, you will be bound by the Settlement and any judgment and release entered in the Litigation, including, but not limited to, the Judgment and the full and final release of all Released Plaintiffs' Claims as against the Released Defendant Parties, whether or not you submit a Proof of Claim and Release.

This Summary Notice provides only a summary of matters regarding the Litigation and the Settlement. If you have not received a copy of the Notice of Proposed Settlement of Class Action ("Notice"), which more completely describes the Settlement and your rights thereunder (including your right to object to or exclude yourself from the Settlement), and a Proof of Claim and Release, you may obtain these documents, as well as a copy of the Stipulation and other settlement documents, online at www.NanoXSecuritiesSettlement.com, or by writing to:

*Nano-X Securities Litigation Settlement*
Epiq Global
c/o Eric Blow
P.O. Box 6786

**Exhibit A-3**
**Summary Notice**

Portland, OR 97228-4348
Email: info@Nanoxsettlement.com

Inquiries should NOT be directed to the Defendants, the Court, or the Clerk of the Court.  Inquiries, other than requests for the Notice or a Proof of Claim and Release, may be made to Lead Counsel at:

| | |
|---|---|
| Nicholas I. Porritt<br>LEVI & KORSINSKY, LLP<br>55 Broadway, Suite 427<br>New York, NY  10006<br>Telephone: (212) 363-7500<br>Facsimile: (212) 363-7171<br>Email:  nporritt@zlk.com | Jeremy A. Lieberman<br>POMERANTZ LLP<br>600 Third Avenue<br>New York, New York 10016<br>Telephone: (212) 661-1100<br>Facsimile:  (917) 463-1044<br>Email: jalieberman@pomlaw.com |

IF YOU DESIRE TO BE EXCLUDED FROM THE SETTLEMENT CLASS, YOU MUST SUBMIT A REQUEST FOR EXCLUSION SUCH THAT IT IS **POSTMARKED (FOR U.S. MAIL) OR RECEIVED BY THE PRIVATE CARRIER (FOR FEDEX, UPS, ET**C.**), OR RECEIVED ELECTRONICALLY BY THE CLAIMS ADMINISTRATOR, NO LATER THAN AUGUST 17, 2023,** IN THE MANNER AND FORM EXPLAINED IN THE NOTICE.  ALL MEMBERS OF THE SETTLEMENT CLASS WHO HAVE NOT TIMELY REQUESTED EXCLUSION FROM THE SETTLEMENT CLASS WILL BE BOUND BY THE SETTLEMENT EVEN IF THEY DO NOT SUBMIT A PROOF OF CLAIM AND RELEASE.

IF YOU ARE A SETTLEMENT CLASS MEMBER, YOU HAVE THE RIGHT TO OBJECT TO THE SETTLEMENT, PLAN OF ALLOCATION, REQUEST BY PLAINTIFFS' COUNSEL FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES, AND/OR AWARD TO THE LEAD PLAINTIFFS FOR REPRESENTING THE SETTLEMENT CLASS.  ANY OBJECTIONS MUST BE FILED WITH THE COURT AND SENT TO LEAD COUNSEL AND

**Exhibit A-3**
**Summary Notice**

DEFENDANTS' COUNSEL SUCH THAT IT IS **POSTMARKED (FOR U.S. MAIL) OR RECEIVED BY THE PRIVATE CARRIER (FOR FEDEX, UPS, ETC.), OR (FOR COPIES SENT TO COUNSEL), RECEIVED ELECTRONICALLY, NO LATER THAN AUGUST 17, 2023,** IN THE MANNER AND FORM EXPLAINED IN THE NOTICE.

DATED: _____

BY ORDER OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK
THE HONORABLE RACHEL P. KOVNER
THE HONORABLE WILLIAM F. KUNTZ