**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE NANO-X SECURITIES LITIGATION | Case No. 1:21-cv-05517-RPK-PK<br><br>Hon. Rachel P. Kovner<br><br>Hon. Magistrate Judge Peggy Kuo |

**DECLARATION OF NICHOLAS PORRITT IN SUPPORT OF**
**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL**
**OF CLASS ACTION SETTLEMENT**

I, Nicholas Porritt, an attorney for Lead Plaintiffs, declares as follows:

1.    I am a member in good standing of the bar of the United States District Court for the Eastern District of New York and a Partner in the firm of Levi & Korsinsky, LLP, counsel of Lead Plaintiffs Derson Jolteus, and Edward Ko and lead counsel for the proposed class. I respectfully submit this declaration in support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (the "Motion") which seeks, among other things, the preliminary approval of the proposed settlement set forth in the Stipulation of Settlement (the "Stipulation").[1]

2.    I have been actively involved in all aspects of the investigation and prosecution of this case and the Parties' settlement negotiations or otherwise have knowledge thereof. I am familiar with the factual matters discussed herein and each of these facts is true and correct to the

---

[1] All capitalized terms are defined in the Stipulation, annexed to the D'Aloia Declaration as Exhibit 1.

best of my knowledge, information and belief based on the evidence and other materials cited in support.

### Levi & Korsinsky LLP is Experience and Qualified to be Counsel for the Settlement Class

3.      Levi & Korsinsky, LLP and I possess extensive experience in securities class action litigation in federal and state courts. The firm resume of Levi & Korsinsky, LLP is annexed hereto as Exhibit 1, detailing the experience of the firm and the undersigned in litigating securities class actions.

*** 

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 2, 2023 in Washington, D.C.

/s/ Nicholas I. Porritt
Nicholas I. Porritt