**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE NANO-X SECURITIES LITIGATION | Case No.  1:21-cv-05517-RPK-PK<br><br><br>Hon. Rachel P. Kovner<br><br>Hon. Magistrate Judge Peggy Kuo |

**NOTICE OF CO-LEAD PLAINTIFFS' UNOPPOSED MOTION FOR FINAL**
**APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement and Plan of Allocation, the Declarations of Justin D. D'Aloia and Nicholas I. Porritt, including the exhibits attached thereto, and all prior pleadings and proceedings herein, Court-appointed Lead Plaintiffs Davian Holdings Limited, together with additional Plaintiffs Derson Jolteus, and Edward Ko (collectively, "Plaintiffs"), individually and on behalf of all Settlement Class Members, by and through counsel, will move this Court before the Honorable Rachel P. Kovner, United States District Judge, United States District Court for the Eastern District of New York, at the Theodore Roosevelt United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, on a date and at a time to be designated by the Court, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for entry of a Final Order and Judgment approving the proposed Settlement as fair, reasonable, and adequate, fully and finally certifying the Settlement Class, approving the proposed Plan of Allocation for the proceeds of the Settlement as fair, reasonable, and adequate.

PLEASE TAKE FURTHER NOTICE that Proposed Orders will be submitted with the reply submission on or before February 8, 2024, after the deadline for objecting or seeking exclusion has passed.

Dated: January 11, 2024                                  Respectfully submitted,

                                                         **POMERANTZ LLP**

                                                         */s/ Justin D. D'Aloia*

                                                         Jeremy A. Lieberman
                                                         Justin D. D'Aloia
                                                         600 Third Avenue, 20th Floor
                                                         New York, New York 10016
                                                         Telephone: (212) 661-1100
                                                         Facsimile: (212) 661-8665
                                                         jalieberman@pomlaw.com

1

jdaloia@pomlaw.com

*Counsel for Lead Plaintiff*
*Davian Holdings and Co-Lead*
*Counsel for the Settlement Class*


**LEVI & KORSINSKY, LLP**

*/s/ Nicholas I. Porritt*
Nicholas I. Porritt
Shannon Hopkins
Adam M. Apton
Max E. Weiss
33 Whitehall Street, 17th Floor
New York, New York 10004
Telephone:  (212) 363-7500
Facsimile:   (212) 363-7171
nporritt@zlk.com
shopkins@zlk.com
aapton@zlk.com
mweiss@zlk.com

*Counsel for Lead Plaintiffs Derson*
*Jolteus and Edward Ko and Co-Lead*
*Counsel for the Settlement Class*

**THE SCHALL LAW FIRM**
Brian Schall
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (424) 303-1964
brian@schallfirm.com

*Additional Counsel for Lead Plaintiff*
*Davian Holdings*

2