**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE NANO-X SECURITIES LITIGATION | Case No.  1:21-cv-05517-RPK-PK<br><br><br>Hon. Rachel P. Kovner<br><br>Hon. Magistrate Judge Peggy Kuo |

**NOTICE OF CO-LEAD COUNSEL'S UNOPPOSED MOTION FOR**
**AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND**
<u>**AWARDS TO CO-LEAD PLAINTIFFS**</u>

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Co-Lead Counsel's Unopposed Motion for an Award of Attorneys' Fees and Reimbursement of Expenses, the Declarations of Justin D. D'Aloia and Nicholas I. Porritt, including the exhibits attached thereto, and all prior pleadings and proceedings herein, Court-appointed Lead Plaintiffs Davian Holdings Limited, together with additional Plaintiffs Derson Jolteus, and Edward Ko (collectively, "Plaintiffs"), individually and on behalf of all Settlement Class Members, by and through counsel, will move this Court before the Honorable Rachel P. Kovner, United States District Judge, United States District Court for the Eastern District of New York, at the Theodore Roosevelt United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, on a date and at a time to be designated by the Court, for the entry of an Order (i) awarding Co-Lead Counsel attorneys' fees in the amount of 33% of the Settlement Fund, plus interest at the same rate and for the same period as the Settlement Fund; (ii) awarding Co-Lead Counsel Litigation Expenses in the amount of $91,076.19, plus interest at the same rate and for the same period as the Settlement Fund; and (iii) awarding Plaintiffs $3,000 each for their service as lead plaintiffs and their representation of the Settlement Class.

PLEASE TAKE FURTHER NOTICE that Proposed Orders will be submitted with the reply submission on or before February 8, 2024, after the deadline for objecting or seeking exclusion has passed.

Dated: January 11, 2024                         Respectfully submitted,


                                                **POMERANTZ LLP**

                                                */s/ Justin D. D'Aloia*

                                                Jeremy A. Lieberman
                                                Justin D. D'Aloia

1

600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
jdaloia@pomlaw.com

*Counsel for Lead Plaintiff*
*Davian Holdings and Co-Lead Counsel*
*for the Settlement Class*

**LEVI & KORSINSKY, LLP**

*/s/ Nicholas I. Porritt*
Nicholas I. Porritt
Shannon Hopkins
Adam M. Apton
Max E. Weiss
33 Whitehall Street, 17th Floor
New York, New York 10004
Telephone:  (212) 363-7500
Facsimile:   (212) 363-7171
nporritt@zlk.com
shopkins@zlk.com
aapton@zlk.com
mweiss@zlk.com

*Counsel for Lead Plaintiffs Derson Jolteus and*
*Edward Ko and Co-Lead Counsel for the*
*Settlement Class*

**THE SCHALL LAW FIRM**
Brian Schall
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (424) 303-1964
brian@schallfirm.com

*Additional Counsel for Lead Plaintiff Davian*
*Holdings*

2