**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MATTHEW WHITE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> NANO-X IMAGING LTD., RAN POLIAKINE, and ITZHAK MAAYAN. <br><br> Defendants | Case No. 1:20-cv-04355-WFK |
| IN RE NANO-X SECURITIES LITIGATION | Case No. 1:21-cv-05517-RPK-PK |

### DECLARATION OF KYLE S. BINGHAM ON IMPLEMENTATION OF CAFA NOTICE

I, KYLE S. BINGHAM, hereby declare and state as follows:

1.    My name is KYLE S. BINGHAM.  I am over the age of 25 and I have personal knowledge of the matters set forth herein, and I believe them to be true and correct.

2.    I am the Director of Legal Noticing for Epiq Class Action & Claims Solutions, Inc. ("Epiq"), a firm that specializes in designing, developing, analyzing and implementing large-scale, un-biased, legal notification plans.  I have overseen and handled Class Action Fairness Act ("CAFA") notice mailings for more than 350 class action settlements.

3.    Epiq is a firm with more than 25 years of experience in claims processing and settlement administration.  Epiq's class action case administration services include coordination of all notice requirements, design of direct-mail notices, establishment of fulfillment services, receipt and processing of opt-outs, coordination with the United States Postal Service ("USPS"), claims database management, claim adjudication, funds management and distribution services.

DECLARATION OF KYLE S. BINGHAM ON IMPLEMENTATION OF CAFA NOTICE

4.      The facts in this Declaration are based on what I personally know, as well as information provided to me in the ordinary course of my business by my colleagues at Epiq.

**CAFA NOTICE IMPLEMENTATION**

5.      At the direction of counsel for Defendant(s) Nano-X Imaging Ltd., Ran Poliakine, and Itzhak Maayan, 61 federal and state officials (the Attorney General of the United States, the Deputy Assistant Attorney General of the United States, a U.S. Department of Justice Trial Attorney, and the Attorneys General of each of the 50 states, the District of Columbia, the United States Territories, and the Deputy and Assistant Attorneys General for the Native American Tribes & Sovereign Nations) were identified to receive CAFA notice.

6.      Epiq maintains a list of these federal and state officials with contact information for the purpose of providing CAFA notice.  Prior to mailing, the names and addresses selected from Epiq's list were verified, then run through the Coding Accuracy Support System ("CASS") maintained by the United States Postal Service ("USPS").[1]

7.      On June 8, 2023, Epiq sent 61 CAFA Notice Packages ("Notice"). The Notice was mailed via USPS Certified Mail to 57 officials (the Attorneys General of 49 states, the District of Columbia, the United States Territories, and the Deputy and Assistant Attorneys General for the Native American Tribes & Sovereign Nations).  As per the direction of the Office of the Nevada Attorney General, the Notice was sent to the Nevada Attorney General electronically via email. The Notice was also sent via United Parcel Service ("UPS") to the Attorney General of the United States, the Deputy Assistant Attorney General of the United States, and a U.S. Department of Justice Trial Attorney.  The CAFA Notice Service List (USPS Certified Mail, Email, and UPS) is included as **Attachment 1**.

---

[1] CASS improves the accuracy of carrier route, 5-digit ZIP®, ZIP + 4® and delivery point codes that appear on mail pieces.  The USPS makes this system available to mailing firms who want to improve the accuracy of postal codes, i.e., 5-digit ZIP®, ZIP + 4®, delivery point (DPCs), and carrier route codes that appear on mail pieces.

DECLARATION OF KYLE S. BINGHAM ON IMPLEMENTATION OF CAFA NOTICE

8.      The materials sent to the federal and state officials included a Cover Letter, which provided notice of the proposed Settlement of the above-captioned case.  The Cover Letter is included as **Attachment 2**.

9.      The cover letter was accompanied by a CD, which included the following:

a.      **Per 28 U.S.C. § 1715(b)(1) – Complaint and Any Amended Complaints:**

- White Class Action Complaint For Violation of the Federal Securities Laws (filed September 16, 2020);

- Duarte Class Action Complaint For Violation of the Federal Securities Laws (filed September 24, 2020);

- McLaughlin Class Action Complaint For Violation of the Federal Securities Laws (filed October 5, 2021);

- Amended Complaint for Violation of the Federal Securities Laws (filed April 12, 2022); and

- Consolidated Class Action Complaint for Violation of the Federal Securities Laws (filed October 31, 2022).

b.      **Per 28 U.S.C. § 1715(b)(3) – Notification to Class Members:**

- Notice of Pendency and Proposed Settlement of Class Action, Motion For Attorneys' Fees and Expenses, and Settlement Hearing *(Exhibit A-1 to the Stipulation of Settlement)*;

- Proof of Claim and Release *(Exhibit A-2 to the Stipulation of Settlement)*; and

- Summary Notice of Proposed Settlement Class Action *(Exhibit A-3 to the Stipulation of Settlement)*.

c.      **Per 28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:** The following documents were included:

- Stipulation of Settlement;

  o   [Proposed] Order Preliminarily Approving Settlement and Providing For Notice (*Exhibit A to the Stipulation of Settlement*);

  o   [Proposed] Final Judgment and Order of Dismissal (*Exhibit B to the Stipulation of Settlement*); and

- Supplemental Agreement Regarding Requests for Exclusion.

DECLARATION OF KYLE S. BINGHAM ON IMPLEMENTATION OF CAFA NOTICE

I declare under penalty of perjury that the foregoing is true and correct.  Executed on June 8, 2023.

_____
KYLE S. BINGHAM

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney duly admitted to practice before this Court, hereby certifies

under penalty of perjury, that on January 18, 2024, I caused a true copy of the foregoing:

- ***Declaration of Kyle S. Bingham on Implementation of Cafa Notice*** *executed on June 8, 2023, with the attachments annexed thereto*

to be served upon the following party as indicated:

<u>By U.S. First Class Mail</u>

The Schall Law Firm
Brian Schall
2049 Century Park East, Suite 2460
Los Angeles, California 90067

Dated: January 18, 2024
        New York, New York

*/s/ Christopher P. Malloy*
Christopher P. Malloy