# Attachment 2

DIRECT DIAL
(212)-735-3792
DIRECT FAX
(917)-777-3792
EMAIL ADDRESS
Christopher.Malloy@skadden.com

July 14, 2023

**VIA MAIL**

TO: ALL ADDRESSEES LISTED IN APPENDIX A

RE: **Notice of Proposed Class Action Settlement**
 *White v. Nano-X Imaging Ltd., et al.*, 1:20-cv-04355-WFK-MMH (E.D.N.Y.)
 *In re Nano-X Securities Litigation*, 1:21-cv-05517-RPK-PK (E.D.N.Y.)

Dear Sir or Madam:

Pursuant to Section 3 of the Class Action Fairness Act, 28 U.S.C. § 1715, you are hereby notified of a proposed settlement of the above-captioned class action lawsuits (the "Class Actions") currently pending before the United States District Court for the Eastern District of New York (the "Court"). This notice is provided on behalf of Defendants Nano-X Imaging Ltd. ("Nano-X" or the "Company"), Ran Poliakine, and Itzhak Maayan (collectively, "Defendants"). This notice and the accompanying materials are intended to satisfy any and all notification obligations that the Defendants have pursuant to CAFA with respect to the Class Actions.

On June 8, 2023, you were previously notified of a proposed class action settlement in *White v. Nano-X Imaging Ltd., et al.,* United States District Court for the Eastern District of New York, Case No. 1:20-cv-04355-WFK-MMH and *In re Nano-X Securities Litigation*, United States District Court for the Eastern District of New York, Case No. 1:21-cv-05517-RPK-PK. That notice was provided within ten days of the proposed settlement being filed with the Court and included all the information required by 28 U.S.C. § 1715(b). This is a follow-up notice in connection with an amended proposed preliminary approval order, amended forms of notice, and an amended final judgment, filed on July 6, 2023.

Pursuant to 28 U.S.C. § 1715, Defendants enclose a CD containing the following:

Page 2

(1)      The complaints and any materials filed with the complaints. 28 U.S.C. § 1715(b)(1).  The Class Action Complaint for Violation of the Federal Securities Laws, filed in *White v. Nano-X Imaging Ltd., et al.*, 1:20-cv-04355-WFK-MMH (E.D.N.Y.) (the "*White* Action") on September 16, 2020, is included on the enclosed CD as Exhibit 1-A. The Class Action Complaint for Violation of the Federal Securities Laws filed in *Duarte v. Nano-X Imaging Ltd.*, 1:20-cv-04528 (E.D.N.Y.) (the "*Duarte* Action") on September 24, 2020, is included as Exhibit 1-B.  The Class Action Complaint for Violation of the Federal Securities Laws, filed in *In re Nano-X Securities Litigation*, 1:21-cv-05517-RPK-PK (E.D.N.Y.) (the "*McLaughlin* Action") on October 5, 2021, and the Attachments thereof, are included as Exhibit 1-C.  The Amended Complaint for Violation of the Federal Securities Laws filed in the *McLaughlin* Action on April 12, 2022, is included as Exhibit 1-D.  The Consolidated Amended Class Action Complaint for Violation of the Federal Securities Laws consolidating the *White* and *Duarte* Actions, filed on October 31, 2022, is included as Exhibit 1-E.

(2)      Notice of any scheduled judicial hearing in the class action. 28 U.S.C. § 1715(b)(2).  No hearings are currently scheduled in the Class Actions.

(3)      Any proposed or final notification to class members.  28 U.S.C. § 1715(b)(3).  The original, and newly filed redlined text, of the proposed notification to class members of the proposed settlement, including their rights to request exclusion from the class, is included as part of the Proposed Preliminary Approval Order that is Exhibit 2-A and Exhibit 2-B on the enclosed CD.  More specifically, the original and newly filed redlined notice to be mailed to class members is Exhibit A-1 to the Proposed Preliminary Approval Order, and the Summary Notice to be published is Exhibit A-3 to the Proposed Preliminary Approval Order.

