**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE NANO-X SECURITIES LITIGATION | Case No. 1:21-cv-05517-RPK-PK |
|  | Hon. Rachel P. Kovner |
|  | Hon. Magistrate Judge Peggy Kuo |

**DECLARATION OF JUSTIN D. D'ALOIA**

I, Justin D. D'Aloia, declare as follows:

1.      I am an attorney duly licensed to practice law in New York and before this Court. I am a Partner at Pomerantz LLP ("Pomerantz" or the "Firm"), counsel for court-appointed Lead Plaintiff Davian Holdings Limited ("Davian Holdings") and initial plaintiff Daniel P. McLaughlin in the above-referenced action (the "Action").  I have personal knowledge of the matters set forth herein and, if called upon, would testify thereto.

2.      I submit this Declaration in further support of the motions for:  (1) Final Approval of Class Action Settlement and Plan of Allocation (ECF No. 77) (the "Final Approval Motion"); and (2) Award of Attorneys' Fees, Reimbursement of Expenses, and Awards to Plaintiffs (ECF No. 78) (the "Fee and Expense Motion," and together with the Final Approval Motion, the "Motions").  Unless otherwise noted, all capitalized terms used herein have the meaning set forth in the Stipulation of Settlement, dated June 2, 2023 (ECF No. 67-1) (the "Stipulation").

3.      Attached hereto as Exhibit 1 is a true and correct copy of the Supplemental Declaration of Eric Blow, dated February 8, 2024.

- 1 -

4.      Attached hereto as Exhibit 2 is a true and correct copy of the Declaration of Edward Ko, dated January 17, 2024.  As provided in the Fee and Expense Motion, Mr. Ko was unable to sign this Declaration at the time the Motions were initially filed due to travel.  It is being submitted now for the Court's consideration.

5.      Attached hereto as Exhibit 3 is a true and correct copy of the [Proposed] Order and Final Judgment called for by the Stipulation.

6.      Pursuant to the Court's Decision and Order granting the Motion for Preliminary Approval of the Class Action Settlement, entered October 31, 2023 (ECF No. 75), and as provided in the Notice sent to potential Settlement Class Members, anyone wishing to object to any aspect of the Settlement, Plan of Allocation, or Fee and Expense Application was directed to submit such objections in writing to the Court and counsel of record, including Plaintiffs' Counsel, by no later than January 25, 2024.  As of the date of this Declaration, no objections have been filed with the Court or received by Plaintiffs' Counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of February, 2024.

*/s/ Justin D. D'Aloia*
Justin D. D'Aloia

- 2 -