# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE NANO-X SECURITIES LITIGATION | Case No. 1:21-cv-05517-RPK-PK<br><br>Hon. Rachel P. Kovner<br><br>Hon. Magistrate Judge Peggy Kuo |

**SUPPLEMENTAL DECLARATION OF ERIC BLOW REGARDING**
**(I) CONTINUED DISSEMINATION OF THE NOTICE PACKET, AND (II) REQUESTS FOR EXCLUSION, OBJECTIONS, AND CLAIMS RECEIVED TO DATE**

I, Eric Blow, declare as follows:

1.      I am a Project Manager employed by Epiq Class Action & Claims Solutions, Inc. ("Epiq"). Pursuant to the Court's Decision and Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement dated October 31, 2023 (EFC. No. 75) (the "Preliminary Approval Order"), Epiq was authorized to act as the Claims Administrator for the Settlement in the above-captioned action (the "Action").[1] The following statements are based on my personal knowledge and information provided by Epiq employees working under my supervision, and if called on to do so, I could and would testify competently thereto.

2.      I submit this Declaration to provide the Court and the Parties to the Settlement with additional information regarding the dissemination of the Notice Packet, requests for exclusion from the Settlement Class, objections, and Proofs of Claim and Release received to date as a

---

[1] Unless otherwise defined herein, all capitalized terms shall have the same meaning as set forth in the Stipulation and Agreement of Settlement, dated June 2, 2023 (ECF NO. 67-1) (the "Stipulation").

{00593330;1 }

supplement my previous Declaration dated January 11, 2024 (ECF No. 81-1) (the "Initial Notice Declaration").

## CONTINUED DISSEMINATION OF THE NOTICE PACKET

3.    As more fully stated in my Initial Notice Declaration, as of January 10, 2024, Epiq had mailed a total of 41,872 Notice Packets to potential Settlement Class Members and nominees.

4.    Since submission of my Initial Notice Declaration, Epiq has continued to disseminate copies of the Court-approved Notice Packet in response to additional requests from potential Settlement Class Members and/or their nominees. As of the date of this Declaration, Epiq has received an additional 36,008 requests for Notice Packets from potential Settlement Class Members and/or nominees. Therefore, as of the date of this Declaration, Epiq has mailed a total of 77,880 Notice Packets to potential Settlement Class Members and nominees.

5.    As of the date of this Declaration, Epiq has received back 83 Notice Packets that were returned by the U.S. Postal Service as undeliverable as addressed.  Some of those were returned with forwarding addresses.  For others, Epiq conducted an advanced search through TransUnion of the addresses returned as undeliverable, and certain updated addresses were identified.  In total, Epiq re-mailed 51 Notice Packets to those for whom updated addresses were subsequently obtained.

## REQUESTS FOR EXCLUSION RECEIVED

6.    Pursuant to the Preliminary Approval Order, and as provided in the Notice, Settlement Class Members who wish to be excluded from the Settlement Class were required to mail their written request to Epiq so that the request is postmarked or received by the private carrier no later than January 25, 2024.  As of the date of this Declaration, Epiq has received three (3) timely requests for exclusions and two (2) requests for exclusion submitted after the January 25, 2024, deadline. Epiq recommends granting all of these exclusion request.  Redacted copies of all five (5) requests for exclusion are attached as **Exhibit A**.

**OBJECTIONS RECEIVED**

7.      Pursuant to the Preliminary Approval Order, and as provided in the Notice, Settlement Class Members were directed to submit any objections to the Court and Counsel.  As of the date of this Declaration, Epiq has not received any objections.

**CLAIMS RECEIVED**

8.      Pursuant to the Preliminary Approval Order, and as provided in the Notice, Settlement Class Members who wish to participate in the proposed Settlement are required to submit a complete Proof of Claim and Release form so it is postmarked or received by the private carrier by no later than February 19, 2024.  As of the date of this Declaration, Epiq has received a total of approximately 1,150 Claims.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed at Louisville, Kentucky, on February 8, 2024.

_____

Eric Blow

# *EXHIBIT A*

Claims Administrator
Nano-X Securities Litigation Settlement
Epiq Systems, Inc.
P.O. Box 6786 Address: Portland, OR 97228-6786
Telephone: 888-977-4348
Email: info@NanoXSettlement.com

January 21, 2024

Zejun Xiao
Zhenmei Liu
Michelle Xiao



Dear Sir/Madam:

We, Zejun Xiao, Zhenmei Liu, Michelle Xiao want to be excluded from the Settlement Class in the following Litigation: Nano-X Securities Litigation, Case Nos. 20-cv-04355-WFK and 21-cv-05517-RPK (a "Request for Exclusion"). Attached are signed documents to evidence transaction of our purchases and sales, and account statements or trading records of Nano-X securities during the period August 21, 2020 through November 17, 2021.

If you have any question, or need additional documents, please let us know.

