**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE NANO-X SECURITIES LITIGATION | Case No. 1:21-cv-05517-RPK-PK<br><br>Hon. Rachel P. Kovner<br>Hon. Peggy Kuo |

**NOTICE OF NON-OPPOSITION TO REPORT AND RECOMMENDATION REGARDING MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE that Davian Holdings Limited, Derson Jolteus, and Edward Ko (collectively, "Plaintiffs"), individually and on behalf of all others similarly situated, respectfully submit this Notice of Non-Opposition to the Report and Recommendation issued by Magistrate Judge Ko in the above-captioned matter on April 17, 2024 (ECF No. 90) (the "Report").

On June 2, 2023, Plaintiffs and Defendants Nano-X Imaging Ltd., Ran Poliakine, and Itzhak Mayaan (together, the "Parties") entered into a Stipulation of Settlement (ECF No. 67-1) (the "Settlement") to resolve all claims that were, or could have been, brought in the above-captioned class action. Based on feedback received from Judge Kuo during a preliminary approval hearing held on June 13, 2023, the Parties jointly submitted revised settlement papers on July 6, 2023 (ECF No. 72), including a proposed Final Judgment and Order of Dismissal (ECF No. 72-9) (the "Judgment").

Following notice to the potential class outlining the terms of the proposed Settlement and the potential awards to Plaintiffs and their counsel as well as how to object to any aspect of those matters, on January 11, 2024, Plaintiffs filed a motion for final approval of class action settlement and plan of allocation and a motion for award of attorneys' fees, reimbursement of expenses, an awards to co-lead plaintiffs (ECF Nos. 77, 78) (the "Motions"). By minute entry dated January 19, 2024, the Court referred the Motions to Judge Kuo for a report and

1

recommendation.  On April 17, 2024, Judge Kuo issued the Report.  Among other things, the Report recommended that the Court grant the Motions and enter the Judgment consistent with the relief request in the Motions.

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, and as stated in the Report, any written opposition to the Report needed to be filed within 14 days of its service.  As of the date of this filing, which is 15 days from the issuance of the Report, no written opposition to the Report has been filed by any of the Parties or by any potential class members.  In addition, no potential class member has filed any objections to any aspect of the Settlement or the potential awards to Plaintiffs and their counsel.

The Motions, and the Report recommending that they be granted, are therefore unopposed and no further responses are anticipated.  For this additional reason, and for all the reasons set forth in the Report and the briefs filed in support of the Motions (ECF No. 79, 80, 86), Plaintiffs respectfully request that the Court grant the Motions and enter the Judgment.  A copy of the Judgment with blank spaces filled in with the relief requested in the Motions and recommended in the Report is attached for the Court's convenience.

DATED: May 2, 2024                    Respectfully submitted,

                                      POMERANTZ LLP

                                       /s/ Justin D. D'Aloia
                                      Jeremy A. Lieberman
                                      Justin D. D'Aloia
                                      600 Third Avenue, 20th Floor
                                      New York, New York 10016
                                      Telephone: (212) 661-1100
                                      Facsimile: (212) 661-8665
                                      jalieberman@pomlaw.com
                                      jdaloia@pomlaw.com

                                      *Counsel for Davian Holdings Limited and Co-Lead Counsel for the proposed Settlement Class*

2

LEVI & KORSINSKY, LLP

/s/ Nicholas I. Porritt
Nicholas I. Porritt
Shannon Hopkins
Adam M. Apton
Max E. Weiss
33 Whitehall Street, 17th Floor
New York, New York 10006
Telephone:  (212) 363-7500
Facsimile:   (212) 363-7171
nporritt@zlk.com
shopkins@zlk.com
aapton@zlk.com
mweiss@zlk.com

*Counsel for Derson Jolteus and Edward Ko and
Co-Lead Counsel for the proposed Settlement Class*

THE SCHALL LAW FIRM
Brian Schall
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (424) 303-1964
brian@schallfirm.com

*Additional Counsel for Davian Holdings Limited*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on May 2, 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Justin D. D'Aloia*
Justin D. D'Aloia
