UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- X

In re Nano-X Securities Litigation,                     JUDGMENT
                                                        21-CV-5517 (RPK) (PK)

---------------------------------------------------------- X

An Order of Honorable Rachel P. Kovner, United States District Judge, having been filed on May 7, 2024, adopting the Report and Recommendation of Magistrate Peggy Kuo, dated April 17, 2024, granting the motions for final approval and attorneys' fees for the reasons stated in the R. & R,; it is

ORDERED and ADJUDGED that the motions for final approval and attorneys' fees are granted for the reasons stated in the R. & R.; that: (i) the class is certified for the purposes of the settlement; (ii) individuals Zejun Xiao, Zhenmei Liu, Michelle Xiao, Neven Borak, and Milisav Borak are excluded from the settlement class; (iii) the proposed $8 million class-wide settlement is approved as fair, reasonable, and adequate, (iv) plaintiffs' attorneys are awarded attorneys' fees in the amount of $2,666,666.67 and expenses in the amount of $91,076.19, plus accrued interest; (v) co-lead plaintiffs are each awarded $3,000 for their service as representatives of the settlement class; and (vi) the case is dismissed with prejudice.

Dated: Brooklyn, NY                                 Brenna B. Mahoney
       May 10, 2024                                 Clerk of Court


                                                    By: /s/Jalitza Poveda_____
                                                          Deputy Clerk