(4)      Any proposed or final class action settlement.  28 U.S.C. § 1715(b)(4). The proposed class action settlement is set forth in the Stipulation of Settlement, a copy of which is provided on the enclosed CD as Exhibit 3, along with the corresponding exhibits.

(5)      Any settlement or other agreement contemporaneously made between class counsel and counsel for defendants.  28 U.S.C. § 1715(b)(5).  On June 2, 2023, the parties entered into a confidential Supplemental Agreement that has not been filed with the Court.  A redacted version of the Supplemental Agreement is included on the enclosed CD as Exhibit 4.  A non-redacted version will be provided upon request.

(6)      Any final judgment or notice of dismissal. 28 U.S.C. § 1715(b)(6).  No final judgment or notice of dismissal has been entered.  The original, and newly filed redlined [Proposed] Final Judgment and Order of Dismissal is included on the enclosed CD as Exhibit 5.

Page 3

(7)    A reasonable estimate of the number of class members residing in each state and the estimated proportionate share of the claims of such members to the entire settlement.  28 U.S.C. § 1715(b)(7)(B).  CAFA requires a defendant, "if feasible," to provide "the names of class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement," or if that is not feasible, to provide a "reasonable estimate of the number of class members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement."  See 28 U.S.C. §1715(b)(7)(A)-(B).  This is a securities class action brought on behalf of persons who purchased or otherwise acquired securities of Nano-X during a specified period. In the Class Actions, brought on behalf of persons who purchased or sold securities that are traded on a nationwide exchange, the number of class members, as well as the class members' names, states of residence, and claim amount will not be known until after notice of the settlement is given and potential class members submit claim forms. Thus, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement.

(8)    Any written judicial opinion relating to the materials described in 28 U.S.C. § 1715(b)(3) through (6).  28 U.S.C. § 1715(b)(8).  There are no written judicial opinions relating to the materials described in 28 U.S.C. § 1715(b)(3) through (6) as of this date.

This Notice is timely.  CAFA provides two timing deadlines for service of the CAFA Notice, and Defendants have complied with both.  First, 28 U.S.C. § 1715(b) required Defendants to serve this notice "[n]ot later than 10 days after a proposed settlement of class action is filed in court."  Defendants have complied with this deadline because the Stipulation of Settlement and Motion were filed with the Court on June 2, 2023 and the initial Notice was served on June 8, 2023. Furthermore, the amended proposed preliminary approval order, amended forms of notice, and amended final judgment were filed with the Court on July 6, 2023, and this revised Notice is being served on July 14, 2023.

Second, § 1715(d) provides that "[a]n order giving final approval of a proposed settlement may not be issued earlier than 90 days after" service of the CAFA notice on the appropriate Federal and State officials.  The Stipulation of Settlement provides that the final settlement hearing will take place on October 17, 2023, which is more than 90 days after the date of service of this Notice.

This Notice is provided based on the information currently available to Defendants, and based on the status of the proceedings at the time of submission of this notification.  This Notice is complete as of the date hereof and will not be amended.  Please note that the Court's dockets in the Class Actions are publicly accessible via the Pacer system at https://ecf.nyed.uscourts.gov/.

Page 4

This Notice is being provided on behalf of all Defendants, by and through their respective counsel, who may be contacted at the following addresses.

CHRISTOPHER P. MALLOY
christopher.malloy@skadden.com
MICHAEL W. RESTEY JR.
michael.restey@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Facsimile:  (212) 735-2000

*Attorneys for Nano-X Imaging Ltd.*

JEFFREY J. CHAPMAN
jchapman@mcguirewoods.com
STEPHEN G. FORESTA
sforesta@mcguirewoods.com
LOUIS D. GREENSTEIN
lgreenstein@mcguirewoods.com
MCGUIREWOODS LLP
1251 Avenue of the Americas
20th Floor
New York New York 10020
Telephone: (212) 548-7060

*Attorneys for Ran Poliakine*

HADAR E. ISRAELI
hisraeli@barlaw.co.il
HAGUY E. KESSEL
hkessel@barlaw.co.il
BARNEA JAFFA LANDE & CO
58 Harakevet St., 21st Floor
Tel Aviv, Israel
Telephone: +972-3-6400600
Fax: +972-3-6400650