Sincerely



Zejun Xiao

Zhenmei Liu

Michelle Xiao

Brokerage Account: ████████

Brokerage Account Number # ████████

Name: Michelle Xiao          Signature: ████████          Date: 1/21/2024

| Date | Activity | Description | Symbol | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 11/2/2021 | Purchased | Nano X Imaging LTD ORD | NNOX | 50.00 | $23.61 | -$1,180.50 |
| 11/15/2021 | Purchased | Nano X Imaging LTD ORD | NNOX | 100.00 | $22.80 | -$2.280.00 |
| 2/4/2022 | Purchased | Nano X Imaging LTD ORD | NNOX | 60.00 | $10.80 | -$648.00 |
| | | | | | | |
| 1/1/2021 to 2/14/2021 | Total Net | Nano X Imaging LTD ORD | NNOX | 210.00 | | |
| | | | | | | |

 **Ameritrade**

**Confirmation Notice**

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE |
|---|---|---|---|---|
| | | | | |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 60 | M70700105 | 23.61 | 1,180.50 | | 0.00 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 11/02/2021 | 11/04/2021 | | 0.00 | 1,180.50 |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| NANO X IMAGING LTD<br>COM | NNOX |

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.

# TD Ameritrade

PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

MICHELLE XIAO



## Confirmation Notice

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE |
|---|---|---|---|---|
| | | | | |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 100 | M70700105 | 22.80 | 2,280.00 | | 0.00 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 11/15/2021 | 11/17/2021 | | 0.00 | 2,280.00 |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| NANO X IMAGING LTD COM | NNOX |

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.

**TD Ameritrade**

PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

MICHELLE XIAO



**Confirmation Notice**

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE |
|---|---|---|---|---|

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 60 | M70700105 | 10.80 | 648.00 | | 0.00 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 02/04/2022 | 02/08/2022 | | 0.00 | 648.00 |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| NANO X IMAGING LTD COM | NNOX |

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS

Claims Administrator
Nano-X Securities Litigation Settlement
Epiq Systems, Inc.
P.O. Box 6786 Address: Portland, OR 97228-6786
Telephone: 888-977-4348
Email: info@NanoXSettlement.com

January 21, 2024

Zejun Xiao
Zhenmei Liu
Michelle Xiao



Dear Sir/Madam:

We, Zejun Xiao, Zhenmei Liu, Michelle Xiao want to be excluded from the Settlement Class in the following Litigation: Nano-X Securities Litigation, Case Nos. 20-cv-04355-WFK and 21-cv-05517-RPK (a "Request for Exclusion"). Attached are signed documents to evidence transaction of our purchases and sales, and account statements or trading records of Nano-X securities during the period August 21, 2020 through November 17, 2021.

If you have any question, or need additional documents, please let us know.

Sincerely



Zejun Xiao

Zhenmei Liu

Michelle Xiao

Brokerage Account: ▊▊▊▊▊▊▊

Brokerage Account Number ▊▊▊▊▊▊ - ▊▊▊▊▊▊

Name Zejun Xiao          Signature: ▊▊▊▊▊▊          Date: 1/21/2024

| Date | Activity | Description | Symbol | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 2/10/2021 | Purchased | Nano X Imaging LTD ORD | NNOX | 2.00 | $72.98 | -$147.96 |
| 2/11/2021 | Purchased | Nano X Imaging LTD ORD | NNOX | 50.00 | $66.80 | -$3,340.00 |
| 2/11/2021 | Sold | Nano X Imaging LTD ORD | NNOX | 32.00 | $72.6225 | $2,323.87 |
| 2/11/2021 | Purchased | Nano X Imaging LTD ORD | NNOX | 30.00 | $71.58 | -$2,147.40 |
| 2/11/2021 | Purchased | Nano X Imaging LTD ORD | NNOX | 30.00 | $68.045 | -$2,041.35 |
| 2/11/2021 | Purchased | Nano X Imaging LTD ORD | NNOX | 50.00 | $67.20 | -$3,360.00 |
| 2/11/2021 | Purchased | Nano X Imaging LTD ORD | NNOX | 50.00 | $66.80 | -$3,340.00 |
| 2/11/2021 | Purchased | Nano X Imaging LTD ORD | NNOX | 50.00 | $66.00 | -$3,300.00 |
| 2/11/2021 | Purchased | Nano X Imaging LTD ORD | NNOX | 50.00 | $65.80 | -$3,290.00 |
| 5/4/2021 | Purchased | Nano X Imaging LTD ORD | NNOX | 100.00 | $31.50 | -$3,150.00 |
| 7/15/2021 | Purchased | Nano X Imaging LTD ORD | NNOX | 80.00 | $28.00 | -$2,240.00 |
| 2/4/2022 | Purchased | Nano X Imaging LTD ORD | NNOX | 80.00 | $10.90 | -$872.00 |
| | | | | | | |
| 1/1/2021 to 2/14/2021 | Total Net | Nano X Imaging LTD ORD | NNOX | 540.00 | | |
| | | | | | | |