*Attorneys for Itzhak Maayan*

Page 5

## APPENDIX A

## Offices of Federal and State Officials

| Company | FullName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| US Department of Justice | Merrick B. Garland | 950 Pennsylvania Ave NW | | Washington | DC | 20530 |
| US Department of Justice | Manish Kumar | 950 Pennsylvania Ave NW | Room 3109 | Washington | DC | 20530 |
| US Department of Justice Trial Attorney | Mark Aziz | 950 Pennsylvania Ave NW | | Washington | DC | 20530 |
| Office of the Attorney General | Treg Taylor | 1031 W 4th Ave | Suite 200 | Anchorage | AK | 99501 |
| Office of the Attorney General | Steve Marshall | 501 Washington Ave | | Montgomery | AL | 36104 |
| Office of the Attorney General | Tim Griffin | 323 Center St | Suite 200 | Little Rock | AR | 72201 |
| Office of the Attorney General | Kris Mayes | 2005 N Central Ave | | Phoenix | AZ | 85004 |
| Office of the Attorney General | CAFA Coordinator | Consumer Protection Section | 455 Golden Gate Ave Suite 11000 | San Francisco | CA | 94102 |
| Office of the Attorney General | Phil Weiser | Ralph L Carr Colorado Judicial Center | 1300 Broadway Fl 10 | Denver | CO | 80203 |
| Office of the Attorney General | William Tong | 165 Capitol Ave | | Hartford | CT | 06106 |
| Office of the Attorney General | Brian Schwalb | 400 6th St NW | | Washington | DC | 20001 |
| Office of the Attorney General | Kathy Jennings | Carvel State Bldg | 820 N French St | Wilmington | DE | 19801 |
| Office of the Attorney General | Ashley Moody | State of Florida | The Capitol PL-01 | Tallahassee | FL | 32399 |
| Office of the Attorney General | Chris Carr | 40 Capitol Square SW | | Atlanta | GA | 30334 |
| Department of the Attorney General | Anne E Lopez | 425 Queen St | | Honolulu | HI | 96813 |
| Iowa Attorney General | Brenna Bird | Hoover State Office Building | 1305 E Walnut St | Des Moines | IA | 50319 |
| Office of the Attorney General | Raul Labrador | 700 W Jefferson St Ste 210 | PO Box 83720 | Boise | ID | 83720 |
| Office of the Attorney General | Kwame Raoul | 100 W Randolph St | | Chicago | IL | 60601 |
| Office of the Indiana Attorney General | Todd Rokita | Indiana Government Center South | 302 W Washington St Rm 5 | Indianapolis | IN | 46204 |
| Office of the Attorney General | Kris Kobach | 120 SW 10th Ave 2nd Fl | | Topeka | KS | 66612 |
| Office of the Attorney General | Daniel Cameron | 700 Capitol Ave Suite 118 | | Frankfort | KY | 40601 |
| Office of the Attorney General | Jeff Landry | PO Box 94005 | | Baton Rouge | LA | 70804 |
| Office of the Attorney General | Andrea Campbell | 1 Ashburton Pl 20th Fl | | Boston | MA | 02108 |
| Office of the Attorney General | Anthony G Brown | 200 St Paul Pl | | Baltimore | MD | 21202 |
| Office of the Attorney General | Aaron Frey | 6 State House Station | | Augusta | ME | 04333 |
| Department of Attorney General | Dana Nessel | PO BOX 30212 | | Lansing | MI | 48909 |
| Office of the Attorney General | Keith Ellison | 445 Minnesota St Ste 1400 | | St Paul | MN | 55101 |
| Missouri Attorney General's Office | Andrew Bailey | 207 West High Street | PO Box 899 | Jefferson City | MO | 65102 |
| Mississippi Attorney General | Lynn Fitch | PO Box 220 | | Jackson | MS | 39205 |
| Office of the Attorney General | Austin Knudsen | 215 N Sanders 3rd Fl | PO Box 201401 | Helena | MT | 59620 |