**Statement for Account :** ▮▮▮▮▮▮▮
02/01/21 - 02/28/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 02/10/21 | 02/12/21 | Margin | Buy - Securities Purchased | NANO X IMAGING LTD COM | NNOX | 2 | 73.98 | (147.96) | 60,612.38 |
| 02/11/21 | 02/16/21 | Margin | Buy - Securities Purchased | NANO X IMAGING LTD COM | NNOX | 50 | 66.80 | (3,340.00) | 57,272.38 |
| 02/11/21 | 02/16/21 | Margin | Sell - Securities Sold | NANO X IMAGING LTD COM Regulatory Fee 0.05 | NNOX | 32- | 72.6225 | 2,323.87 | 55,534.86 |
| 02/11/21 | 02/16/21 | Margin | Buy - Securities Purchased | NANO X IMAGING LTD COM | NNOX | 30 | 71.58 | (2,147.40) | 53,387.46 |
| 02/11/21 | 02/16/21 | Margin | Buy - Securities Purchased | NANO X IMAGING LTD COM | NNOX | 30 | 68.045 | (2,041.35) | 48,042.11 |
| 02/11/21 | 02/16/21 | Margin | Buy - Securities Purchased | NANO X IMAGING LTD COM | NNOX | 50 | 67.20 | (3,360.00) | 44,682.11 |
| 02/11/21 | 02/16/21 | Margin | Buy - Securities Purchased | NANO X IMAGING LTD COM | NNOX | 50 | 66.80 | (3,340.00) | 41,342.11 |
| 02/11/21 | 02/16/21 | Margin | Buy - Securities Purchased | NANO X IMAGING LTD COM | NNOX | 50 | 66.00 | (3,300.00) | 30,886.11 |
| 02/11/21 | 02/16/21 | Margin | Buy - Securities Purchased | NANO X IMAGING LTD COM | NNOX | 50 | 65.80 | (3,290.00) | 27,596.11 |

**Statement for Account #** ▮▮▮▮▮
05/01/21 - 05/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  | TAIWAN SEMICONDUCTOR | TSM | 50 | 115.94 | (5,797.00) | 7,175.98 |
| 05/04/21 | 05/06/21 | Margin | Buy – Securities Purchased | NANO X IMAGING LTD COM | NNOX | 100 | 31.50 | (3,150.00) | (6,430.22) |

## TD Ameritrade Cash Interest Credit/Expense

| Begin | Margin | Credit | Number | Interest | Interest Debited | Interest Credited |
|---|---|---|---|---|---|---|

page 5 of 6

**Statement for Account** ▮
07/01/21 – 07/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 07/15/21 | 07/19/21 | Margin | Buy - Securities Purchased | NANO X IMAGING LTD COM | NNOX | 80 | 28.00 | (2,240.00) | 22,277.01 |

**Statement for Account** ▮▮▮▮▮▮ .
02/01/22 - 02/28/22

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 02/04/22 | 02/08/22 | Margin | Buy - Securities Purchased | NANO X IMAGING LTD COM | NNOX | 80 | 10.90 | (872.00) | 5,243.23 |

page 5 of 8

Claims Administrator
Nano-X Securities Litigation Settlement
Epiq Systems, Inc.
P.O. Box 6786 Address: Portland, OR 97228-6786
Telephone: 888-977-4348
Email: info@NanoXSettlement.com

January 21, 2024

Zejun Xiao
Zhenmei Liu
Michelle Xiao



Dear Sir/Madam:

We, Zejun Xiao, Zhenmei Liu, Michelle Xiao want to be excluded from the Settlement Class in the following Litigation: Nano-X Securities Litigation, Case Nos. 20-cv-04355-WFK and 21-cv-05517-RPK (a "Request for Exclusion"). Attached are signed documents to evidence transaction of our purchases and sales, and account statements or trading records of Nano-X securities during the period August 21, 2020 through November 17, 2021.

If you have any question, or need additional documents, please let us know.

Sincerely



Zejun Xiao

Zhenmei Liu

Michelle Xiao

Brokerage Account

Brokerage Account Number

Name Zhenmei Liu          Signature:          Date: 1/21/2024

| Date | Activity | Description | Symbol | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 2/2/2021 | Purchased | Nano X Imaging LTD ORD | NNOX | 100.00 | $71.7800 | -$7,187.95 |
| 2/8/2021 | Purchased | Nano X Imaging LTD ORD | NNOX | 120.00 | $65.8800 | -$7915.55 |
| 2/11/2021 | Sold | Nano X Imaging LTD ORD | NNOX | 100.00 | $84.8000 | $8,469.86 |
| 2/16/2021 | Purchased | Nano X Imaging LTD ORD | NNOX | 100.00 | $67.9800 | -$6,807.95 |
| 2/16/2021 | Purchased | Nano X Imaging LTD ORD | NNOX | 200.00 | $66.8000 | -$13,369.95 |
| 4/13/2021 | Purchased | Nano X Imaging LTD ORD | NNOX | 50.00 | $38.8800 | -$1,944.00 |
| 4/14/2021 | Purchased | Nano X Imaging LTD ORD | NNOX | 30.00 | $36.3900 | -$,1091.70 |
| 4/21/2021 | Purchased | Nano X Imaging LTD ORD | NNOX | 100.00 | $31.9200 | -$3,192.00 |
| 5/5/2021 | Purchased | Nano X Imaging LTD ORD | NNOX | 100.00 | $31.3800 | -$3,138.00 |
| 5/12/2021 | Purchased | Nano X Imaging LTD ORD | NNOX | 100.00 | $26.1800 | -$2,618.00 |
| 5/13/2021 | Purchased | Nano X Imaging LTD ORD | NNOX | 200.00 | $22.2800 | -$4,456.00 |
| 7/20/2021 | Purchased | Nano X Imaging LTD ORD | NNOX | 150.00 | $26.9381 | -$4040.72 |
| 9/30/2021 | Purchased | Nano X Imaging LTD ORD | NNOX | 50.00 | $24.7500 | -$1,237.50 |
| 10/1/2021 | Purchased | Nano X Imaging LTD ORD | NNOX | 5.00 | $22.9900 | -$114.95 |
| 10/1/2021 | Purchased | Nano X Imaging LTD ORD | NNOX | 95.00 | $23.0800 | -$2,192.60 |
| 11/19/2021 | Purchased | Nano X Imaging LTD ORD | NNOX | 100.00 | $19.8000 | -$1,980.00 |
| 2/8/2022 | Purchased | Nano X Imaging LTD ORD | NNOX | 100.00 | $10.8500 | -$1,085.00 |
| 2/8/2022 | Purchased | Nano X Imaging LTD ORD | NNOX | 200.00 | $10.83 | -$2,166.00 |
| | | | | | | |
| 1/1/2021 to 2/14/2021 | Total | Nano X Imaging LTD ORD | NNOX | 1700 | | |
| | | | | | | |