| Attorney General's Office | Josh Stein | 9001 Mail Service Ctr | | Raleigh | NC | 27699 |
| Office of the Attorney General | Drew H Wrigley | 600 E Boulevard Ave Dept 125 | | Bismarck | ND | 58505 |
| Nebraska Attorney General | Mike Hilgers | 2115 State Capitol | PO Box 98920 | Lincoln | NE | 68509 |
| Office of the Attorney General | John Formella | NH Department of Justice | 33 Capitol St | Concord | NH | 03301 |
| Office of the Attorney General | Matthew J Platkin | 25 Market Street | PO Box 080 | Trenton | NJ | 08625 |
| Office of the Attorney General | Raul Torrez | 408 Galisteo St | Villagra Bldg | Santa Fe | NM | 87501 |
| Office of the Attorney General for Nevada | All documents sent to NV AG at their dedicated CAFA email inbox. | | | | NV | |
| Office of the Attorney General | CAFA Coordinator | 28 Liberty Street 15th Floor | | New York | NY | 10005 |
| Office of the Attorney General | Dave Yost | 30 E Broad St Fl 14 | | Columbus | OH | 43215 |
| Office of the Attorney General | Gentner Drummond | 313 NE 21st St | | Oklahoma City | OK | 73105 |
| Native American Tribes & Sovereign Nations | Chrissi Ross Nimmo | Deputy Attorney General | 17675 S. Muskogee Ave | Tahlequah | OK | 74464 |
| Native American Tribes & Sovereign Nations | John C Young | Assistant Attorney General | 17675 S. Muskogee Ave | Tahlequah | OK | 74464 |
| Office of the Attorney General | Ellen F Rosenblum | Oregon Department of Justice | 1162 Court St NE | Salem | OR | 97301 |
| Office of the Attorney General | Michelle A. Henry | 16th Fl Strawberry Square | | Harrisburg | PA | 17120 |
| Office of the Attorney General | Peter F Neronha | 150 S Main St | | Providence | RI | 02903 |
| Office of the Attorney General | Alan Wilson | PO Box 11549 | | Columbia | SC | 29211 |
| Office of the Attorney General | Marty Jackley | 1302 E Hwy 14 Ste 1 | | Pierre | SD | 57501 |
| Office of the Attorney General | Jonathan Skrmetti | PO Box 20207 | | Nashville | TN | 37202 |
| Office of the Attorney General | Ken Paxton | PO Box 12548 | | Austin | TX | 78711 |
| Office of the Attorney General | Sean D Reyes | PO Box 142320 | | Salt Lake City | UT | 84114 |
| Office of the Attorney General | Jason S Miyares | 202 N 9th St | | Richmond | VA | 23219 |
| Office of the Attorney General | Charity R Clark | 109 State St | | Montpelier | VT | 05609 |
| Office of the Attorney General | Bob Ferguson | 800 5th Ave Ste 2000 | | Seattle | WA | 98104 |
| Office of the Attorney General | Josh Kaul | PO Box 7857 | | Madison | WI | 53707 |
| Office of the Attorney General | Patrick Morrisey | State Capitol Complex Bldg 1 Room E 26 | 1900 Kanawha Blvd E | Charleston | WV | 25305 |
| Office of the Attorney General | Bridget Hill | 109 State Capital | | Cheyenne | WY | 82002 |
| Department of Legal Affairs | Fainu'ulei Falefatu Ala'ilima-Utu | American Samoa Gov't Exec Ofc Bldg Utulei | Territory of American Samoa | Pago Pago | AS | 96799 |
| Attorney General Office of Guam | Douglas Moylan | Administrative Division | 590 S Marine Corps Dr Ste 901 | Tamuning | GU | 96913 |
| Office of the Attorney General | Edward Manibusan | Administration Bldg | PO Box 10007 | Saipan | MP | 96950 |
| PR Department of Justice | Domingo Emanuelli Hernández | PO Box 9020192 | | San Juan | PR | 00902 |
| Department of Justice | Ariel K Smith | 3438 Kronprindsens Gade Ste 2 | GERS BLDG | St Thomas | VI | 00802 |