# T. RowePrice®
INVEST WITH CONFIDENCE

February 1 - February 28, 2021
**Brokerage Statement**

BROKERAGE ACTIVITY                              continued

| Date | Activity | Description | Quantity | Price | Amount |
|------|----------|-------------|----------|-------|--------|
| 2/2 | PURCHASED | NANO X IMAGING LTD ORD SHS ISIN#IL0011681371 UNSOLICITED ORDER ALLOCATED ORDER YOUR BROKER ACTED AS AGENT | 100.000 | $71.7800 | -$7,187.95 |



continued...

Brokerage accounts, including their assets and positions, are carried by Pershing LLC (Pershing), a BNY Mellon company, and a member of NYSE/FINRA/SIPC, through T. Rowe Price Brokerage, a division of T. Rowe Price Investment Services, Inc., a member of FINRA/SIPC.

# T.Rowe Price®
INVEST WITH CONFIDENCE

February 1 - February 28, 2021
## Brokerage Statement

### BROKERAGE ACTIVITY continued

| Date | Activity | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|
| 2/8 | PURCHASED | NANO X IMAGING LTD ORD SHS ISIN#IL0011681371 UNSOLICITED ORDER | 120.000 | $65.8800 | -$7,915.55 |
| 2/11 | SOLD | NANO X IMAGING LTD ORD SHS ISIN#IL0011681371 UNSOLICITED ORDER | -100.000 | $84.8000 | $8,469.86 |
| 2/16 | PURCHASED | NANO X IMAGING LTD ORD SHS ISIN#IL0011681371 UNSOLICITED ORDER | 100.000 | $67.9800 | -$6,807.95 |
| 2/16 | PURCHASED | NANO X IMAGING LTD ORD SHS ISIN#IL0011681371 UNSOLICITED ORDER | 200.000 | $66.8000 | -$13,369.95 |

Brokerage accounts, including their assets and positions, are carried by Pershing LLC (Pershing), a BNY Mellon company, and a member of NYSE/FINRA/SIPC, through T. Rowe Price Brokerage, a division of T. Rowe Price Investment Services, Inc., a member of FINRA/SIPC.



# T.RowePrice®
INVEST WITH CONFIDENCE

April 1 - April 30, 2021
## Brokerage Statement

## BROKERAGE ACTIVITY continued

| Date | Activity | Description | Quantity | Price | Amount |
|------|----------|-------------|----------|-------|--------|
| 4/13 | PURCHASED | NANO X IMAGING LTD ORD SHS ISIN#IL0011681371 UNSOLICITED ORDER | 50.000 | $38.8800 | -$1,944.00 |
| 4/14 | PURCHASED | NANO X IMAGING LTD ORD SHS ISIN#IL0011681371 UNSOLICITED ORDER | 30.000 | $36.3900 | -$1,091.70 |

Brokerage accounts, including their assets and positions, are carried by Pershing LLC (Pershing), a BNY Mellon company, and a member of NYSE/FINRA/SIPC, through T. Rowe Price Brokerage, a division of T. Rowe Price Investment Services, Inc., a member of FINRA/SIPC.

# T.RowePrice®
INVEST WITH CONFIDENCE

April 1 - April 30, 2021
## Brokerage Statement

**BROKERAGE ACTIVITY** continued

| Date | Activity | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|
| 4/21 | PURCHASED | NANO X IMAGING LTD ORD SHS ISIN#IL0011681371 UNSOLICITED ORDER | 100.000 | $31.9200 | -$3,192.00 |



Brokerage accounts, including their assets and positions, are carried by Pershing LLC (Pershing), a BNY Mellon company, and a member of NYSE/FINRA/SIPC, through T. Rowe Price Brokerage, a division of T. Rowe Price Investment Services, Inc., a member of FINRA/SIPC.

# T.RowePrice®
INVEST WITH CONFIDENCE

### BROKERAGE ACTIVITY

| Date | Activity | Description | Quantity | Price | Amount |
|------|----------|-------------|----------|-------|--------|
| | **SECURITIES BOUGHT AND SOLD** | | | | |
| 5/5 | PURCHASED | NANO X IMAGING LTD ORD SHS ISIN#IL0011681371 UNSOLICITED ORDER | 100.000 | $31.3800 | -$3,138.00 |

continues...

Brokerage accounts, including their assets and positions, are carried by Pershing LLC (Pershing), a BNY Mellon company, and a member of NYSE/FINRA/SIPC, through T. Rowe Price Brokerage, a division of T. Rowe Price Investment Services, Inc., a member of FINRA/SIPC.

Case 1:21-cv-05517-RPK-PK     Document 87-1     Filed 02/08/24     Page 24 of 43 PageID #: 3121

# T. Rowe Price®
INVEST WITH CONFIDENCE

## BROKERAGE ACTIVITY continued

| Date | Activity | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|
| 5/12 | PURCHASED | NANO X IMAGING LTD ORD SHS ISIN#IL0011681371 UNSOLICITED ORDER | 100.000 | $26.1800 | -$2,618.00 |

continues...



Brokerage accounts, including their assets and positions, are carried by Pershing LLC (Pershing), a BNY Mellon company, and a member of NYSE/FINRA/SIPC, through T. Rowe Price Brokerage, a division of T. Rowe Price Investment Services, Inc., a member of FINRA/SIPC.

# T.RowePrice®
INVEST WITH CONFIDENCE

BROKERAGE ACTIVITY                              continued

| Date | Activity | Description | Quantity | Price | Amount |
|------|----------|-------------|----------|-------|--------|
| 5/13 | PURCHASED | NANO X IMAGING LTD ORD SHS ISIN#IL0011681371 UNSOLICITED ORDER | 200.000 | $22.2800 | -$4,456.00 |

Brokerage accounts, including their assets and positions, are carried by Pershing LLC (Pershing), a BNY Mellon company, and a member of NYSE/FINRA/SIPC, through T. Rowe Price Brokerage, a division of T. Rowe Price Investment Services, Inc., a member of FINRA/SIPC.

Case 1:21-cv-05517-RPK-PK    Document 87-1    Filed 02/08/24    Page 26 of 43 PageID #: 3123

# T.RowePrice®
INVEST WITH CONFIDENCE

July 1 - July 31, 2021
## Brokerage Statement

## BROKERAGE ACTIVITY

| Date | Activity | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | **SECURITIES BOUGHT AND SOLD** | | | | |
| JN20 | PURCHASED | NANO X IMAGING LTD ORD SHS ISIN#IL0011681371 UNSOLICITED ORDER | 150.000 | $26.9381 | -$4,040.72 |



Brokerage accounts, including their assets and positions, are carried by Pershing LLC (Pershing), a BNY Mellon company, and a member of NYSE/FINRA/SIPC, through T. Rowe Price Brokerage, a division of T. Rowe Price Investment Services, Inc., a member of FINRA/SIPC.

# T.Rowe Price®
INVEST WITH CONFIDENCE

September 1 - September 30, 2021
## Brokerage Statement

Brc

## BROKERAGE ACTIVITY                        continued

| Date | Activity | Description | Quantity | Price | Amount |
|------|----------|-------------|----------|-------|--------|
| 9/30 | PURCHASED | NANO X IMAGING LTD ORD SHS ISIN#IL0011681371 UNSOLICITED ORDER | 50.000 | $24.7500 | -$1,237.50 |

continues...

Brokerage accounts, including their assets and positions, are carried by Pershing LLC (Pershing), a BNY Mellon company, and a member of NYSE/FINRA/SIPC, through T. Rowe Price Brokerage, a division of T. Rowe Price Investment Services, Inc., a member of FINRA/SIPC. For additional information on your Brokerage account registration please contact an associate at 1-800-225-7720 or email us at info@troweprice.com


## T.RowePrice®
INVEST WITH CONFIDENCE

October 1 - October 31, 2021
**Brokerage Statement**



BROKERAGE TRANSACTION SUMMARY    continued

Amount

BROKERAGE ACTIVITY



| Date | Activity | Description | Quantity | Price | Amount |
|------|----------|-------------|----------|-------|--------|
| | | **SECURITIES BOUGHT AND SOLD** | | | |
| 10/19 | PURCHASED | NANO X IMAGING LTD ORD SHS ISIN#IL0011681371 UNSOLICITED ORDER | 5.000 | $22.9900 | -$114.95 |
| 10/1 | PURCHASED | NANO X IMAGING LTD ORD SHS ISIN#IL0011681371 UNSOLICITED ORDER | 95.000 | $23.0800 | -$2,192.60 |

Brokerage accounts, including their assets and positions, are carried by Pershing LLC (Pershing), a BNY Mellon company, and a member of NYSE/FINRA/SIPC, through T. Rowe Price Brokerage, a division of T. Rowe Price Investment Services, Inc., a member of FINRA/SIPC. For additional information on your Brokerage account registration please contact an associate at 1-800-225-7720 or email us at info@troweprice.com

# T.RowePrice®
INVEST WITH CONFIDENCE

November 1 - November 30, 2021
## Brokerage Statement

Investor N
Brokerage Account Nu

**BROKERAGE ACTIVITY** continued

| Date | Activity | Description | Quantity | Price | Amount |
|------|----------|-------------|----------|-------|--------|
| 11/19 | PURCHASED | NANO-X-IMAGING LTD ORD SHS ISIN#IL0011681371 UNSOLICITED ORDER | 100.000 | $19.8000 | -$1,980.00 |

Brokerage accounts, including their assets and positions, are carried by Pershing LLC (Pershing), a BNY Mellon company, and a member of NYSE/FINRA/SIPC, through T. Rowe Price Brokerage, a division of T. Rowe Price Investment Services, Inc., a member of FINRA/SIPC. For additional information on your Brokerage account registration please contact an associate at 1-800-225-7720 or email us at info@troweprice.com

# T.RowePrice®
INVEST WITH CONFIDENCE

February 1 - February 28, 2022
**Brokerage Statement**

BROKERAGE TRANSACTION SUMMARY

BROKERAGE ACTIVITY

| Date | Activity | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | | SECURITIES BOUGHT AND SOLD | | | |
| 2/8 | PURCHASED | NANO X IMAGING LTD ORD SHS ISIN#IL0011681371 UNSOLICITED ORDER | 100.000 | $10.8500 | -$1,085.00 |
| 2/8 | PURCHASED | NANO X IMAGING LTD ORD SHS ISIN#IL0011681371 UNSOLICITED ORDER ALLOCATED ORDER YOUR BROKER ACTED AS AGENT | 200.000 | $10.8300 | -$2,166.00 |

continues...

Brokerage accounts, including their assets and positions, are carried by Pershing LLC (Pershing), a BNY Mellon company, and a member of NYSE/FINRA/SIPC, through T. Rowe Price Brokerage, a division of T. Rowe Price Investment Services, Inc., a member of FINRA/SIPC. For additional information on your Brokerage account registration please contact an associate at 1-800-225-7720 or email us at info@troweprice.com

**From:** Neven Borak ███████████████
**Sent:** Thursday, February 8, 2024 1:45 PM
**To:** Nicholas I. Porritt <nporritt@zlk.com>
**Cc:** info@nanoxsettlement.com; jalieberman@pomlaw.com
**Subject:** [External]Re: [External]Re: [External]Nano-X Securities Litigation, Case Nos. 20-cv-04355-WFK - Exclusion from Settlement

Thank you for your email, Nicholas.

Please see the attached confirmations from our brokerage accounts regarding the subject matter securities. We have not sold any of the shares ever since.

I understand you will be providing this information to the Court to make our withdrawal from the settlement effective. Thank you for that.

1. Neven Borak
Date: 8/24/2020
Number of Shares: 400
Price: $10,352.00

2. Milisav Borak
Date: 3/10/2021
Number of Shares: 152.284
Price: 5,999.99

On Thursday, February 8, 2024 at 10:05:15 AM PST, Nicholas I. Porritt <nporritt@zlk.com> wrote:


Neven


I am sorry there was a delay in delivering notice to you. Notices are mailed through brokers upon their request so they can sometimes be delayed. We have provided all notices requested as quickly as we can and in

1

accordance with the schedule set by the Court. Even though the date has passed, we can respect and implement your decision to opt out. We will however need some additional information from you. Specifically (and this information is required from every opt out):

Members requesting exclusion are also directed to state the number of shares of Nano-X securities (ticker symbol: "NNOX") that they purchased or otherwise acquired during the Settlement Class Period, as well as the date(s) and price(s) of each purchase, acquisition, and/or sale of such securities, and to provide copies of documents (such as account statements or trading records) evidencing such transactions of Nano-X securities.

We would be grateful if you would provide this information to us and we will notify the Court that you have opted out of the settlement. You do not need to file anything with the Court yourself.

Please do not hesitate to contact me if you have any further questions.

Sincerely,

Nicholas I. Porritt

LEVI&KORSINSKYLLP

33 Whitehall Street, 17th Floor

New York, NY, 10004

Tel: 212-363-7500

Fax: 212-363-7171

nporritt@zlk.com | www.zlk.com

**CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levi & Korsinsky, LLP, which may be privileged, confidential, and/or protected from disclosure. This information is intended only for the use of the individual or entity named above.  If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited.**

**From:**  ███████████████████
**Sent:**
**To:** Nicholas I. Porritt <nporritt@zlk.com>
**Cc:** info@nanoxsettlement.com; jalieberman@pomlaw.com
**Subject:** [External]Re: [External]Nano-X Securities Litigation, Case Nos. 20-cv-04355-WFK - Exclusion from Settlement

Thank you for your email. However, it does not address my concern.

I want to opt out and your notice was late.

I don't want to spend my time and petition with the Court when I have no interest in getting involved.  However, if you force me to do so because of no other choice, I will.

All I am asking is for you to make sure the class has plenty of time to opt out.

NB

Sent from my iPhone

> On Feb 2, 2024, at 5:47 PM, Nicholas I. Porritt <nporritt@zlk.com> wrote:
>
> Dear Neven
>
> Thank you for your email. If you would like to participate in the settlement your claim would still be accepted. We can put you in touch with the claims administrator who can assist you in filling out your claims form. Filing a claim to participate in the settlement does not require any court appearances.
>
> If you have any other questions, please do not hesitate to contact me.

3

Nicholas I. Porritt

# LEVI&KORSINSKYLLP

33 Whitehall Street, 17th Floor

New York, NY, 10004

Tel: 212-363-7500

Fax: 212-363-7171

nporritt@zlk.com | www.zlk.com

**CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levi & Korsinsky, LLP, which may be privileged, confidential, and/or protected from disclosure. This information is intended only for the use of the individual or entity named above.  If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited.**

**From:** Neven Borak ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Date:** Friday, February 2, 2024 at 8:16 PM
**To:** info@nanoxsettlement.com <info@nanoxsettlement.com>
**Cc:** Nicholas I. Porritt <nporritt@zlk.com>, jalieberman@pomlaw.com <jalieberman@pomlaw.com>
**Subject:** [External]Nano-X Securities Litigation, Case Nos. 20-cv-04355-WFK - Exclusion from Settlement

Hello,

I am writing this email on behalf of my brother Milisav Borak and myself.  We learned that we are part of the class covered by this litigation on February 1st, when we received your proposed settlement in mail.

Your documentation states that we have to submit our request for exclusion by January 25th, 2024.

4

As you may noticed from the above, that is technically impossible given your failure to give us a timely notice.

Please advise what course of action we should take given this issue.

I hope I don't need to spend more of my time and make an appearance before the Court.

Neven Borak

**Fidelity**
INVESTMENTS

**Transaction Confirmation**
**Confirm Date: August 24, 2020**

Page 1 of 2

**NEVEN  BORAK**

FMT CO CUST IRA ROLLOVER
FBO NEVEN BORAK

| Online | Fidelity.com |
|---|---|
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 20237-1DB1WP | 1* | WO# | 08-24-20 | 08-26-20 | M70700105 | 20237-J8VFN | | |

**You Bought**
　　　　　400
　　at　　25.8800
Symbol:
NNOX

DESCRIPTION and DISCLOSURES
NANO-X IMAGING LTD COM USD0.01
WE HAVE ACTED AS AGENT.
THIS NOTICE IS PROVIDED TO YOU, IN LIEU
OF THE FINAL PROSPECTUS, PURSUANT TO
SECURITIES ACT RULE 173. TO THE EXTENT
THE SALE WAS MADE PURSUANT TO A
REGISTRATION STATEMENT OR IN A
TRANSACTION IN WHICH A FINAL PROSPECTUS
WOULD HAVE BEEN REQUIRED TO HAVE BEEN
DELIVERED IN THE ABSENCE OF SECURITIES
ACT RULE 172. YOU CAN VIEW THE FINAL
PROSPECTUS AT WWW.SEC.GOV, OR YOU MAY
REQUEST A PAPER COPY BY CALLING
866-602-4402.

| Principal Amount | 10,352.00 |
|---|---|
| Settlement Amount | 10,352.00 |

9900364946

**ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMT CO CUST IRA ROLLOVER
FBO NEVEN BORAK

If you are eligible to make a de ▓▓▓▓▓ form for
investments in your brokerage ▓▓▓▓▓ only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0229357236    00    000

**From:** Neven Borak ███████████████████
**Sent:** Thursday, Febr
**To:** Nicholas I. Porritt <nporritt@zlk.com>
**Cc:** info@nanoxsettlement.com; jalieberman@pomlaw.com
**Subject:** [External]Re: [External]Re: [External]Nano-X Securities Litigation, Case Nos. 20-cv-04355-WFK - Exclusion from Settlement

Thank you for your email, Nicholas.

Please see the attached confirmations from our brokerage accounts regarding the subject matter securities.  We have not sold any of the shares ever since.

I understand you will be providing this information to the Court to make our withdrawal from the settlement effective.  Thank you for that.

1. Neven Borak
Date: 8/24/2020
Number of Shares: 400
Price: $10,352.00

2. Milisav Borak
Date: 3/10/2021
Number of Shares: 152.284
Price: 5,999.99

On Thursday, February 8, 2024 at 10:05:15 AM PST, Nicholas I. Porritt <nporritt@zlk.com> wrote:


Neven


I am sorry there was a delay in delivering notice to you. Notices are mailed through brokers upon their request so they can sometimes be delayed. We have provided all notices requested as quickly as we can and in

1

accordance with the schedule set by the Court. Even though the date has passed, we can respect and implement your decision to opt out. We will however need some additional information from you. Specifically (and this information is required from every opt out):

Members requesting exclusion are also directed to state the number of shares of Nano-X securities (ticker symbol: "NNOX") that they purchased or otherwise acquired during the Settlement Class Period, as well as the date(s) and price(s) of each purchase, acquisition, and/or sale of such securities, and to provide copies of documents (such as account statements or trading records) evidencing such transactions of Nano-X securities.

We would be grateful if you would provide this information to us and we will notify the Court that you have opted out of the settlement. You do not need to file anything with the Court yourself.

Please do not hesitate to contact me if you have any further questions.

Sincerely,

Nicholas I. Porritt

LEVI&KORSINSKYLLP

33 Whitehall Street, 17th Floor

New York, NY, 10004

Tel: 212-363-7500

Fax: 212-363-7171

nporritt@zlk.com | www.zlk.com

**CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levi & Korsinsky, LLP, which may be privileged, confidential, and/or protected from disclosure. This information is intended only for the use of the individual or entity named above.  If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited.**

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:**
**To:** Nicholas I. Porritt <nporritt@zlk.com>
**Cc:** info@nanoxsettlement.com; jalieberman@pomlaw.com
**Subject:** [External]Re: [External]Nano-X Securities Litigation, Case Nos. 20-cv-04355-WFK - Exclusion from Settlement

Thank you for your email. However, it does not address my concern.

I want to opt out and your notice was late.

I don't want to spend my time and petition with the Court when I have no interest in getting involved.  However, if you force me to do so because of no other choice, I will.

All I am asking is for you to make sure the class has plenty of time to opt out.

NB

Sent from my iPhone

> On Feb 2, 2024, at 5:47 PM, Nicholas I. Porritt <nporritt@zlk.com> wrote:
>
> Dear Neven
>
> Thank you for your email. If you would like to participate in the settlement your claim would still be accepted. We can put you in touch with the claims administrator who can assist you in filling out your claims form. Filing a claim to participate in the settlement does not require any court appearances.
>
> If you have any other questions, please do not hesitate to contact me.

3

Nicholas I. Porritt

## LEVI&KORSINSKYLLP

33 Whitehall Street, 17th Floor

New York, NY, 10004

Tel: 212-363-7500

Fax: 212-363-7171

nporritt@zlk.com | www.zlk.com

**CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levi & Korsinsky, LLP, which may be privileged, confidential, and/or protected from disclosure. This information is intended only for the use of the individual or entity named above.  If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited.**

**From:** Neven Borak
**Date:** Friday, Februa
**To:** info@nanoxsettlement.com <info@nanoxsettlement.com>
**Cc:** Nicholas I. Porritt <nporritt@zlk.com>, jalieberman@pomlaw.com <jalieberman@pomlaw.com>
**Subject:** [External]Nano-X Securities Litigation, Case Nos. 20-cv-04355-WFK - Exclusion from Settlement

Hello,

I am writing this email on behalf of my brother Milisav Borak and myself.  We learned that we are part of the class covered by this litigation on February 1st, when we received your proposed settlement in mail.

Your documentation states that we have to submit our request for exclusion by January 25th, 2024.

4

As you may noticed from the above, that is technically impossible given your failure to give us a timely notice.

Please advise what course of action we should take given this issue.

I hope I don't need to spend more of my time and make an appearance before the Court.

Neven Borak



## Transaction Confirmation
### Confirm Date: March 10, 2021

9900315732

**MILISAV  BORAK**

| | |
|---|---|
| Online | Fidelity.com |
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21069-0FZ2SX | 1* | WO# | 03-10-21 | 03-12-21 | M70700105 | 21069-GTSXZ | | |

You Bought

      152
  at    39. 4000

Symbol :
NNOX

**DESCRIPTION and DISCLOSURES**
NANO-X IMAGING LTD COM ILS0.01
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION
THIS NOTICE IS PROVIDED TO YOU, IN LIEU
OF THE FINAL PROSPECTUS, PURSUANT TO
SECURITIES ACT RULE 173. TO THE EXTENT
THE SALE WAS MADE PURSUANT TO A
REGISTRATION STATEMENT OR IN A
TRANSACTION IN WHICH A FINAL PROSPECTUS
WOULD HAVE BEEN REQUIRED TO HAVE BEEN
DELIVERED IN THE ABSENCE OF SECURITIES
ACT RULE 172. YOU CAN VIEW THE FINAL
PROSPECTUS AT WWW.SEC.GOV, OR YOU MAY
REQUEST A PAPER COPY BY CALLING
866-602-4402.

| | |
|---|---|
| Princi pal  Amount | 5, 988. 80 |
| Settl ement  Amount | 5, 988. 80 |

9900315732

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MILISAV BORAK

If you are eligible to make a deposit, please use this form for investments in your brokerage ▮▮▮▮▮▮▮▮ only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

Case 1:21-cv-05517-RPK-PK    Document 87-1    Filed 02/08/24    Page 43 of 43 PageID #: 3140

███████████████████

MILISAV  BORAK

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21069-OFZ2VW | 1* | WO# | 03-10-21 | 03-12-21 | M70700105 | 21069-GTSXZ | | |

You Bought
       .284
   at   39.4000
Symbol:
NNOX

**DESCRIPTION and DISCLOSURES**
NANO-X IMAGING LTD COM ILS0.01
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION
THIS NOTICE IS PROVIDED TO YOU, IN LIEU
OF THE FINAL PROSPECTUS, PURSUANT TO
SECURITIES ACT RULE 173. TO THE EXTENT
THE SALE WAS MADE PURSUANT TO A
REGISTRATION STATEMENT OR IN A
TRANSACTION IN WHICH A FINAL PROSPECTUS
WOULD HAVE BEEN REQUIRED TO HAVE BEEN
DELIVERED IN THE ABSENCE OF SECURITIES
ACT RULE 172. YOU CAN VIEW THE FINAL
PROSPECTUS AT WWW.SEC.GOV, OR YOU MAY
REQUEST A PAPER COPY BY CALLING
866-602-4402.

Principal Amount    11.19
Settlement Amount    11.19

9900315732

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

**REMITTANCE COUPON**